IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>v.<br><br>BCD SEMICONDUCTOR CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation,<br><br>   Defendants. | Civil Action No. _____ |

## POWER INTEGRATIONS, INC.'S RULE 7.1 DISCLOSURE

Defendant, Power Integrations, Inc., ("Power Integrations") by and through its counsel, hereby submits the following disclosure:

Power Integrations is a non-governmental corporate party in the above captioned action. Power Integrations does not have a parent corporation. No publicly held corporation owns 10% or more of Power Integrations stock.

Dated: October 15, 2007                FISH & RICHARDSON P.C.

                                       By: /s/ Kyle Wagner Compton
                                       William J. Marsden, Jr. (#2247)
                                       Kyle Wagner Compton (#4693)
                                       919 N. Market Street, Suite 1100
                                       P.O. Box 1114
                                       Wilmington, DE 19801
                                       Telephone: (302) 652-5070
                                       Facsimile: (302) 652-0607

                                       Frank E. Scherkenbach
                                       225 Franklin Street
                                       Boston, MA 02110-2804
                                       Telephone: (617) 542-5070
                                       Facsimile: (617) 542-8906

                                       Howard G. Pollack
                                       Michael R. Headley
                                       500 Arguello Street, Suite 500
                                       Redwood City, CA 94063
                                       Telephone: (650) 839-5070
                                       Facsimile: (650) 839-5071

                                       Attorneys for Plaintiff
                                       POWER INTEGRATIONS, INC.

80050078.doc