IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>BCD SEMICONDUCTOR CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation,<br><br>    Defendants. | Case No. 07-cv-00633 |

**STIPULATION TO EXTEND TIME TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT**

BCD SEMICONDUCTOR CORPORATION and SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD (collectively, "BCD") have agreed to waive service of the summons pursuant to the Federal Rules of Civil Procedure.

As such, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, that the time for BCD to answer or otherwise respond to Plaintiff Power Integrations, Inc.'s ("Power Integrations") Complaint shall be extended up to and including January 21, 2008.

Dated: November 9, 2007   FISH & RICHARDSON P.C.

             By: /s/ Kyle Wagner Compton
               William J. Marsden, Jr. (#2247)
               Kyle Wagner Compton (#4693)
               919 N. Market Street, Suite 1100
               P.O. Box 1114
               Wilmington, DE  19801
               Telephone: (302) 652-5070
               Facsimile:  (302) 652-0607
               Email:  marsden@fr.com
               Email:  kcompton@fr.com

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Howard G. Pollack
Michael R. Headley
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.


ASHBY & GEDDES


By: */s/ Steven J. Balick*
　　Steven J. Balick (I.D. #2114)
　　222 Delaware Avenue, 17th Floor
　　P.O. Box 1150
　　Wilmington, DE 19899
　　Telephone: 302-654-1888
　　Email: sbalick@ashby-geddes.com

　　Erik Puknys
　　Finnegan, Henderson, Farabow, Garrett &
　　Dunner, LLP
　　Stanford Research Park
　　3300 Hillview Avenue
　　Palo Alto, CA 94304-1203
　　Telephone: (650) 849-6600

　　E. Robert Yoches
　　Finnegan, Henderson, Farabow, Garrett &
　　Dunner, L.L.P.
　　901 New York Avenue, NW
　　Washington, DC 20001-4413
　　Telephone: (202) 408-4039

Attorneys for Defendants
BCD SEMICONDUCTOR CORPORATION, a
California corporation, SHANGHAI SIM-BCD
SEMICONDUCTOR MANUFACTURING, CO.,
LTD, a China corporation

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2007, I electronically filed with the Clerk of Court STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT using CM/ECF. In addition, the filing will also be sent to the following non-registered participants via email and U.S. Mail:

| | |
|---|---|
| E. Robert Yoches<br>Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001-4413 | Attorneys for Defendants<br>BCD SEMICONDUCTOR MANUFACTURING CORPORATION and SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD |
| Erik R. Puknys<br>Finnegan Henderson Farabow Garrett & Dunner LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203 | |

/s/ *Kyle Wagner Compton*
Kyle Wagner Compton

50443805.doc

1