IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BCD SEMICONDUCTOR CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation,<br><br>Defendants. | C.A. No. 07-633 (JJF) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Howard G. Pollack, Frank E. Scherkenbach, Michael R. Headley and John M. Farrell to represent plaintiff Power Integrations, Inc. in this matter.

Dated: November 14, 2007              FISH & RICHARDSON P.C.

                                      By: */s/ William J. Marsden, Jr.*
                                          William J. Marsden, Jr. (#2247)
                                          Kyle Wagner Compton (#4693)
                                          919 N. Market Street, Suite 1100
                                          P.O. Box 1114
                                          Wilmington, DE 19899-1114
                                          Telephone: (302) 652-5070
                                          Facsimile: (302) 652-0607
                                          Email: marsden@fr.com
                                          Email: kcompton@fr.com

                                      Attorneys for Plaintiff
                                      POWER INTEGRATIONS, INC.

50443662.doc

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Howard G. Pollack, Frank E. Scherkenbach, Michael R. Headley, and John M. Farrell is granted.

Dated: _____, 2007   _____
United States District Judge

50428841.doc

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the State of California and Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☑ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: October 19, 2007      Signed: *Frank E. Scherkenbach*
Frank E. Scherkenbach
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel: (617) 542-5070
Fax: (617) 542-8906

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☑ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: October 17, 2007        Signed: _____
                                Howard G. Pollack
                                Fish & Richardson, P.C.
                                500 Arguello Street, Suite 500
                                Redwood City, CA 94063
                                Phone: (650) 839-5070
                                Fax: (650) 839-5071

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☑ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: October 17, 2007          Signed: *[signature]*
                                 Michael R. Headley
                                 Fish & Richardson, P.C.
                                 500 Arguello Street, Suite 500
                                 Redwood City, CA 94063
                                 Phone: (650) 839-5070
                                 Fax: (650) 839-5071

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Dated: October 25, 2007        Signed: _____
                                       John M. Farrell
                                       FISH & RICHARDSON P.C.
                                       500 Arguello Street, Suite 500
                                       Redwood City, CA 94063
                                       Telephone: (650) 839-5070
                                       Facsimile: (650) 839-5071

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2007, I electronically filed a Motion and Order for Admission *Pro Hac Vice* with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| **BY HAND and via ECF**<br>Steven J. Balick, Esq.<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>CORPORATION and SHANGHAI<br>SIM-BCD SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |

I hereby certify that on November 14, 2007, I have mailed by the United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| E. Robert Yoches, Esq.<br>Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001-4413 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>CORPORATION and SHANGHAI<br>SIM-BCD SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |
| Erik R. Puknys, Esq.<br>Finnegan, Henderson, Farabow, Garrett & Dunner LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>CORPORATION and SHANGHAI<br>SIM-BCD SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |
| Robert L. Burns, Esq.<br>Finnegan, Henderson, Farabow, Garrett & Dunner LLP<br>Two Freedom Drive<br>Reston, VA 20190-5675 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>CORPORATION and SHANGHAI<br>SIM-BCD SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr.

50443662.doc