IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-633-JJF |
| ) | |
| BCD SEMICONDUCTOR CORPORATION and ) | |
| SHANGHAI SIM-BCD SEMICONDUCTOR ) | |
| MANUFACTURING CO., LTD., ) | |
| ) | |
| Defendants. ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Erik R. Puknys to represent the defendants in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $25.00 is being submitted to cover the annual fee for the attorney listed above.

ASHBY & GEDDES

*/s/ John G. Day*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

Dated: December 14, 2007
186670.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BCD SEMICONDUCTOR CORPORATION and )<br>SHANGHAI SIM-BCD SEMICONDUCTOR )<br>MANUFACTURING CO., LTD., )<br>)<br>Defendants. ) | C.A. No. 07-633-JJF |

### ORDER

This _____ day of _____, 2007, the Court having considered the motion for the admission *pro hac vice* of Erik R. Puknys to represent the defendants in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of California and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: December 12, 2007          Signed: _____

Erik R. Puknys
Finnegan Henderson Farabow Garrett &
Dunner LLP
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Tel: 650-849-6600
Fax: 650-849-6666

111461.1