IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 07-633-JJF ) |
| BCD SEMICONDUCTOR CORPORATION, and SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING CO., LTD., | ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendants BCD Semiconductor Corporation and Shanghai SIM-BCD Semiconductor Manufacturing Co., Ltd. hereby respectfully move to dismiss the complaint on the ground that this Court lacks personal jurisdiction over the defendants.

The basis for the requested relief is fully set forth in Defendants' supporting opening brief and the exhibits thereto, which are being served and filed contemporaneously herewith. For the Court's convenience, a proposed form of order is attached hereto.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon ((I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

E. Robert Yoches
Joyce Craig
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC  20001
(202) 408-4000

Robert L. Burns
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700

Erik R. Puknys
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, CA  94304
(650) 849-6600

Dated:  January 21, 2008

187486.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-633-JJF |
| ) | |
| BCD SEMICONDUCTOR CORPORATION, and ) | |
| SHANGHAI SIM-BCD SEMICONDUCTOR ) | |
| MANUFACTURING CO., LTD., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This _____ day of _____, 2008, the Court having considered defendants' motion to dismiss for lack of personal jurisdiction, and having concluded that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that defendants' motion is granted, and that the complaint in the above-captioned action is dismissed.

_____
United States District Judge