IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>BCD SEMICONDUCTOR CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation,<br><br>　　　　　Defendants. | C.A. No. 07-633-JJF |

**POWER INTEGRATIONS' MOTION FOR ENTRY
OF A PRELIMINARY INJUNCTION**

Plaintiff Power Integrations, Inc. ("Power Integrations") hereby respectfully moves this Court to enter an Order ENJOINING and RESTRAINING Defendants BCD Semiconductor Corporation and Shanghai SIM-BCD Semiconductor Manufacturing Co., LTD (collectively, "BCD") and their successors, assigns, officers, agents, servants, employees, attorneys, and persons in active concert or participation with them (including any affiliated entities) from inducing, contributing to, or otherwise causing the infringement of claim 1 of U.S. Patent No. 6,249,876 B1 by (1) making, using, selling, offering to sell in the United States, or importing into the United States infringing devices, including specifically the AP3700, AP3700A, AP3700E and any other integrated circuit products not more than colorably different from these products, and/or power converters or other components or products containing such an integrated circuit, and (2) inducing, contributing to, or otherwise causing the same by third-parties.

Dated: January 25, 2008	FISH & RICHARDSON P.C.


By: */s/ Kyle Wagner Compton*
    William J. Marsden, Jr. (#2247)
    Kyle Wagner Compton (#4693)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114
    Telephone: (302) 652-5070
    Email: marsden@fr.com

    Frank E. Scherkenbach
    225 Franklin Street
    Boston, MA 02110-2804
    Telephone: (617) 542-5070

    Howard G. Pollack
    Michael Headley
    500 Arguello Street, Suite 500
    Redwood City, CA 94063
    Telephone: (650) 839-5070

**ATTORNEYS FOR PLAINTIFF
POWER INTEGRATIONS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2008, I electronically filed **POWER INTEGRATIONS' MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who was also served via hand delivery:

| | |
|---|---|
| Steven J. Balick | Attorneys for Defendants |
| John G. Day | BCD SEMICONDUCTOR |
| Tiffany Geyer Lydon | CORPORATION and SHANGHAI |
| 500 Delaware Avenue, 17th Floor | SIM-BCD SEMICONDUCTOR |
| P.O. Box 1150 | MANUFACTURING, CO., LTD |
| Wilmington, DE 19899 | |

I also certify that on January 25, 2008, I sent the document to the following individuals via electronic and first class mail:

| | |
|---|---|
| E. Robert Yoches | Attorneys for Defendants |
| Joyce Craig | BCD SEMICONDUCTOR |
| Finnegan, Henderson, Farabow, | CORPORATION and SHANGHAI |
|    Garrett & Dunner, L.L.P. | SIM-BCD SEMICONDUCTOR |
| 901 New York Avenue, NW | MANUFACTURING, CO., LTD |
| Washington, DC 20001-4413 | |
| | |
| Erik R. Puknys | Attorneys for Defendants |
| Finnegan, Henderson, Farabow, | BCD SEMICONDUCTOR |
|    Garrett & Dunner LLP | CORPORATION and SHANGHAI |
| Stanford Research Park | SIM-BCD SEMICONDUCTOR |
| 3300 Hillview Avenue | MANUFACTURING, CO., LTD |
| Palo Alto, CA 94304-1203 | |
| | |
| Robert L. Burns | Attorneys for Defendants |
| Finnegan, Henderson, Farabow, | BCD SEMICONDUCTOR |
|    Garrett & Dunner LLP | CORPORATION and SHANGHAI |
| Two Freedom Drive | SIM-BCD SEMICONDUCTOR |
| Reston, VA 20190-5675 | MANUFACTURING, CO., LTD |

                                             /s/ *Kyle Wagner Compton*
                                             Kyle Wagner Compton

50461505.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>        Plaintiff,<br>  v.<br><br>BCD SEMICONDUCTOR CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation,<br><br>        Defendants. | C.A. No. 07-633-JJF |

## [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby finds as follows:

1.    Plaintiff Power Integrations, Inc. ("Power Integrations") has demonstrated a reasonable likelihood of success on the merits of proving that Defendants BCD Semiconductor Corporation and Shanghai SIM-BCD Semiconductor Manufacturing Co., LTD (collectively, "BCD") infringe claim 1 of Power Integrations' U.S. Patent No. 6,249,876 B1.

2.    Power Integrations will be irreparably harmed if a preliminary injunction is not granted to prevent further infringement by BCD.

3.    The balance of the hardships favors Power Integrations.

4.    There is no public interest in permitting further infringement by BCD at this time.

5.    IT IS HEREBY ORDERED that pursuant to 35 U.S.C. § 283, BCD and its successors, assigns, officers, agents, servants, employees, attorneys, and persons in active concert or participation with them (including any affiliated entities), during the period commencing on the date hereof and through and including the date of expiration of the patent, are hereby

ENJOINED and RESTRAINED from infringing and from inducing or contributing to the infringement of Claim 1 of U.S. Patent No. 6,249,876 B1 by (1) making, using, selling, offering to sell in the United States, or importing into the United States infringing devices, including specifically the AP3700, AP3700A, AP3700E, and any other integrated circuit products not more than colorably different from these products, and/or power converters or other components or products containing such an integrated circuit, and (2) inducing, contributing to, or otherwise causing the same by third-parties.

6. BCD is required, within 10 business days of its issuance, to provide notice of this Order to all distributors, customers, or other third-parties who have ordered, received or purchased any of the parts enumerated in paragraph 5 above from BCD or any affiliated entity.

IT IS SO ORDERED.

_____
Judge Joseph J. Farnan, Jr.