IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>v.<br><br>BCD SEMICONDUCTOR CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation,<br><br>        Defendants. | Civil Action No. 07-633 |

## DECLARATION OF STEVEN THOMPSON

I, Steven Thompson, declare as follows:

1.    I am employed by Parcels, Inc., and work as a contract employee as an office services manager for the law firm of Fish & Richardson P.C. I make this Declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts set forth in this Declaration.

2.    On October 12, 2007, I purchased a Verizon branded Samsung SCH-u740 cellular telephone from the Verizon Wireless store located at 1209 New Churchmans Road, Newark, DE 19713-0000. I purchased the SCH-u740 telephone as packaged from stock on display at the Verizon Wireless store. The SCH-u740 telephone came packaged with a travel charger. The model number printed on the travel charger is ATADM10JBE. The travel charger also bears the number S/N: AS4P728CS/7-G.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 7, 2007

_____
Steven Thompson

# CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2008, I electronically filed the **DECLARATION OF STEVEN THOMPSON** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who was also served via hand delivery:

| | |
|---|---|
| Steven J. Balick | Attorneys for Defendants |
| John G. Day | BCD SEMICONDUCTOR |
| Tiffany Geyer Lydon | CORPORATION and SHANGHAI |
| 500 Delaware Avenue, 17th Floor | SIM-BCD SEMICONDUCTOR |
| P.O. Box 1150 | MANUFACTURING, CO., LTD |
| Wilmington, DE 19899 | |

I also certify that on January 25, 2008, I sent the document to the following individuals via electronic and first class mail:

| | |
|---|---|
| E. Robert Yoches | Attorneys for Defendants |
| Joyce Craig | BCD SEMICONDUCTOR |
| Finnegan, Henderson, Farabow, | CORPORATION and SHANGHAI |
|    Garrett & Dunner, L.L.P. | SIM-BCD SEMICONDUCTOR |
| 901 New York Avenue, NW | MANUFACTURING, CO., LTD |
| Washington, DC 20001-4413 | |
| | |
| Erik R. Puknys | Attorneys for Defendants |
| Finnegan, Henderson, Farabow, | BCD SEMICONDUCTOR |
|    Garrett & Dunner LLP | CORPORATION and SHANGHAI |
| Stanford Research Park | SIM-BCD SEMICONDUCTOR |
| 3300 Hillview Avenue | MANUFACTURING, CO., LTD |
| Palo Alto, CA 94304-1203 | |
| | |
| Robert L. Burns | Attorneys for Defendants |
| Finnegan, Henderson, Farabow, | BCD SEMICONDUCTOR |
|    Garrett & Dunner LLP | CORPORATION and SHANGHAI |
| Two Freedom Drive | SIM-BCD SEMICONDUCTOR |
| Reston, VA 20190-5675 | MANUFACTURING, CO., LTD |

                                                    /s/ *Kyle Wagner Compton*
                                                    Kyle Wagner Compton