# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**LETTER BY ECF AND
ENCLOSURE BY HAND**

February 5, 2008

Ms. Deborah Krett
Case Manager
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:   *Power Integrations, Inc. v. BCD Semiconductor Corporation*
      USDC-D. Del. - C.A. No. 07-633-JJF

Dear Ms. Krett:

While preparing redacted versions of its filings, Power Integrations discovered that it did not submit Exhibits A-D to the Declaration of Robert Blauschild in support of its motion for preliminary injunction (D.I. 16).  A copy of the declaration, which was filed under seal on January 25, 2008, and copies of Exhibits A-D are being submitted for substitution.  No changes have been made to the declaration.

We thank you in advance for your attention to this matter and apologize for any inconvenience caused by this inadvertent omission.  By copy of this letter, counsel of record are being served.

Very truly yours,

*/s/ Kyle Wagner Compton*

Kyle Wagner Compton

KWC/sb

Enclosure (by hand – 2 copies of sealed declaration)

cc:   Steven J. Balick (w/ replacement D.I. 16 attaching Exh. A-D) (by email)
      G. Hopkins Guy (w/ replacement D.I. 16 attaching Exh. A-D) (by email)

80055337.doc