IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BCD SEMICONDUCTOR CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation,<br><br>Defendants. | C.A. No. 07-633-JJF<br><br>**REDACTED** |

### DECLARATION OF HOWARD G. POLLACK IN SUPPORT OF POWER INTEGRATIONS' OPENING BRIEF IN SUPPORT OF MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION

FISH & RICHARDSON P.C.
William J. Marsden, Jr. (#2247) (marsden@fr.com)
Kyle Wager Compton (#4693) (kcompton@fr.com)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Howard G. Pollack
Michael R. Headley
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

DATED: January 25, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BCD SEMICONDUCTOR CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation,<br><br>Defendants. | C.A. No. 07-633-JJF<br><br>**HIGHLY CONFIDENTIAL FILED UNDER SEAL PURSUANT TO LOCAL RULE 26.2** |

### DECLARATION OF HOWARD G. POLLACK IN SUPPORT OF POWER INTEGRATIONS' OPENING BRIEF IN SUPPORT OF MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION

I, Howard G. Pollack, declare as follows:

1. I am an attorney with Fish & Richardson P.C., counsel for Plaintiff Power Integrations, Inc. ("Power Integrations"). I am a member of the Bar of the State of California, admitted *pro hac vice* for purposes of this matter. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. I am also counsel for Power Integrations in another pending matter before this court, *Power Integrations v. Fairchild Semiconductor*, No. 04-1371 JJF. Counsel for BCD, Robert Burns of the Finnegan Henderson firm, attended the recent jury trial in the Fairchild case, during which the jury affirmed the validity of four Power Integrations patents, including two of the patents at issue in this case. Mr. Burns introduced himself to me at the end of the third or fourth day of the trial. I did not recognize him prior to that time because we had not yet been introduced, but Mr. Burns sat in the gallery behind Power Integrations' employees and counsel and observed much of the trial.

3. BCD produced a copy of the schematics for its AP3700 chips to my firm in our capacity as Power Integrations' outside counsel, but BCD has not consented to permit Power Integrations' expert, Mr. Robert Blauschild, to review those schematics.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of January, 2008, at Redwood City, CA.

_____
Howard G. Pollack

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2008, I caused to be served the **DECLARATION OF HOWARD G. POLLACK IN SUPPORT OF POWER INTEGRATIONS' OPENING BRIEF IN SUPPORT OF MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION** on the following individuals, in the manner indicated:

| | |
|---|---|
| **VIA HAND DELIVERY AND E-MAIL**<br>Steven J. Balick, Esq.<br>John Day<br>Tiffany Lydon<br>500 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>CORPORATION and SHANGHAI<br>SIM-BCD SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |
| **VIA E-MAIL AND FIRST CLASS MAIL**<br>E. Robert Yoches<br>Joyce Craig<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001-4413 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>CORPORATION and SHANGHAI<br>SIM-BCD SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |
| **VIA E-MAIL AND FIRST CLASS MAIL**<br>Erik R. Puknys<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>CORPORATION and SHANGHAI<br>SIM-BCD SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |
| **VIA E-MAIL AND FIRST CLASS MAIL**<br>Robert L. Burns<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner LLP<br>Two Freedom Drive<br>Reston, VA 20190-5675 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>CORPORATION and SHANGHAI<br>SIM-BCD SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |

/s/ Kyle Wagner Compton
Kyle Wagner Compton