# REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, | |
| Plaintiff, | C.A. No. 07-633-JJF |
| v. | |
| BCD SEMICONDUCTOR CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation, | |
| Defendants. | |

### DECLARATION OF MIKE THUMM

FISH & RICHARDSON P.C.
William J. Marsden, Jr. (#2247) (marsden@fr.com)
Kyle Wager Compton (#4693) (kcompton@fr.com)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
Telephone: (302) 652-5070
Facsimile:  (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA  02110-2804
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906

Howard G. Pollack
Michael R. Headley
500 Arguello Street, Suite 500
Redwood City, CA  94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

DATED:  January 25, 2008

# REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a<br>Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BCD SEMICONDUCTOR<br>CORPORATION, a California corporation,<br>SHANGHAI SIM-BCD<br>SEMICONDUCTOR MANUFACTURING,<br>CO., LTD, a China corporation,<br><br>Defendants. | Case No. 07-cv-00633 |

## DECLARATION OF Mike Thumm

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of January, 2008, at _Ottawa, Ontario_.

_(signature)_
(name)

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2008, I caused to be served the **DECLARATION**

**OF MIKE THUMM** on the following individuals, in the manner indicated:

<table>
<tr>
<td>

**VIA HAND DELIVERY AND E-MAIL**
Steven J. Balick, Esq.
John Day
Tiffany Lydon
500 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

</td>
<td>

Attorneys for Defendants
BCD SEMICONDUCTOR
CORPORATION and SHANGHAI
SIM-BCD SEMICONDUCTOR
MANUFACTURING, CO., LTD

</td>
</tr>
<tr>
<td>

**VIA E-MAIL AND FIRST CLASS MAIL**
E. Robert Yoches
Joyce Craig
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

</td>
<td>

Attorneys for Defendants
BCD SEMICONDUCTOR
CORPORATION and SHANGHAI
SIM-BCD SEMICONDUCTOR
MANUFACTURING, CO., LTD

</td>
</tr>
<tr>
<td>

**VIA E-MAIL AND FIRST CLASS MAIL**
Erik R. Puknys
Finnegan, Henderson, Farabow,
  Garrett & Dunner LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203

</td>
<td>

Attorneys for Defendants
BCD SEMICONDUCTOR
CORPORATION and SHANGHAI
SIM-BCD SEMICONDUCTOR
MANUFACTURING, CO., LTD

</td>
</tr>
<tr>
<td>

**VIA E-MAIL AND FIRST CLASS MAIL**
Robert L. Burns
Finnegan, Henderson, Farabow,
  Garrett & Dunner LLP
Two Freedom Drive
Reston, VA 20190-5675

</td>
<td>

Attorneys for Defendants
BCD SEMICONDUCTOR
CORPORATION and SHANGHAI
SIM-BCD SEMICONDUCTOR
MANUFACTURING, CO., LTD

</td>
</tr>
</table>

Kyle Wagner Compton

# Exhibit A

# REDACTED
# IN ITS ENTIRETY