IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BCD SEMICONDUCTOR CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation,<br><br>Defendants. | C.A. No. 07-633-JJF<br><br>**REDACTED** |

## DECLARATION OF ROBERT BLAUSCHILD

FISH & RICHARDSON P.C.
William J. Marsden, Jr. (#2247) (marsden@fr.com)
Kyle Wager Compton (#4693) (kcompton@fr.com)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
Telephone: (302) 652-5070
Facsimile:  (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA  02110-2804
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906

Howard G. Pollack
Michael R. Headley
500 Arguello Street, Suite 500
Redwood City, CA  94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

DATED:  January 25, 2008

# REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, | |
| Plaintiff, | |
| v. | C.A. No. 07-633-JJF |
| BCD SEMICONDUCTOR CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation, | |
| Defendants. | |

## DECLARATION OF ROBERT BLAUSCHILD

I, Robert Blauschild, declare as follows:

1.      I have been retained by Power Integrations as an expert witness in this matter.  I have acted as an expert witness for Power Integrations in previous matters, including the *Power Integrations v. Fairchild* matter in this Court.

2.      I am familiar with U.S. Patent No. 6,249,876 ("the '876 patent") through my prior work with Power Integrations.  In forming the opinions set forth below, I have reviewed and applied this Court's previous construction of the terms of the '876 patent as set forth in the claim construction order issued in connection with the *Power Integrations v. Fairchild* case.

3.      I have also reviewed BCD's own datasheets, which are publicly available on BCD's website, for the AP3700/A (rev 1.3, June 2007), AP3700E (rev 1.0, December 2007), and AP3710 (rev 1.1, October 2007) chips.  These datasheets are attached as Exhibits A-C, respectively.

4.      I have additionally reviewed ˌ

ˌ from the documents bates labeled PIB 001182-1209 and attached as

# REDACTED

Exhibit D.

5.      Based on the above documents and as described in detail in the claim chart below, I conclude that the AP3700, AP3700A, AP3700E, and AP3710 chips contain each and every claim limitation of claim 1 of the '876 patent.

6.      I also conclude that the claimed frequency jittering circuit, what BCD's literature describes as a "frequency dither" or "frequency dithering" feature, is a default feature for each of the BCD chips named above, that it cannot be disabled by a user, and therefore that the infringing frequency jittering circuit present in the BCD chips is always enabled and operating when the chip is used as intended in a power conversion application.

7.      Based on my review of the materials noted above and attached to this declaration, the BCD parts literally contain each and every element of claim 1 of the '876 patent as follows (the referenced figures are included after the chart):

| Infringement | Infringement Contention Against BCD AP3700[1] |
|---|---|
| A digital frequency jittering circuit for varying the switching frequency of a power supply, comprising: | |

---

[1]   This analysis applies equally to the AP3700, AP3700A, AP3700E, and AP3710. Based on my review of BCD's datasheets describing the "frequency dither" and "frequency dithering" features, which describe the features substantially identically for all part numbers, including showing what appears to be an identical oscilloscope waveform of the jittering in each datasheet, I conclude that the internal circuits used to bring about the frequency jittering appear to be substantially identical in all these products. [*See* AP3700/A datasheet, Rev. 1.3 (June 2007); AP3700E datasheet, Rev. 1.0 (Dec. 2007); AP3710 datasheet, Rev 1.1 (Oct. 2007).]

# REDACTED

| Infringement | Infringement Contention Against BCD AP3700[1] |
|---|---|
| an oscillator for generating a signal having a switching frequency, the oscillator having a control input for varying the switching frequency; | |
| a digital to analog converter coupled to the control input for varying the switching frequency; and | |

# REDACTED

| Infringement | Infringement Contention Against BCD AP3700[1] |
|---|---|
| a counter coupled to the output of the oscillator and to the digital to analog converter, the counter causing the digital to analog converter to adjust the control input and to vary the switching frequency. | |

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of January, 2008, at Los Altos, CA.

Robert Blauschild

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2008, I caused to be served the **DECLARATION**

**OF ROBERT BLAUSCHILD** on the following individuals, in the manner indicated:

| | |
|---|---|
| **VIA HAND DELIVERY AND E-MAIL**<br>Steven J. Balick<br>John Day<br>Tiffany Lydon<br>500 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>CORPORATION and SHANGHAI<br>SIM-BCD SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |
| **VIA E-MAIL AND FIRST CLASS MAIL**<br>E. Robert Yoches<br>Joyce Craig<br>Finnegan, Henderson, Farabow,<br>　Garrett & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001-4413 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>CORPORATION and SHANGHAI<br>SIM-BCD SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |
| **VIA E-MAIL AND FIRST CLASS MAIL**<br>Erik R. Puknys<br>Finnegan, Henderson, Farabow,<br>　Garrett & Dunner LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>CORPORATION and SHANGHAI<br>SIM-BCD SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |
| **VIA E-MAIL AND FIRST CLASS MAIL**<br>Robert L. Burns<br>Finnegan, Henderson, Farabow,<br>　Garrett & Dunner LLP<br>Two Freedom Drive<br>Reston, VA 20190-5675 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>CORPORATION and SHANGHAI<br>SIM-BCD SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |

Kyle Wagner Compton

# Exhibit A



Data Sheet

## LOW POWER PWM CONTROLLER FOR OFF-LINE BATTERY CHARGER    AP3700/A

## General Description

The AP3700/A is a green-mode pulse width modula-tion (PWM) controller. It is specially designed for low power applications such as off-line battery chargers, where the needs for low standby power, space saving and low cost are all required. In a battery charger rated 5V/1A, the maximum standby power is only 0.18Watt.

In normal operation, the AP3700/A switches on and off at a fixed switching frequency of 60 kHz. With a current limit capability of 460mA for AP3700 and 500mA for AP3700A, the AP3700/A can directly drive the emitter of high voltage NPN transistor. When output power falls below a given level, the IC enters skip cycle mode to reduce power consumption.

