IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BCD SEMICONDUCTOR CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation,<br><br>Defendants. | C.A. No. 07-633-JJF |

**DECLARATION OF HOWARD G. POLLACK IN SUPPORT OF
POWER INTEGRATIONS' OPPOSITION TO BCD'S MOTION TO DISMISS
FOR LACK OF JURISDICTION**

I, Howard G. Pollack, declare as follows:

1. I am an attorney with Fish & Richardson P.C., counsel for Plaintiff Power Integrations, Inc. ("Power Integrations"). I am a member of the Bar of the State of California, admitted *pro hac vice* for purposes of this matter. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Samsung advertises a number of products on its website, including travel chargers for its cell phones. Of the more recent cell phone chargers listed for sale at http://www.samsung.com/us/consumer/accessory/type/accList.do?group=mobilephones&type=mobilephones&subtype=mobilephoneaccessories&subsubtype=chargers, I believe that Samsung cell phone chargers bearing model numbers ATADM10JBE ("M10 chargers"), ATADS10JBE ("S10 chargers"), and ATADV10JBE ("V10 chargers") incorporate BCD's AP3700 chips. A true and correct copy of a page from the Samsung website regarding these three chargers is attached as Exhibit A.

3.  I have opened S10 and V10 chargers to inspect their contents, and both the S10 and V10 chargers appear to have the same base design as the M10 charger. In fact, the boards inside the S10 and V10 chargers are labeled "M10". It appears that the primary variation between the Samsung M10, S10, and V10 chargers is the connector plug that connects to the cell phone, and the Samsung web page identified above notes that the S10 charger is "[f]or use with Samsung S 20-pin phones." Similarly, the M10 charger is listed as being "[f]or use with Samsung M 20-pin phones." *See* Ex. A at 3.

4.  During a phone call with BCD's counsel shortly after filing the complaint in this case, I explained that the basis for jurisdiction included the presence of substantial numbers of downstream products incorporating the infringing BCD chips in Wilmington, Delaware, including products purchased before Power Integrations filed suit. My colleague Michael Headley then sent an e-mail to counsel for BCD explaining that BCD chips were found on the shelf in Wilmington in chargers packaged with Samsung SYNC, SCH-u740, and SGH-t219 cell phones. Mr. Headley also notified BCD's counsel that each of those Samsung phones was packaged with an M10 charger. A true and correct copy of BCD's counsel's December 11, 2007 response, acknowledging receipt and thanking us for the information, is attached as Exhibit B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of February, 2008, at Redwood City, CA.

_____
Howard G. Pollack

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2008, I electronically filed the attached **DECLARATION OF HOWARD G. POLLACK IN SUPPORT OF POWER INTEGRATIONS' OPPOSITION TO BCD'S MOTION TO DISMISS FOR LACK OF JURISDICTION** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who was also served via hand delivery:

| | |
|---|---|
| Steven J. Balick | Attorneys for Defendants |
| John G. Day | BCD SEMICONDUCTOR |
| Tiffany Geyer Lydon | CORPORATION and SHANGHAI |
| Ashby & Geddes | SIM-BCD SEMICONDUCTOR |
| 500 Delaware Avenue, 17th Floor | MANUFACTURING, CO., LTD |
| Wilmington, DE 19899 | |

I also certify that on February 6, 2008, I sent the document to the following individuals via electronic and first class mail:

| | |
|---|---|
| E. Robert Yoches | Attorneys for Defendants |
| Joyce Craig | BCD SEMICONDUCTOR |
| Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P. | CORPORATION and SHANGHAI SIM-BCD SEMICONDUCTOR |
| 901 New York Avenue, NW | MANUFACTURING, CO., LTD |
| Washington, DC 20001-4413 | |
| | |
| Erik R. Puknys | Attorneys for Defendants |
| Finnegan, Henderson, Farabow, Garrett & Dunner LLP | BCD SEMICONDUCTOR CORPORATION and SHANGHAI |
| Stanford Research Park | SIM-BCD SEMICONDUCTOR |
| 3300 Hillview Avenue | MANUFACTURING, CO., LTD |
| Palo Alto, CA 94304-1203 | |
| | |
| Robert L. Burns | Attorneys for Defendants |
| Finnegan, Henderson, Farabow, Garrett & Dunner LLP | BCD SEMICONDUCTOR CORPORATION and SHANGHAI |
| Two Freedom Square | SIM-BCD SEMICONDUCTOR |
| 11955 Freedom Drive | MANUFACTURING, CO., LTD |
| Reston, VA 20190-5675 | |

