IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BCD SEMICONDUCTOR CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation,<br><br>Defendants. | Civil Action No. 07-633 |

### SECOND DECLARATION OF STEVEN THOMPSON

I, Steven Thompson, declare as follows:

1. I am employed as an office services manager by the law firm of Fish & Richardson P.C. I make this Declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts set forth in this Declaration.

2. On January 29, 2008, I purchased a Verizon branded Samsung SCH-u740 cellular telephone from the Verizon Wireless store located at 1045 North DuPont Highway, Dover, DE 19901-2006. I purchased the SCH-u740 telephone as packaged from stock on display at the Verizon Wireless store. The SCH-u740 telephone came packaged with a travel charger. The model number printed on the travel charger is ATADM10JBE. The travel charger also bears the number S/N: RT3P907AS/7-G.

3. Also on January 29, 2008, I purchased a T-Mobile branded Samsung SGH-t219s cellular telephone from the T-Mobile store located at 1365 North DuPont Highway, Dover, DE 19901. I purchased the SGH-t219s telephone as packaged from stock on display at the T-Mobile

store. The SGH-t219s telephone came packaged with a travel charger. The model number printed on the travel charger is ATADM10JBE. The travel charger also bears the number S/N: HT3PB05HS/7-G.

4.     On February 1, 2008, I purchased an Sprint branded Samsung UpStage II cellular telephone, also described as model number SPH-m620, the Radio Shack store located at 1505 North DuPont Highway #7, New Castle, DE 19720-0683. I purchased the UpStage II telephone as packaged from stock on display at Radio Shack. The UpStage II telephone came packaged with a travel charger. The model number printed on the travel charger is ATADM10JBE. The travel charger also bears the number S/N: AS4P701CS/7-G.

5.     On February 5, 2008, I purchased an individual Samsung travel charger compatible with Samsung model SCH-u700 and SCH-u740 cellular phones from the Verizon Wireless Store located at 4345 Kirkwood Highway, Wilmington, DE 19808-5131. The external packaging of the travel charger displays what appears to be a shop keeping unit number, SAM20CONTVL. The model number printed on the travel charger is ATADS10JBE. The travel charger also bears the number S/N: RT3PB806AS/7-G.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 6, 2008

_____
Steven Thompson

# CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2008, I electronically filed the attached **SECOND DECLARATION OF STEVEN THOMPSON** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who was also served via hand delivery:

| | |
|---|---|
| Steven J. Balick | Attorneys for Defendants |
| John G. Day | BCD SEMICONDUCTOR |
| Tiffany Geyer Lydon | CORPORATION and SHANGHAI |
| Ashby & Geddes | SIM-BCD SEMICONDUCTOR |
| 500 Delaware Avenue, 17th Floor | MANUFACTURING, CO., LTD |
| Wilmington, DE 19899 | |

I also certify that on February 6, 2008, I sent the document to the following individuals via electronic and first class mail:

| | |
|---|---|
| E. Robert Yoches | Attorneys for Defendants |
| Joyce Craig | BCD SEMICONDUCTOR |
| Finnegan, Henderson, Farabow, Garrett & | CORPORATION and SHANGHAI |
| Dunner, L.L.P. | SIM-BCD SEMICONDUCTOR |
| 901 New York Avenue, NW | MANUFACTURING, CO., LTD |
| Washington, DC 20001-4413 | |
| | |
| Erik R. Puknys | Attorneys for Defendants |
| Finnegan, Henderson, Farabow, Garrett & | BCD SEMICONDUCTOR |
| Dunner LLP | CORPORATION and SHANGHAI |
| Stanford Research Park | SIM-BCD SEMICONDUCTOR |
| 3300 Hillview Avenue | MANUFACTURING, CO., LTD |
| Palo Alto, CA 94304-1203 | |
| | |
| Robert L. Burns | Attorneys for Defendants |
| Finnegan, Henderson, Farabow, Garrett & | BCD SEMICONDUCTOR |
| Dunner LLP | CORPORATION and SHANGHAI |
| Two Freedom Square | SIM-BCD SEMICONDUCTOR |
| 11955 Freedom Drive | MANUFACTURING, CO., LTD |
| Reston, VA 20190-5675 | |

/s/ *Kyle Wagner Compton*
Kyle Wagner Compton

CERTIFICATE OF SERVICE.doc