# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

February 8, 2008

**VIA ECF**
The Honorable Leonard P. Stark
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   *Power Integrations, Inc. v. BCD Semiconductor Corporation*
      USDC-D. Del. - C.A. No. 07-633-JJF

Dear Magistrate Judge Stark:

The parties have conferred regarding consent to your exercise of jurisdiction over: 1) this entire case; or 2) the two pending motions, i.e., Power Integrations' Motion for Entry of a Preliminary Injunction [D.I.12] and BCD's Motion to Dismiss for Lack of Personal Jurisdiction [D.I.10]. There is no unanimity to have Your Honor handle the entire case or enter final orders as to either of the pending motions.

Respectfully,

*/s/ William J. Marsden, Jr.*

William J. Marsden, Jr.

WJM/sb

cc    Clerk of Court (via hand delivery)
      Steven J. Balick (via ECF and hand delivery)
      Erik Puknys (via e-mail)

80055537.doc