IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS INC., :
:
    Plaintiff, :
:
v. : Civil Action No. 07-633 JJF-LPS
:
BCD SEMICONDUCTOR CORP., :
et al., :
:
    Defendants. :

### ORDER

WHEREAS, on February 7, 2008, the Court held a Scheduling Conference in the above-captioned case;

WHEREAS, the parties agreed to a referral of this matter to Magistrate Judge Stark;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Magistrate Judge shall hear and resolve all pretrial matters, up to and including the pretrial conference, subject to 28 U.S.C. § 636(b) and any further Order of the Court.

2. All subsequent filings in this action shall be captioned consistently with the caption used for this Order.

  February 11, 2008
      DATE

                                                        */s/ Joseph J. Farnan Jr.*
                                                      UNITED STATES DISTRICT JUDGE