IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>   Plaintiff,<br><br> v.<br><br>BCD SEMICONDUCTOR CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation,<br><br>   Defendants. | C.A. No. 07-633-JJF-LPS |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of **Scott A. Penner** to represent plaintiff Power Integrations, Inc. in this matter.

Dated: February 15, 2008   FISH & RICHARDSON P.C.

            By: */s/ Kyle Wagner Compton*
              William J. Marsden, Jr. (#2247)
              Kyle Wagner Compton (#4693)
              919 N. Market Street, Suite 1100
              P.O. Box 1114
              Wilmington, DE 19899-1114
              Telephone: (302) 652-5070
              Facsimile: (302) 652-0607
              marsden@fr.com
              kcompton@fr.com

            Attorneys for Plaintiff
            POWER INTEGRATIONS, INC.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Scott A. Penner is granted.

Dated: _____, 2008          _____
                                                                            United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Dated: January 25, 2008                Signed: *[signature]*
                                       Scott A. Penner
                                       FISH & RICHARDSON P.C.
                                       500 Arguello Street, Suite 500
                                       Redwood City, CA 94063
                                       Telephone: (650) 839-5070
                                       Facsimile: (650) 839-5071

50461596.doc

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2008, I electronically filed the attached **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Steven J. Balick<br>John G. Day<br>Tiffany Geyer Lydon<br>Ashby & Geddes<br>500 Delaware Avenue, 17th Floor<br>Wilmington, DE 19899 | Attorneys for Defendants<br>BCD SEMICONDUCTOR CORPORATION and SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD |

I also certify that on February 15, 2008, I sent the document to the following individuals via first class mail:

| | |
|---|---|
| E. Robert Yoches<br>Joyce Craig<br>Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001-4413 | Attorneys for Defendants<br>BCD SEMICONDUCTOR CORPORATION and SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD |
| Erik R. Puknys<br>Finnegan, Henderson, Farabow, Garrett & Dunner LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203 | Attorneys for Defendants<br>BCD SEMICONDUCTOR CORPORATION and SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD |
| Robert L. Burns<br>Finnegan, Henderson, Farabow, Garrett & Dunner LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675 | Attorneys for Defendants<br>BCD SEMICONDUCTOR CORPORATION and SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD |

/s/ *Kyle Wagner Compton*
Kyle Wagner Compton

50461596.doc