IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC.,        )
                                 )
            Plaintiff,           )
                                 )
      v.                         )        C.A. No. 07-633-JJF-LPS
                                 )
BCD SEMICONDUCTOR CORPORATION and )
SHANGHAI SIM-BCD SEMICONDUCTOR    )
MANUFACTURING CO., LTD.,          )
                                 )
            Defendants.          )

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 27th day of February, 2008,

**DEFENDANTS' ANSWERS AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF**

**REQUESTS FOR ADMISSIONS (NOS. 1-12)** was served upon the following counsel of

record at the address and in the manner indicated:


William J. Marsden, Jr., Esquire          VIA FEDEX AND ELECTRONIC MAIL
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE  19899

Frank E. Scherkenbach, Esquire                   VIA ELECTRONIC MAIL
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804

Howard G. Pollack, Esquire                       VIA ELECTRONIC MAIL
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063

ASHBY & GEDDES

*/s/ John G. Day*

Steven J. Balick (I.D. # 2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

E. Robert Yoches
Joyce Craig
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

Robert L. Burns
Finnegan Henderson Farabow Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
(571) 203-2700

Erik R. Puknys
Finnegan Henderson Farabow Garrett & Dunner LLP
3300 Hillview Avenue
Palo Alto, CA  94304-1203
(650) 849-6600

Dated: February 28, 2008
186673.1