The AP3700/A also features under-voltage lockout, over-current and short circuit protections.

The AP3700/A is available in TO-92 package.

## Features

- Current Mode Control with Skip Cycle Capability
- Lower Operating Current: 0.45mA
- Fixed Switching Frequency: 60 kHz
- Frequency Dithering for Low EMI: $\pm 2.5$kHz
- Under-Voltage Lockout Protection
- Over-Current Protection
- Internal Short Circuit Protection
- Higher Output Voltage at OUT Terminal
- Low Total Cost Solution

## Applications

- Battery Chargers
- Off-Line Power Supplies



TO-92

TO-92
Ammo packing

Figure 1. Package Types of AP3700/A

Jun. 2007  Rev. 1. 3                                    BCD Semiconductor Manufacturing Limited



Data Sheet

**LOW POWER PWM CONTROLLER FOR OFF-LINE BATTERY CHARGER      AP3700/A**

## Pin Configuration

Z Package
(TO-92)



Figure 2. Pin Configuration of AP3700/A (Top View)

## Pin Description

| Pin Number | Pin Name | Function |
|---|---|---|
| TO-92 | | |
| 1 | VCC | The power supply of the IC, and is generally connected to opto-coupler's emitter |
| 2 | GND | Supply ground |
| 3 | OUT | The output pin,  connected to the emitter of NPN transistor or the source of MOSFET |



Data Sheet

**LOW POWER PWM CONTROLLER FOR OFF-LINE BATTERY CHARGER    AP3700/A**

## Functional Block Diagram



Figure 3. Functional Block Diagram of AP3700/A



Data Sheet

## LOW POWER PWM CONTROLLER FOR OFF-LINE BATTERY CHARGER    AP3700/A

### Ordering Information



AP3700 □ □ □ - □

Circuit Type

Blank: AP3700
A: AP3700A

E1: Lead Free

TR: Ammo
Blank: Tube

Package
Z: TO-92

| Package | Switching Frequency | Temperature Range | Part Number | Marking ID | Packing Type |
|---------|--------------------|--------------------|-------------|------------|--------------|
| TO-92 | 60kHz | -40 to 85°C | AP3700Z-E1 | 3700Z-E1 | Bulk |
| | | | AP3700ZTR-E1 | 3700Z-E1 | Ammo |
| | | | AP3700AZ-E1 | 3700AZ-E1 | Bulk |
| | | | AP3700AZTR-E1 | 3700AZ-E1 | Ammo |

BCD Semiconductor's Pb-free products, as designated with "E1" suffix in the part number, are RoHS compliant.

## Absolute Maximum Ratings (Note 1)

| Parameter | Value | Unit |
|-----------|-------|------|
| Supply Voltage | -0.3 to 6.0 | V |
| Voltage at OUT (Note 2) | -0.3 to 40 | V |
| Output Current at OUT | Internally limited | A |
| Power Dissipation | 0.6 | W |
| Operating Junction Temperature | 150 | °C |
| Storage Temperature | -65 to 150 | °C |
| Lead Temperature (Soldering, 10s) | 300 | °C |
| ESD (Machine Model) | 200 | V |

Note 1: Stresses greater than those listed under "Absolute Maximum Ratings" may cause permanent damage to the device. These are stress ratings only, and functional operation of the device at these or any other conditions beyond those indicated under "Recommended Operating Conditions" is not implied. Exposure to "Absolute Maximum Ratings" for extended periods may affect device reliability.
Note 2: The Breadown Voltage.  The actual operating voltage can not be greater than the value listed here.

---

Jun. 2007  Rev. 1. 3                                    BCD Semiconductor Manufacturing Limited



Data Sheet

**LOW POWER PWM CONTROLLER FOR OFF-LINE BATTERY CHARGER      AP3700/A**

## Electrical Characteristics

($V_{CC}$=4V, $T_J$=25$^O$C, unless otherwise specified.)

| Parameter | Symbol | Conditions | | Min | Typ | Max | Unit |
|---|---|---|---|---|---|---|---|
| **UVLO SECTION** | | | | | | | |
| Start-up Voltage | $V_{TH (ST)}$ | | | 5.00 | 5.25 | 5.50 | V |
| Minimal Operating Voltage | $V_{OPR}$(min) | | | 3.4 | 3.65 | 3.9 | V |
| **STANDBY  CURRENT SECTION** | | | | | | | |
| Start-up Current (Note 3) | $I_{ST}$ | $V_{CC}$=4V | | | | 0.22 | 0.4 | mA |
| Operating Current | $I_{CC(OPR)}$ | | | | 0.45 | 0.7 | |
| $V_{CC}$ Zener Voltage | $V_Z$ | $I_{CC}$=10mA | | 6 | 6.3 | | V |
| Dynamic Impedance | $R_{VCC}$ | $V_{CC}$=3.8 to 4.8V | | | 18 | | k$\Omega$ |
| **INTERNAL OSCILLATOR** | | | | | | | |
| Switching Frequency | $F_{SW}$ | | | 50 | 60 | 75 | kHz |
| Frequency Dither | | | | $\pm$2 | $\pm$2.5 | $\pm$3 | kHz |
| Temperature Stability | | | | | 5 | 8 | % |
| **DRIVE OUTPUT SECTION** | | | | | | | |
| OUT Start-up Voltage | $V_{ST}$ | | | | 8.5 | 11 | V |
| Short Circuit Threshold Voltage (Note 4) | $V_{SC}$ | | | | 6 | | V |
| Rise Time | $T_R$ | $C_L$=1nF, 15$\Omega$ pull-up | | | 60 | | ns |
| Fall Time | $T_F$ | $C_L$=1nF, 15$\Omega$ pull-up | | | 30 | | |
| Maximum Duty Cycle | $D_{MAX}$ | $V_{OPR}$(min) + 0.2V | | 67 | 75 | 84 | % |
| Minimum Duty Cycle | | $V_{CC}$=$V_{TH (ST)}$-0.2V | | | 3 | | |
| Driver OUT On-Resistance | $R_{OUT}$ | $I_{OUT}$=0.06A | | | 3 | | $\Omega$ |
| Switch Off Current (OUT) | | Driver off, | | | 20 | 40 | $\mu$A |
| Effective Current Limit | $I_{LIM}$ | $V_{CC}$ = $V_{OPR}$+0.1V | For AP3700 | 460 | | | mA |
| | | | For AP3700A | 500 | | | |
| OUT Current Coefficient | $G_A$ | | | | -0.3 | | A/V |