          /s/ *Kyle Wagner Compton*
          Kyle Wagner Compton

CERTIFICATE OF SERVICE.doc

# Exhibit A



my samsung | USA/English

home > consumer > mobile phones > mobile phone accessories

search

### mobile phones
  AT&T
  Sprint
  T-Mobile
  Verizon Wireless
  More Carriers
  **mobile phone accessories**

### mobile phone accessories

## Get into gear with Samsung wireless accessories

Browse products that not only suit what you need, but what you want. Shop for Samsung's latest Bluetooth, carrying and charging solutions.

 



### product finder
AT&T
SGH-a117


**SGH-a117**





| bluetooth | **chargers** | cases & holsters | headsets | batteries & covers | data cables & kits |

car kits    others & multimedia

**28** products


larger view

**CCH035SBEB/XAR**                                                      add to cart
**Vehicle Power Charger**
**Product ID : CCH035SBEB/XAR / Price: $29.99**

SAMSUNG quick charging technology allows you to use your mobile phone while it is charging. The SAMSUNG vehicle power charger features a durable coil cord and advanced circuitry.

**Compatible Samsung Phones :** **SPH-i300 , SPH-i330 , SPH-i600 (SP-I600) , SPH-i500 , SCH-i730 , SCH-i600 , SCH-i830 , SPH-i700 , SCH-i830 (IP-830W)**


larger view

**CAD310JBEB**                                                          add to cart
**Vehicle Power Charger**
**Product ID : CAD310JBEB/STD / Price: $19.99**

Samsung's quick charging technology allows you to use your mobile phone while it is charging in your vehicle. The Samsung vehicle power charger features a durable coil cord and advanced circuitry.

**Compatible Samsung Phones :** **SPH-a660 (Vl660) , SPH-a680 (VM-A680) , SPH-a740 (PM-A740) , SPH-a760 (RL-A760) , SPH-a600 , SPH-a700 (MM-A700) , SPH-a880 (PM-A880) , SPH-a940 (MM-A940) , SPH-a460 , SPH-n400 , SPH-a800 (MM-A800) , SPH-a500 , SPH-a560 , SPH-a620 (VGA1000)**


larger view

**CAD300SBE**                                                           add to cart
**Vehicle Power Charger**
**Product ID : CAD300SBEB/STD / Price: $19.99**

SAMSUNG'S quick charging technology allows you to use your mobile phone while it is charging. The SAMSUNG vehicle power charger also features a durable coil cord and advanced circuitry (For use with S 20-pin phones).

**Compatible Samsung Phones :** **SPH-m300 , SCH-r500 Hue (Alltel) , FlipShot (SCH-u900) , SGH-t439 , SPH-m520 (Qwest) , SLM (SGH-a747) , SPH-a523 Mysto (Helio) , Juke (SCH-u470) , SGH-a117 , SGH-a127 , SCH-r500 (Cricket) , SGH-t639 , SCH-r610 (US Cellular) , SGH-a226 (unlocked) , Katalyst (SGH-t739) , SCH-r300 (Metro PCS) , SPH-a513 Fin (Helio) , SGH-a517 , SGH-a737 , SCH-r610 (Cricket) , Blast (SGH-t729) , SGH-i617 (BlackJack II) , SCH-r500 (US Cellular) , Gleam (SCH-u700) , SGH-t409 , SCH-r410 (Metro PCS) , SGH-t819 , SGH-t429 , Beat (SGH-t539) , SCH-r200 (Alltel) , SPH-m305 DM-s105 , SPH-m510**


larger view

**ADCH691DBE**                                                          add to cart
**Desktop Charger**
**Product ID : ADCH691DBEBSTD / Price: $49.99**

Charge your Samsung i760 handset and spare battery at the same time with the SAMSUNG dual slot desktop charger.