Note 3: AP3700/A is an emitter drive controller, the PWM controller will start up only when the voltage on the OUT pin rises up to its threshold value.
Note 4: AP3700/A performs its short circuit function by shutdown the OUT pulse when the OUT pin voltage drops below its short circuit threshold value.



Data Sheet

**LOW POWER PWM CONTROLLER FOR OFF-LINE BATTERY CHARGER       AP3700/A**

## Typical Performance Characteristics



Figure 4. Operating Current  vs. Ambient Temperature



Figure 5. Start-up Current  vs. Ambient Temperature



Figure 6. Switching Frequency vs. Ambient Temperature



Figure 7. Start-up Current vs. $V_{CC}$ Voltage



Data Sheet

**LOW POWER PWM CONTROLLER FOR OFF-LINE BATTERY CHARGER      AP3700/A**

## Function Description

### 1. Startup Circuit

Figure 3 is the functional block diagram of AP3700/A, and there are 3 external pins: the VCC pin, the OUT pin and GND pin. In typical application shown by Figure 10, the VCC pin is used for both bias supply and feedback control. The OUT pin directly drives external NPN transistor or MOSFET, and also provides initial bias power for UVLO comparator. When the IC works in PWM mode, the auxiliary winding will supply the $V_{CC}$ enough operating current.

Figure 8 shows the start-up sequence of the $V_{CC}$ and the $V_{OUT}$.



Figure 9. Frequency Dither Influences
the Swithcing Cycle

AP3700/A has reference switching frequency of 60 kHz, and its frequency deviation is ±2.5kHz in period of 2ms. Figure 9 shows the frequency dither influence to the waveform .

### 4. Current Limit Control

The AP3700/A employs current mode control to improve transient response and voltage stability. In Figure 10, the external inductor current through the OUT pin is converted to a voltage by an internal resistor, and this voltage will participate to control duty cycle and peak inductor current.



CH1: $V_{CC}$

CH2: OUT

Figure 8. Start-up Sequence of $V_{CC}$ and $V_{OUT}$

### 2. $V_{CC}$/Feedback Control

An opto-coupler and secondary constant voltage/ current controller consists of voltage feedback network. When load is heavy, the voltage on VCC will be lower to enlarge duty cycle; on the contrary, if load drops, the voltage on VCC will rise to reduce duty cycle.

### 3. Frequency Dither

Frequency dither is performed by periodically spreading a single switching frequency into adjacent frequency band, so the peak energy is spread. This technique can improve EMI by reducing both quasi-peak and average EMI emissions.

BCD Semiconductor Manufacturing Limited



Data Sheet

**LOW POWER PWM CONTROLLER FOR OFF-LINE BATTERY CHARGER    AP3700/A**

## Typical Application



Figure 10. 5V/1A Output for Battery Charger of Mobile Phone



Data Sheet

**LOW POWER PWM CONTROLLER FOR OFF-LINE BATTERY CHARGER    AP3700/A**

**Mechanical Dimensions**

**TO-92**                                                    **Unit: mm(inch)**





Data Sheet

**LOW POWER PWM CONTROLLER FOR OFF-LINE BATTERY CHARGER     AP3700/A**

**Mechanical Dimensions**

**TO-92 Ammo Packing**                    **Unit: mm(inch)**





Jun. 2007  Rev. 1. 3                              BCD Semiconductor Manufacturing Limited

10

 

**BCD Semiconductor Manufacturing Limited**

http://www.bcdsemi.com

**IMPORTANT NOTICE**

BCD Semiconductor Manufacturing Limited reserves the right to make changes without further notice to any products or specifications herein. BCD Semiconductor Manufacturing Limited does not assume any responsibility for use of any its products for any particular purpose, nor does BCD Semiconductor Manufacturing Limited assume any liability arising out of the application or use of any its products or circuits. BCD Semiconductor Manufacturing Limited does not convey any license under its patent rights or other rights nor the rights of others.

**MAIN SITE**

**BCD Semiconductor Manufacturing Limited**
**- Wafer Fab**
**Shanghai SIM-BCD Semiconductor Manufacturing Limited**
800, Yi Shan Road, Shanghai 200233, China
Tel: +86-21-6485 1491, Fax: +86-21-5450 0008

**BCD Semiconductor Manufacturing Limited**
**- IC Design Group**
**Advanced Analog Circuits (Shanghai) Corporation**
8F, Zone B, 900, Yi Shan Road, Shanghai 200233, China
Tel: +86-21-6495 9539, Fax: +86-21-6485 9673

**REGIONAL SALES OFFICE**

**Shenzhen Office**
**Shanghai SIM-BCD Semiconductor Manufacturing Co., Ltd. Shenzhen Office**
**Advanced Analog Circuits (Shanghai) Corporation Shenzhen Office**
Room E, 5F, Noble Center, No.1006, 3rd Fuzhong Road, Futian District, Shenzhen 518026, China
Tel: +86-755-8826 7951
Fax: +86-755-8826 7865

**Taiwan Office**
**BCD Semiconductor (Taiwan) Company Limited**
4F, 298-1, Rui Guang Road, Nei-Hu District, Taipei,
Taiwan
Tel: +886-2-2656 2808
Fax: +886-2-2656 2806

**USA Office**
**BCD Semiconductor Corporation**
30920 Huntwood Ave. Hayward,
CA 94544, U.S.A
Tel : +1-510-324-2988
Fax: +1-510-324-2788

# Exhibit B



Preliminary Datasheet

## LOW POWER PWM CONTROLLER FOR OFF-LINE BATTERY CHARGER        AP3700E

### General Description

The AP3700E is a green-mode pulse width modulation (PWM) controller. It is specially designed for low power applications such as off-line battery chargers, where the needs for low standby power, space saving and low cost are all required. In a battery charger rated 5V/0.8A, the maximum standby power is only 0.18Watt.