**Compatible Samsung Phones :** **SCH-i760**


larger view

**CAD300VBEB/STD**                                                      add to cart
**Vehicle Power Charger**
**Product ID : CAD300VBEB/STD / Price: $19.99**

Samsung quick charging technology allows you to use your mobile phone while it is charging. The Samsung vehicle power charger features a durable coil cord and advanced circuitry.

**Compatible Samsung Phones :** **SGH-x105 , SGH-x495 , SCH-n330 (Alltel) , SCH-a645 (Alltel) , SCH-a570 , SCH-a630 , SGH-p207 , SCH-a850 , SGH-n625 , SCH-a930 , SCH-a645 (Metro PCS) , SCH-a870 , SCH-a890 , SGH-s307 , SPH-a840 (PM-A840) , SCH-a870 Siren (Cricket) , SGH-x496 (unlocked) , SGH-v205 , SCH-a990 , SCH-u620 , SGH-e315 , SGH-d415 , SCH-u340 Snap (Alltel) , SCH-u520 (U.S.Cellular) , SCH-u340 (Cricket) , SGH-e317 , SCH-a570 (Metro PCS) , SCH-n330 , SGH-p107 , SGH-v206 , SGH-e715 , SCH-a850 (Metro PCS) , SGH-x426 , SCH-a870 (Metro PCS) , SGH-d307 , SGH-d347 , SCH-u410 , SGH-x426M (unlocked) , SGH-x427 , SGH-x427M , SGH-c225 , SGH-e105 , SGH-e335 , SCH-u520 (Metro Pcs) , SCH-a570 (US Cellular) , SCH-a645 (US Cellular) ,**

SGH-r225 , SGH-t309 , SCH-u340 , SGH-e316 , SCH-u540 , SGH-x475 , SCH-n330 (Metro PCS) , SCH-u340 (U.S Cellular) , SCH-u520 (Alltel) , SPH-a900 , SPH-a920 (MM-A920) , SCH-a870 (US Cellular) , SCH-a850 (US Cellular)


larger view

**CAD300MBEB**                                             add to cart
**Vehicle Power Charger**
**Product ID : CAD300MBEB/STD / Price: $19.99**

SAMSUNG'S quick charging technology allows you to use your mobile phone while it is charging. The SAMSUNG vehicle power charger also features a durable coil cord and advanced circuitry.

**Compatible Samsung Phones :** SGH-t809 , SCH-u740 , SCH-u420 (Alltel) , SCH-r510 Wafer (Alltel) , SPH-m610 , SGH-t629 , SGH-d806 (unlocked) , Trace (SGH-t519) , SPH-a503 (Helio) , SPH-a503 Drift (Helio) , SGH-a437 , SGH-d900 Black Carbon , Sync (SGH-a707) , SGH-a717 , SGH-i607 (BlackJack) , UpStage (SPH-m620) , SGH-a727 , SGH-t219 , Stripe (SGH-t329) , SPH-a303 Heat (Helio) , SGH-t509 , SGH-d807 , SGH-a436 (unlocked)


larger view

**CAD300HBEB**                                             add to cart
**Vehicle Power Charger**
**Product ID : CAD300HBEB/STD / Price: $19.99**

SAMSUNG quick charging technology allows you to use your mobile phone while it is charging. The SAMSUNG vehicle power charger features a durable coil cord and advanced circuitry.

**Compatible Samsung Phones :** SCH-i760 , SGH-zx10 , SGH-zx20


larger view

**CAD300ABEB/STD**                                         add to cart
**Vehicle Power Charger**
**Product ID : CAD300ABEB/STD / Price: $19.99**

SAMSUNG quick charging technology allows you to use your mobile phone while it is charging. The SAMSUNG vehicle power charger features a durable coil cord and advanced circuitry.