In normal operation, the AP3700E switches on and off at a fixed switching frequency of 60 kHz. With a current limit capability of 460mA, the AP3700E can directly drive the emitter of high voltage NPN transistor. When output power falls below a given level, the IC enters skip cycle mode to reduce power consumption.

The AP3700E also features under-voltage lockout, over-current and short circuit protections.

The AP3700E is available in TO-92 package.

### Features

- Current Mode Control with Skip Cycle Capability
- Lower Operating Current: 0.45mA
- Fixed Switching Frequency: 60 kHz
- Frequency Dithering for Low EMI: ±2.5kHz
- Under-Voltage Lockout Protection
- Over-Current Protection
- Internal Short Circuit Protection
- Higher Output Voltage at OUT Terminal
- Low Total Cost Solution

### Applications

- Battery Chargers
- Off-Line Power Supplies



TO-92
(Buck Packing)

TO-92
(Ammo Packing)

Figure 1. Package Types of AP3700E



Preliminary Datasheet

**LOW POWER PWM CONTROLLER FOR OFF-LINE BATTERY CHARGER      AP3700E**

## Pin Configuration

Z Package

(TO-92)



3    OUT

2    GND

1    VCC

Figure 2. Pin Configuration of AP3700E (Top View)

## Pin Description

| Pin Number | Pin Name | Function |
|:---:|:---:|:---|
| 1 | VCC | The power supply of the IC, and is generally connected to opto-coupler's emitter |
| 2 | GND | Supply ground |
| 3 | OUT | The output pin,  connected to the emitter of NPN transistor or the source of MOSFET |



Preliminary Datasheet

## LOW POWER PWM CONTROLLER FOR OFF-LINE BATTERY CHARGER        AP3700E

## Functional Block Diagram



Figure 3. Functional Block Diagram of AP3700E



Preliminary Datasheet

**LOW POWER PWM CONTROLLER FOR OFF-LINE BATTERY CHARGER    AP3700E**

## Ordering Information



AP3700 ☐ ☐ ☐ - ☐

Circuit Type

E: AP3700E

E1: Lead Free

TR: Ammo
Blank: Tube

Package
Z: TO-92

| Package | Switching Frequency | Temperature Range | Part Number | Marking ID | Packing Type |
|---------|--------------------|--------------------|-------------|------------|--------------|
| TO-92 | 60kHz | -40 to 85°C | AP3700EZ-E1 | 3700EZ-E1 | Bulk |
|  |  |  | AP3700EZTR-E1 | 3700EZ-E1 | Ammo |

BCD Semiconductor's Pb-free products, as designated with "E1" suffix in the part number, are RoHS compliant.

## Absolute Maximum Ratings (Note 1)

| Parameter | Value | Unit |
|-----------|-------|------|
| Supply Voltage | -0.3 to 6.0 | V |
| Voltage at OUT (Note 2) | -0.3 to 40 | V |
| Output Current at OUT | Internally limited | A |
| Power Dissipation | 0.6 | W |
| Operating Junction Temperature | 150 | °C |
| Storage Temperature | -65 to 150 | °C |
| Lead Temperature (Soldering, 10s) | 300 | °C |
| ESD (Machine Model) | 200 | V |

Note 1: Stresses greater than those listed under "Absolute Maximum Ratings" may cause permanent damage to the device. These are stress ratings only, and functional operation of the device at these or any other conditions beyond those indicated under "Recommended Operating Conditions" is not implied. Exposure to "Absolute Maximum Ratings" for extended periods may affect device reliability.
Note 2: The Breadown Voltage. The actual operating voltage can not be greater than the value listed here.



Preliminary Datasheet

**LOW POWER PWM CONTROLLER FOR OFF-LINE BATTERY CHARGER      AP3700E**

## Electrical Characteristics

($V_{CC}$=4.5V, $T_J$=25$^o$C, unless otherwise specified.)

| Parameter | Symbol | Conditions | Min | Typ | Max | Unit |
|---|---|---|---|---|---|---|
| **UVLO SECTION** | | | | | | |
| Start-up Voltage | $V_{TH (ST)}$ | | 5.5 | 5.75 | 5.95 | V |
| Minimal Operating Voltage | $V_{OPR}$(min) | | 3.6 | 3.8 | 4.0 | V |
| **STANDBY  CURRENT SECTION** | | | | | | |
| Start-up Current (Note 3) | $I_{ST}$ | $V_{CC}$=4.5V | | 0.22 | 0.45 | mA |
| Operating Current | $I_{CC(OPR)}$ | | | 0.45 | 0.7 | |
| $V_{CC}$ Zener Voltage | $V_Z$ | $I_{CC}$=10mA | 6 | 6.3 | | V |
| Dynamic Impedance | $R_{VCC}$ | $V_{CC}$=3.8 to 4.8V | | 18 | | k$\Omega$ |
| **INTERNAL OSCILLATOR** | | | | | | |
| Switching Frequency | $f_{SW}$ | | 50 | 60 | 75 | kHz |
| Frequency dithering | | | $\pm$2 | $\pm$2.5 | $\pm$3 | kHz |
| Temperature Stability | | -40 to 85$^o$C | | 5 | 10 | % |
| **DRIVE OUTPUT SECTION** | | | | | | |
| OUT Turn-on Voltage | $V_{OUT(ON)}$ | | | 9.5 | 12 | V |
| OUT Turn-off Voltage | $V_{OUT(OFF)}$ | | 5 | 5.5 | 6.5 | V |
| Rise Time | $T_R$ | $C_L$=1nF, 15$\Omega$ pull-up | | 60 | | ns |
| Fall Time | $T_F$ | $C_L$=1nF, 15$\Omega$ pull-up | | 30 | | |
| Maximum Duty Cycle | $D_{MAX}$ | $V_{OPR}$(min) + 0.2V | 67 | 75 | 84 | % |
| Minimum Duty Cycle | | | | 3 | | |
| Driver OUT On-Resistance | $R_{OUT}$ | $I_{OUT}$=0.06A | | 3 | | $\Omega$ |
| Switch Off Current (OUT) | | Driver off, $V_{OUT}$=10V | | 20 | 40 | $\mu$A |
| Effective Current Limit | $I_{LIM}$ | $V_{CC}$ = $V_{OPR}$+0.1V | 460 | | | mA |
| OUT Current Coefficient | $G_A$ | | | -0.3 | | A/V |