**Compatible Samsung Phones :** SGH-t719 , SGH-x105 , SCH-n330 (Alltel) , SGH-c416 (unlocked) , SCH-a570 , SPH-a640 , SGH-p207 , SGH-n625 , SCH-a890 , SGH-s307 , SPH-a840 (PM-A840) , SPH-a640 (Qwest) , SGH-t609 , SGH-v205 , SGH-c417 , SPH-a110 (GreatCall) , SPH-a120 (GreatCall) , SGH-x506 (unlocked) , SGH-e316 (unlocked) , SGH-t709 , SGH-e315 , SGH-d415 , SPH-a420 , SGH-e317 , SCH-a570 (Metro PCS) , SCH-n330 , SGH-p107 , SPH-m500 , SGH-v206 , SGH-e715 , SGH-x426 , SGH-d307 , SGH-x426M (unlocked) , SGH-x427 , SGH-x427M , SGH-x507 , SGH-c225 , SGH-e105 , SGH-e335 , SGH-x497 , SCH-a570 (US Cellular) , SGH-r225 , SGH-t209 , SGH-t319 , SGH-e316 , SGH-t619 , SGH-x475 , SGH-c207 , SCH-n330 (Metro PCS) , SGH-d407 , SPH-a420 (Trumpet) , SPH-a580


larger view

**TCH120JDEB/STD**                       out of stock     add to cart
**Travel Charger**
**Product ID : TCH120JDEB/STD / Price: $39.99**

SAMSUNG quick charging technology allows you to use your mobile phone while it is charging. The SAMSUNG travel charger plugs into any standard wall outlet. The compact and durable design makes it convenient to charge your battery while home or on the go.

**Compatible Samsung Phones :** SCH-i730 , SCH-i830 , SCH-i830 (IP-830W)


larger view

**TCH120JBEB/STD**                                         add to cart
**Travel Charger**
**Product ID : TCH120JBEB/STD / Price: $39.99**

SAMSUNG quick charging technology allows you to use your mobile phone while it is charging. The SAMSUNG travel charger plugs into any standard wall outlet. The compact and durable design makes it convenient to charge your battery while home or on the go.

**Compatible Samsung Phones :** SPH-i300 , SPH-i330 , SPH-i600 (SP-I600) , SPH-i500 , SCH-i730 , SCH-i600 , SCH-i830 , SPH-i700 , SCH-i830 (IP-830W)


larger view

**TAD337JBEB**                                             add to cart
**Travel Charger**
**Product ID : TAD337JBEB/STD / Price: $19.99**

SAMSUNG quick charging technology allows you to use your mobile phone while it is charging. The SAMSUNG travel charger plugs into any standard wall outlet. The compact and durable design makes it convenient to charge your battery while home or on the go.

**Compatible Samsung Phones :** SGH-zx10 , SGH-zx20


larger view

**TAD177JSEB/STD**                       out of stock     add to cart
**Travel Charger**
**Product ID : TAD177JSEB/STD / Price: $19.99**

The Samsung quick charging technology allows you to use your mobile phone while it is charging. The Samsung travel charger plugs into any standard wall outlet. The compact and durable design makes it convenient to charge your battery while at home, the office, or on the go.

**Compatible Samsung Phones :** SPH-a660 (VI660) , SPH-a680 (VM-A680) , SPH-a740 (PM-A740) , SPH-a760 (RL-A760) , SPH-a700 (MM-A700) , SPH-a880 (PM-A880) , SPH-a940 (MM-A940) , SPH-a820 (MM-A820) , SPH-a110 (GreatCall) , SPH-a120 (GreatCall) , SPH-n400 , SPH-a800 (MM-A800) , SPH-a560 , SPH-a620 (VGA1000)



**TAD137JSEB/STD**                                         add to cart
**Travel Charger**
**Product ID : TAD137JSEB/STD / Price: $19.99**

Samsung's quick charging technology allows you to use your mobile phone while it is charging. The Samsung travel charger plugs into any standard wall outlet. The compact and durable design makes it convenient to charge your battery while home or on the go.