Note 3: AP3700E is an emitter drive controller, the PWM controller will start up only when the voltage on the OUT pin rises up to its threshould value.

---



Preliminary Datasheet

**LOW POWER PWM CONTROLLER FOR OFF-LINE BATTERY CHARGER    AP3700E**

## Typical Performance Characteristics





Figure 4. Operating Current  vs. Ambient Temperature

Figure 5. Start-up Current  vs. Ambient Temperature





Figure 6. Switching Frequency vs. Ambient Temperature

Figure 7. Start-up Current vs. V_CC Voltage



Preliminary Datasheet

**LOW POWER PWM CONTROLLER FOR OFF-LINE BATTERY CHARGER          AP3700E**

## Typical Performance Characteristics (Continued)



Figure 8. Current  Limit  vs. Ambient Temperature



Preliminary Datasheet

**LOW POWER PWM CONTROLLER FOR OFF-LINE BATTERY CHARGER        AP3700E**

## Function Description

### 1. Startup Circuit

Figure 3 is the functional block diagram of AP3700E, and there are 3 external pins: the VCC pin, the OUT pin and GND pin. In typical application shown by Figure 10, the VCC pin is used for both bias supply and feedback control. The OUT pin directly drives external NPN transistor or MOSFET, and also provides initial bias power for UVLO comparator. When the IC works in PWM mode, the auxiliary winding will supply the $V_{CC}$ enough operating current.

Figure 9 shows the start-up sequence of the $V_{CC}$ and the $V_{OUT}$.



Figure 9. Start-up Sequence of $V_{CC}$ and $V_{OUT}$

### 2. $V_{CC}$/Feedback Control

An opto-coupler and secondary constant voltage/current controller consists of voltage feedback network. When load is heavy, the voltage on VCC will be lower to enlarge duty cycle; on the contrary, if load drops, the voltage on VCC will rise to reduce duty cycle.

### 3. Frequency Dithering

Frequency dithering is performed by periodically spreading a single switching frequency into adjacent frequency band, so the peak energy is spread. This technique can improve EMI by reducing both quasi-peak and average EMI emissions.



Figure 10. Frequency Dithering Influences
the Swithcing Cycle

AP3700E has reference switching frequency of 60 kHz, and its frequency deviation is ±2.5kHz in period of 2ms. Figure 10 shows the frequency dithering influence to the waveform .

### 4. Current Limit Control

The AP3700E employs current mode control to improve transient response and voltage stability. In Figure 11, the external inductor current through the OUT pin is converted to a voltage by an internal resistor, and this voltage will participate to control duty cycle and peak inductor current.



Preliminary Datasheet

**LOW POWER PWM CONTROLLER FOR OFF-LINE BATTERY CHARGER          AP3700E**

## Typical Application



Figure 11. 5V/0.8A Output for Battery Charger of Mobile Phone



Preliminary Datasheet

## LOW POWER PWM CONTROLLER FOR OFF-LINE BATTERY CHARGER    AP3700E

**Mechanical Dimensions**

### TO-92 (Bulk Packing)                    Unit: mm(inch)





Preliminary Datasheet

**LOW POWER PWM CONTROLLER FOR OFF-LINE BATTERY CHARGER        AP3700E**

**Mechanical Dimensions**

**TO-92 (Ammo Packing)**                **Unit: mm(inch)**





Dec. 2007  Rev. 1. 0                BCD Semiconductor Manufacturing Limited

 

**BCD Semiconductor Manufacturing Limited**

http://www.bcdsemi.com

**IMPORTANT NOTICE**

BCD Semiconductor Manufacturing Limited reserves the right to make changes without further notice to any products or specifications herein. BCD Semiconductor Manufacturing Limited does not assume any responsibility for use of any its products for any particular purpose, nor does BCD Semiconductor Manufacturing Limited assume any liability arising out of the application or use of any its products or circuits. BCD Semiconductor Manufacturing Limited does not convey any license under its patent rights or other rights nor the rights of others.

**MAIN SITE**
**BCD Semiconductor Manufacturing Limited**
**- Wafer Fab**
**Shanghai SIM-BCD Semiconductor Manufacturing Limited**
800, Yi Shan Road, Shanghai 200233, China
Tel: +86-21-6485 1491, Fax: +86-21-5450 0008

**BCD Semiconductor Manufacturing Limited**
**- IC Design Group**
**Advanced Analog Circuits (Shanghai) Corporation**
8F, Zone B, 900, Yi Shan Road, Shanghai 200233, China
Tel: +86-21-6495 9539, Fax: +86-21-6485 9673

**REGIONAL SALES OFFICE**
**Shenzhen Office**
**Shanghai SIM-BCD Semiconductor Manufacturing Co., Ltd. Shenzhen Office**
**Advanced Analog Circuits (Shanghai) Corporation Shenzhen Office**
Room E, 5F, Noble Center, No.1006, 3rd Fuzhong Road, Futian District, Shenzhen 518026, China
Tel: +86-755-8826 7951
Fax: +86-755-8826 7865