**Compatible Samsung Phones :** SGH-x105 , SCH-a310 , SCH-a530 , SCH-a650 , SCH-a570 , SCH-a610

SCH-a570 (Metro PCS) , SCH-n330 , SCH-a670 (Metro PCS) , SGH-p107 , SCH-a610 (Metro PCS) , SGH-v206 , SGH-e715 , SGH-x426 , SGH-d307 , SGH-x426M (unlocked) , SGH-x427 , SGH-c225 , SGH-e105 , SGH-e335 , SGH-x497 , SGH-r225 , SGH-e316 , SGH-x475 , SGH-c207



larger view

**ATADV10JBE**  add to cart
**Travel Charger**
**Product ID : ATADV10JBEBSTD / Price: $19.99**

Samsung quick charging technology allows you to use your mobile phone while it is charging. The Samsung travel charger plugs into any standard wall outlet. The compact and durable design makes it convenient to charge your battery while home or on the go.

**Compatible Samsung Phones :** SGH-t719 , SGH-x105 , SGH-x495 , SCH-a310 , SCH-a530 , SCH-n330 (Alltel) , SCH-a645 (Alltel) , SGH-c416 (unlocked) , SCH-a650 , SCH-a570 , SCH-a610 , SCH-a630 , SPH-a640 , SGH-p207 , SCH-a850 , SCH-a795 , SGH-n625 , SCH-a930 , SCH-a645 (Metro PCS) , SCH-a870 , SCH-a890 , SGH-s307 , SCH-a670 , SCH-a790 , SPH-a840 (PM-A840) , SPH-a640 (Qwest) , SCH-a870 Siren (Cricket) , SGH-t609 , SGH-x496 (unlocked) , SGH-v205 , SCH-a990 , SGH-c417 , SPH-a110 (GreatCall) , SPH-a120 (GreatCall) , SGH-x506 (unlocked) , SCH-u620 , SGH-t709 , SGH-e315 , SGH-d415 , SGH-e635 , SCH-u340 Snap (Alltel) , SCH-u520 (U.S.Cellular) , SPH-a420 , SCH-u340 (Cricket) , SGH-e317 , SCH-a570 (Metro PCS) , SCH-n330 , SCH-a670 (Metro PCS) , SGH-p107 , SCH-a610 (Metro PCS) , SPH-m500 , SGH-v206 , SGH-e715 , SCH-a850 (Metro PCS) , SGH-x426 , SCH-a870 (Metro PCS) , SGH-d307 , SGH-d347 , SCH-u410 , SGH-x427 , SGH-x507 , SCH-a670 (US Cellular) , SGH-c225 , SGH-e105 , SGH-e335 , SGH-x497 , SCH-u520 (Metro Pcs) , SCH-a570 (US Cellular) , SCH-a645 (US Cellular) , SGH-r225 , SGH-t209 , SGH-t309 , SGH-t319 , SCH-u340 , SGH-e316 , SCH-u540 , SGH-t619 , SGH-x475 , SGH-c207 , SCH-n330 (Metro PCS) , SCH-u340 (U.S Cellular) , SCH-u520 (Alltel) , SPH-a900 , SPH-a920 (MM-A920) , SGH-d407 , SCH-a870 (US Cellular) , SCH-a850 (US Cellular) , SPH-a420 (Trumpet) , SPH-a580



larger view

**ATADS10JBE**  add to cart
**Travel Charger**
**Product ID : ATADS10JBEBSTD / Price: $19.99**

SAMSUNG'S quick charging technology allows you to use your mobile phone while it is charging. The SAMSUNG travel charger plugs into any standard wall outlet. The compact and durable design makes it convenient to charge your battery while home or on the go. (For use with Samsung S 20-pin phones)

**Compatible Samsung Phones :** SPH-m300 , SCH-r500 Hue (Alltel) , FlipShot (SCH-u900) , SGH-t439 , SPH-m520 (Qwest) , SLM (SGH-a747) , SPH-a523 Mysto (Helio) , Juke (SCH-u470) , SGH-a117 , SGH-a127 , SCH-r500 (Cricket) , SGH-t639 , SCH-r610 (US Cellular) , SGH-a226 (unlocked) , Katalyst (SGH-t739) , SCH-r300 (Metro PCS) , SPH-a513 Fin (Helio) , SGH-a517 , SGH-a737 , SCH-r610 (Cricket) , Blast (SGH-t729) , SGH-i617 (BlackJack II) , SCH-r500 (US Cellular) , Gleam (SCH-u700) , SGH-t409 , SCH-r410 (Metro PCS) , SGH-t429 , Beat (SGH-t539) , SCH-r200 (Alltel) , SPH-m305 DM-s105 , SPH-m510