**Taiwan Office**
**BCD Semiconductor (Taiwan) Company Limited**
4F, 298-1, Rui Guang Road, Nei-Hu District, Taipei, Taiwan
Tel: +886-2-2656 2808
Fax: +886-2-2656 2806

**USA Office**
**BCD Semiconductor Corporation**
30920 Huntwood Ave. Hayward,
CA 94544, U.S.A
Tel : +1-510-324-2988
Fax: +1-510-324-2788

# Exhibit C



Preliminary Datasheet

## LOW POWER PWM CONTROLLER FOR OFF-LINE ADAPTER    AP3710

## General Description

The AP3710 is a green-mode PWM controller, its main applications are low power supplies such as offline battery chargers, adapters, STB and other auxiliary supplies, where the needs for low no load power, low total cost and high reliability are all required.

The functional blocks of AP3710 include: under voltage lockout with low start-up current; precise voltage reference for internal comparators; PWM comparator with current limit control, feedback signal and band-gap input; short circuit comparator and open circuit protection for opto-coupler.

The AP3710 operates at a fixed 60kHz switching frequency, its output connects to the emitter of high voltage NPN transistor or the source of MOSFET. In normal mode, it works as a switch to turn on or turn off the external transistor. In failure modes like open loop, over voltage or overload due to short circuit, the chip enters into an auto restart mode controlled by the internal protection unit.

The AP3710 is available in SOIC-8 package.

## Features

- Current Mode Control with Skip Cycle Capability
- Low Start-up Current: 0.25 mA
- Low Operating Current: 0.45mA
- Output Current Capacity: 900 mA
- Fixed Switching Frequency: 60 kHz
- Frequency Dithering for Low EMI
- Under-Voltage Lockout with Hysteresis
- Built-in Slope Compensation
- Short Circuit Protection
- Open and Short Circuit Protection for Opto-Coupler
- Maximum Input Power is 0.2W under No Load
- Maximum Input Power is 1W under 0.5W Load
- Low Total Cost Solution

## Applications

- Adapters
- Battery Chargers
- Set Top Boxes
- Auxiliary Supplies
- DVD



SOIC-8

Figure 1. Package Type of AP3710

Oct. 2007  Rev. 1. 1                                    BCD Semiconductor Manufacturing Limited



Preliminary Datasheet

**LOW POWER PWM CONTROLLER FOR OFF-LINE ADAPTER          AP3710**

## Pin Configuration

M Package

(SOIC-8)



Figure 2. Pin Configuration of AP3710 (Top View)

## Pin Description

| Pin Number | Pin Name | Function |
|------------|----------|----------|
| 1 | GND | Power supply ground |
| 2 | VCC | The power supply of the IC and this terminal is also used for the feedback control |
| 3, 6, 8 | NC | Not connected |
| 4 | OUT | The PWM output  is directly connected to the emitter of NPN transistor or the source of MOSFET |
| 5 | VSEN | It is used for line voltage compensation, and PWM uses this to terminate the output switch conduction |
| 7 | VA | It is used for short circuit protection, and this terminal will be pulled down to low level when short circuit happens at the load side |



Preliminary Datasheet

## LOW POWER PWM CONTROLLER FOR OFF-LINE ADAPTER    AP3710

## Functional Block Diagram



Figure 3. Functional Block Diagram of AP3710



Preliminary Datasheet

**LOW POWER PWM CONTROLLER FOR OFF-LINE ADAPTER          AP3710**

## Ordering Information



| Package | Switching Frequency | Temperature Range | Part Number | Marking ID | Packing Type |
|---------|---------------------|-------------------|-------------|------------|--------------|
| SOIC-8 | 60kHz | -40 to 85°C | AP3710M-E1 | 3710M-E1 | Tube |
|  |  |  | AP3710MTR-E1 | 3710M-E1 | Tape & Reel |

BCD Semiconductor's Pb-free products, as designated with "E1" suffix in the part number, are RoHS compliant.

## Absolute Maximum Ratings (Note 1)

| Parameter | Value | Unit |
|-----------|-------|------|
| Supply Voltage | -0.3 to 6.3 | V |
| Voltage at OUT | -0.3 to 40 | V |
| Analog Input at $V_{SEN}$ | -0.3 to 6.3 | V |
| Output Current at OUT | Internally limited | A |
| Power Dissipation | 0.6 | W |
| Operating Junction Temperature | 150 | °C |
| Storage Temperature | -65 to 150 | °C |
| Lead Temperature (Soldering, 10s) | 300 | °C |
| ESD (Machine Model) | 300 | V |

Note 1: Stresses greater than those listed under "Absolute Maximum Ratings" may cause permanent damage to the device. These are stress ratings only, and functional operation of the device at these or any other conditions beyond those indicated under "Recommended Operating Conditions" is not implied. Exposure to "Absolute Maximum Ratings" for extended periods may affect device reliability.

Oct. 2007  Rev. 1. 1                                         BCD Semiconductor Manufacturing Limited



Preliminary Datasheet

**LOW POWER PWM CONTROLLER FOR OFF-LINE ADAPTER**          **AP3710**

## Electrical Characteristics

($V_{CC}$=4V, $T_J$=25$^o$C, unless otherwise specified.)