larger view

**ATADM10JBE**  add to cart
**Travel Charger**
**Product ID : ATADM10JBEBSTD / Price: $19.99**

SAMSUNG'S quick charging technology allows you to use your mobile phone while it is charging. The SAMSUNG travel charger plugs into any standard wall outlet. The compact and durable design makes it convenient to charge your battery while home or on the go. (For use with Samsung M 20-pin phones).

**Compatible Samsung Phones :** SGH-t809 , SCH-u740 , SCH-u420 (Alltel) , SCH-r510 Wafer (Alltel) , SPH-m610 , SGH-t629 , SGH-d806 (unlocked) , Trace (SGH-t519) , SPH-a503 (Helio) , SPH-a503 Drift (Helio) , SGH-a437 , SGH-d900 Black Carbon , Sync (SGH-a707) , SGH-a717 , SGH-i607 (BlackJack) , UpStage (SPH-m620) , SGH-a727 , SGH-t219 , Stripe (SGH-t329) , SPH-a303 Heat (Helio) , SGH-t509 , SGH-d807 , SGH-a436 (unlocked)



larger view

**DCH279DSEB/STD**  out of stock  add to cart
**Desktop Charger Cradle**
**Product ID : DCH279DSEB/STD / Price: $79.99**

Charge your handset and spare battery at the same time with the SAMSUNG dual slot desktop charger.

**Compatible Samsung Phones :** SCH-i830 , SCH-i830 (IP-830W)



larger view

**ABCH6558JA**   out of stock  add to cart
**Beyonce' Wine Battery Charging Wallet**
**Product ID : ABCH6558JABSTD /** ~~Price: $79.99~~
**Promotion Price: $19.99 (2008-02-01 00:00:00.0 - 2008-06-30 00:00:00.0)**

This Beyonce' Wine-colored Battery Charging Wallet connects your UpStage m620 handset to the charger in an effortless way to charge your battery while on the go as well as provide a stylish carry solution. Use your Samsung Travel Charger from your handset to also recharge the battery. (Travel Charger ATADM10JBEBSTD and m620 handset Not Included)

**Compatible Samsung Phones :** UpStage (SPH-m620)



larger view

**ABCH6558BA**  add to cart
**Black Battery Charging Wallet**
**Product ID : ABCH6558BABSTD /** ~~Price: $79.99~~
**Promotion Price: $19.99 (2008-02-01 00:00:00.0 - 2008-06-30 00:00:00.0)**

The Black Battery Charging Wallet connects your UpStage m620 handset to the charger an effortless way to charge your battery while on the go as well as provide a stylish carry solution. Use your Samsung Travel Charger from your handset to also recharge the battery. (Travel Charger ATADM10JBEBSTD and m620 handset Not Included)

**Compatible Samsung Phones :** UpStage (SPH-m620)



larger view

**ABCH631BBE**  add to cart

**Battery Charging Case**

**Product ID : ABCH631BBEBSTD / Price: $19.99**

This case connects the battery charger cradle and travel charger together in an effortless way to charge a single battery.

**Compatible Samsung Phones : SPH-m610**



larger view

**BCH565DBEB**  out of stock  add to cart

**Battery Charging Cradle**

**Product ID : BCH565DBEB/STD / Price: $19.99**

Connect the SAMSUNG Battery Charger Cradle to your travel charger to keep your spare battery fully charged. Use your travel charger as a power supply (sold separately).

**Compatible Samsung Phones : SPH-a640 , SPH-a640 (Qwest) , SPH-a420 , SPH-m500 , SPH-a420 (Trumpet) , SPH-a580**



larger view

**BCH527BBEB**  out of stock  add to cart

**Battery Charging Cradle**

**Product ID : BCH527BBEB/STD / Price: $19.99**

Connect the SAMSUNG Battery Charger Cradle to your travel charger to keep your spare battery fully charged. Use your travel charger as a power supply (sold separately).