| Parameter | Symbol | Conditions | Min | Typ | Max | Unit |
|---|---|---|---|---|---|---|
| **UVLO SECTION** | | | | | | |
| Turn on Threshold Voltage | $V_{CC}$ (on) | | 5.30 | 5.60 | 5.90 | V |
| Turn off Threshold Voltage | $V_{CC}$ (off) | | 3.4 | 3.65 | 3.90 | V |
| Discharge Voltage | $V_{DIS}$ | | 2.7 | 2.9 | 3.1 | V |
| **STANDBY  CURRENT SECTION** | | | | | | |
| Start-up Current | $I_{ST}$ | $V_{CC}$=4V | | 0.25 | 0.4 | mA |
| Operating Current | $I_{CC}$(opr) | | | 0.45 | 0.7 | |
| $V_{CC}$ Zener Voltage | $V_Z$ | $I_{CC}$=10mA | 6.5 | 7 | 7.5 | V |
| Dynamic Impedance | $R_{VCC}$ | $V_{CC}$=3.8 to 4.8V | 10 | 18 | 30 | k$\Omega$ |
| **INTERNAL OSCILLATOR** | | | | | | |
| Switching Frequency | $F_{SW}$ | | 50 | 60 | 70 | kHz |
| Frequency Dithering | | | $\pm$2 | $\pm$3.5 | $\pm$5 | kHz |
| Temperature Stability | | -40 to 85$^o$C | | 5 | | % |
| **DRIVE OUTPUT SECTION** | | | | | | |
| OUT Turn-on Voltage | $V_{OUT}$(on) | | 7.6 | 9.3 | 11 | V |
| OUT Turn-off Voltage | $V_{OUT}$(off) | | 5.7 | 6.8 | 7.9 | V |
| Rise Time | $T_R$ | $C_L$=1nF, 15$\Omega$ pull-up | | 60 | | ns |
| Fall Time | $T_F$ | $C_L$=1nF, 15$\Omega$ pull-up | | 30 | | |
| Maximum Duty Cycle | $D_{MAX}$ | $V_{CC}$(off) + 0.2V | 68 | 75 | 82 | % |
| Minimum Duty Cycle | | $V_{CC}$=$V_{CC}$ (on)-0.2V | | 3 | 5 | |
| Driver OUT On-Resistance | $R_{OUT}$ | $I_{OUT}$=0.7A | | 3 | 5 | $\Omega$ |
| Switch Off Current (OUT) | | Driver off, $V_{OUT}$=10V | | 20 | 40 | $\mu$A |
| Effective Current Limit | $I_{LIM}$ | $V_{CC}$=$V_{CC}$(off)+0.5V | 800 | 900 | | mA |
| OUT Current Coefficient | $G_A$ | | | -0.6 | | A/V |
| **CURRENT SECTION** | | | | | | |
| Maximum Input Signal | $V_{SEN}$ | | 0.9 | 1.0 | 1.1 | V |

---



Preliminary Datasheet

**LOW POWER PWM CONTROLLER FOR OFF-LINE ADAPTER**        **AP3710**

## Electrical Characteristics (Continued)



Figure 4. The Test Circuit for Current Limit



Preliminary Datasheet

**LOW POWER PWM CONTROLLER FOR OFF-LINE ADAPTER          AP3710**

## Typical Performance Characteristics





Figure 5. Operating Current  vs. Ambient Temperature          Figure 6. Start-up Current  vs. Ambient Temperature





Figure 7. Start-up Current vs. $V_{CC}$ Voltage          Figure 8. Switching Frequency vs. Ambient Temperature



Preliminary Datasheet

**LOW POWER PWM CONTROLLER FOR OFF-LINE ADAPTER**      **AP3710**

**Typical Performance Characteristics (Continued)**



Figure 9. Normalized Current Limit
vs. Ambient Temperature



Figure 10. Discharge Voltage  vs. Ambient Temperature



Figure 11. On Resistance vs. Ambient Temperature



Figure 12. Turn on Voltage  vs. Ambient Temperature



Preliminary Datasheet

**LOW POWER PWM CONTROLLER FOR OFF-LINE ADAPTER         AP3710**

## Function Description

### 1. UVLO and Start up Circuit

The AP3710's turn on threshold voltage is 5.6V and its turn off threshold voltage is 3.65V, so the UVLO hysteresis voltage is 1.95V, which helps AP3710 to draw adequate energy to supply VCC terminal during start-up. Please see Figure 13 for UVLO chart.



Figure 13. 5.6/3.65V UVLO Threshold of AP3710

The VCC terminal in Figure 3 is used for both bias supply and feedback control. When AP3710 is powered on, the start-up current source turns on and it can not turn off until VCC level increases to its threshold value and PWM pulse is produced.



Figure 14. The Start-up Circuit of Typical Application

In start-up section of typical application shown by Figure 14, the rectified line voltage $V_{IN}$ charges the capacitor C4 through start-up resistor R2+R3 until Q1 is turned on so OUT terminal can directly drive external Q1, a MOSFET inside AP3710 is connected in series with the Q1.

Once the start-up is set up, the auxiliary bias winding will supply the VCC terminal enough operating current. The start-up sequence is shown in Figure 15.



Figure 15. Power up Waveforms



Preliminary Datasheet

## LOW POWER PWM CONTROLLER FOR OFF-LINE ADAPTER          AP3710

## Function Description (Continued)

### 2. VCC/Feedback Control
In Figure 14, an opto-coupler and secondary constant voltage consists of voltage feedback network. Voltage feedback loop consists of shunt regulator AZ431 and FB/VCC terminal of AP3710. When load is heavy, the voltage on VCC terminal will decrease to enlarge duty cycle; on the contrary, if load drops, the voltage on VCC will increase to reduce duty cycle.

### 3. Skip Cycle Mode Operation
The AP3710 enters skip cycle mode when load power drops below a given level, and this is performed by sensing the VCC voltage level, i.e., the heavier load power, the lower VCC voltage level. In normal operation, the VCC terminal indicates a peak inductance current under certain load power. If the load power decreases, VCC voltage level increases to ask for less peak current. When it reaches a determined value, the IC prevents the current from decreasing further down and starts to blank the output pulses, the IC then enters the skip cycle mode operation. Figure 16 is the sketch for the two operation mode.