**Compatible Samsung Phones : SCH-a930 , SCH-a870 , SCH-a870 Siren (Cricket) , SCH-a990 , SCH-u620 , SCH-a870 (Metro PCS) , SCH-u410 , SCH-u340 , SCH-a870 (US Cellular)**



larger view

**ABCH687BBE**  add to cart

**Battery Charging Cradle**

**Product ID : ABCH687BBEBSTD / Price: $19.99**

Connect the SAMSUNG Battery Charger Cradle to your travel charger to keep your spare battery fully charged. Use your travel charger as a power supply (sold separately).

**Compatible Samsung Phones : SGH-i607 (BlackJack)**



larger view

**ABCH648CBE**  add to cart

**Battery Charging Cradle**

**Product ID : ABCH648CBEBSTD / Price: $19.99**

Connect the Samsung Battery Charger Cradle to your travel charger to keep your spare battery fully charged. Use your travel charger as a power supply (sold separately).

**Compatible Samsung Phones : SCH-u740**



larger view

**ABCH605BBE**  add to cart

**Battery Charging Cradle**

**Product ID : ABCH605BBEBSTD / Price: $19.99**

Connect the SAMSUNG Battery Charger Cradle to your travel charger to keep your spare battery fully charged. Use your travel charger as a power supply (sold separately).

**Compatible Samsung Phones : SCH-a645 (Alltel) , SCH-a645 (Metro PCS) , SCH-u340 Snap (Alltel) , SCH-u520 (U.S.Cellular) , SCH-u340 (Cricket) , SCH-u520 (Metro Pcs) , SCH-a645 (US Cellular) , SCH-u340 (U.S Cellular) , SCH-u520 (Alltel)**



larger view

**ABCC701BBA**  add to cart

**Battery Charging Cradle**

**Product ID : ABCC701BBABSTD / Price: $19.99**

Connect the Samsung Battery Charger Cradle to your travel charger to keep your spare battery fully charged. Use your travel charger as a power supply (sold separately).

**Compatible Samsung Phones : SPH-m300 , SPH-m510**



larger view

**BCH563BBE**  add to cart

**Battery Charging Case**

**Product ID : BCH563BBEB/STD / Price: $19.99**

This case connects the battery charger cradle and travel charger together in an effortless way to charge a single battery.

**Compatible Samsung Phones : SPH-a303 Heat (Helio)**



larger view

**ABCC740CBA**  add to cart

**Battery Charging Cup**

**Product ID : ABCC740CBABSTD / Price: $19.99**

Connect the SAMSUNG Battery Charger Cup to your travel charger to keep your spare battery fully charged. Use your travel charger as a power supply (sold separately).

**Compatible Samsung Phones : Gleam (SCH-u700)**

recently viewed

RSS   newsletter   feedback

**affiliated companies** = **investor relations**   privacy = legal = contact us = careers = sitemap

Copyright© 1995-2008 SAMSUNG. All rights reserved.

# Exhibit B

| | |
|---|---|
| **From:** | Puknys, Erik [erik.puknys@finnegan.com] |
| **Sent:** | Tuesday, December 11, 2007 10:20 AM |
| **To:** | Michael Headley |
| **Cc:** | Burns, Robert; Howard Pollack |
| **Subject:** | RE: PI-BCD: chargers with BCD chips |

Thank you, Michael.

---

**From:** Michael Headley [mailto:Headley@fr.com]
**Sent:** Monday, December 10, 2007 11:16 AM
**To:** Puknys, Erik
**Cc:** Burns, Robert; Howard Pollack
**Subject:** Re: PI-BCD: chargers with BCD chips

Erik,

BCD chips can be found on the shelf in Wilmington, Delaware with Samsung SYNC, SCH-u740, and SGH-t219 cell phones. The chargers included with these phones have the BCD chips, and the same charger model number (ATADM10) comes with each of the phones.

Thanks.

Michael

Michael R. Headley
Fish & Richardson P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063-1526
(650) 839-5139 (direct)
(650) 839-5071 (fax)
*********************************************************************************************

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

*********************************************************************************************

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.