Figure 16. Skip Cycle and Normal PWM Waveform

### 4. Slope Compensation
The AP3710 is current mode PWM controller, and it regulates peak inductance current by its current control loop. It is known that a continuous condition mode SMPS may induce noise and harmonic oscillation on current sense or feedback signal, and this is especially serious when duty cycle exceeds 50%. The internal slope compensation of AP3710 can improve power supply stability by increasing the current slope.

### 5. Current Limit Control
The AP3710 employs current mode control to improve transient response and voltage stability. In Figure 3, the external inductor current through the OUT pin is converted to a voltage by an internal resistor, and this voltage will participate to control duty cycle and peak inductor current.

### 6. Frequency Dithering
Frequency dithering is performed by periodically spreading a single switching frequency into adjacent frequency band, so the peak energy is spread. This technique can improve EMI performance by reducing both quasi peak and average EMI emissions.



Figure 17. Frequency Dither Influences
the Switching Cycle



Preliminary Datasheet

**LOW POWER PWM CONTROLLER FOR OFF-LINE ADAPTER          AP3710**

## Function Description (Continued)

### 7. Short Circuit Protection

Internal short circuit control can protect a SMPS from being damaged when short circuit at its output happens.

In Figure 18, when VCC drops below its turn off threshold value, the UVLO comparator's output will control the Discharge Logic to pull VA terminal to low level, and the low level is kept before the VCC voltage drops below the threshold value of discharge comparator. Then the system will re-startup from C4 charging again and the same process will repeat indefinitely. The long start-up period makes the input power low enough to ensure the whole system in safety under output short circuit condition.



Figure 18.  Short Circuit Protection Block



Preliminary Datasheet

## LOW POWER PWM CONTROLLER FOR OFF-LINE ADAPTER          AP3710

**Typical Application**



Figure 19. 12V/1A Adapter



Preliminary Datasheet

**LOW POWER PWM CONTROLLER FOR OFF-LINE ADAPTER          AP3710**

## Bill of Materials for Figure 19

| Designator | Part Type | Designator | Part Type |
|---|---|---|---|
| R1 | Resistor, NTC Resistor, 5Ω | C1, C2 | Electrolytic Capacitor, 10 μF/400V, φ10 |
| R2, R3 | Resistor, 1MΩ, 1206 | C3 | Capacitor, 2200pF, d=5mm |
| R4 | Resistor, 68kΩ, 1206 | C4, C5 | Capacitor, 10μF, d=4.5mm |
| R5 | Resistor, 3Ω, 0805 | C6 | Capacitor, 22nF, 0805 |
| R6 | Resistor, 200Ω, 0805 | C7 | Capacitor, 0.47μF, 0805 |
| R7 | Resistor, 2kΩ, 0805 | C8 | Electrolytic Capacitor, 1000μF |
| R8 | Resistor, 5.1MΩ, SIP | C9 | Electrolytic Capacitor, 220μF |
| R9, R15, R16 | Resistor, 3kΩ, 0805 | C10 | Y Capacitor, 2200pF |
| R11 | Resistor, 15 Ω, 1206 | C11 | Capacitor, 1nF, 0805 |
| R13 | Resistor, 1kΩ, 0805 | Q1 | Transistor, APT13003, TO126 |
| R14 | Resistor, 11.4kΩ, 0805 | U3 | Opto-coupler, PC817, DIP-4 |
| D1 to D4 | Diode, 1N4007, DO-41 | L2 | Inductor, 300μH/0.3A |
| D5, D6 | Diode, 1N4148, LL-34 | L4 | Inductor, 100μH/1A |
| D7 | Diode, FR107, DO-15 | ZD2 | Zener, 13V/1W |
| D8 | Diode, 3100, DO-201 | T1 | Transformer, EE-20 |



Preliminary Datasheet

**LOW POWER PWM CONTROLLER FOR OFF-LINE ADAPTER**    **AP3710**

**Mechanical Dimensions**

**SOIC-8**    **Unit: mm(inch)**



 

**BCD Semiconductor Manufacturing Limited**

http://www.bcdsemi.com

**IMPORTANT NOTICE**

BCD Semiconductor Manufacturing Limited reserves the right to make changes without further notice to any products or specifications herein. BCD Semiconductor Manufacturing Limited does not assume any responsibility for use of any its products for any particular purpose, nor does BCD Semiconductor Manufacturing Limited assume any liability arising out of the application or use of any its products or circuits. BCD Semiconductor Manufacturing Limited does not convey any license under its patent rights or other rights nor the rights of others.

**MAIN SITE**

**BCD Semiconductor Manufacturing Limited**
**- Wafer Fab**
**Shanghai SIM-BCD Semiconductor Manufacturing Limited**
800, Yi Shan Road, Shanghai 200233, China
Tel: +86-21-6485 1491, Fax: +86-21-5450 0008

**BCD Semiconductor Manufacturing Limited**
**- IC Design Group**
**Advanced Analog Circuits (Shanghai) Corporation**
8F, Zone B, 900, Yi Shan Road, Shanghai 200233, China
Tel: +86-21-6495 9539, Fax: +86-21-6485 9673

**REGIONAL SALES OFFICE**

**Shenzhen Office**
**Shanghai SIM-BCD Semiconductor Manufacturing Co., Ltd. Shenzhen Office**
**Advanced Analog Circuits (Shanghai) Corporation Shenzhen Office**
Room E, 5F, Noble Center, No.1006, 3rd Fuzhong Road, Futian District, Shenzhen 518026, China
Tel: +86-755-8826 7951
Fax: +86-755-8826 7865

**Taiwan Office**
**BCD Semiconductor (Taiwan) Company Limited**
4F, 298-1, Rui Guang Road, Nei-Hu District, Taipei,
Taiwan
Tel:+886-2-2656 2808
Fax: +886-2-2656 2806

**USA Office**
**BCD Semiconductor Corporation**
30920 Huntwood Ave. Hayward,
CA 94544, U.S.A
Tel : +1-510-324-2988
Fax: +1-510-324-2788

# Exhibit D

# REDACTED
# IN ITS ENTIRETY