IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BCD SEMICONDUCTOR CORP, et al., <br><br> Defendants. | C.A. No. 07-633 JJF-LPS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 25, 2008, a true and correct copy of (1) Plaintiff Power Integrations, Inc.'s First set of Interrogatories to Defendants BCD Semiconductor Corporation and Shanghai Sim-BCD Semiconductor Manufacturing, Co., Ltd. [Nos. 1-18]; (2) Plaintiff Power Integrations, Inc.'s First set of Requests for Production of Documents and Things to BCD Semiconductor Corporation and Shanghai Sim-BCD Semiconductor Manufacturing, Co., Ltd. [Nos. 1-68]; and (3) Plaintiff Power Integrations, Inc.'s First set of Requests for Admissions to BCD Semiconductor Corporation and Shanghai Sim-BCD Semiconductor Manufacturing, Co., Ltd. [Nos. 1-12] were caused to be served on the attorneys of record, at the addresses and in the manner indicated below:

**BY FIRST CLASS MAIL**
E. Robert Yoches, Esq.
Finnegan, Henderson, Farabow,
   Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

**BY FACSIMILE AND FIRST CLASS MAIL**
Erik R. Puknys
Finnegan, Henderson, Farabow,
   Garrett & Dunner LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203

| | |
|---|---|
| **FIRST CLASS MAIL** | **FIRST CLASS MAIL** |
| John G. Day, Esquire | Robert L. Burns |
| Steven J. Balick, Esq. | Finnegan, Henderson, Farabow, |
| Tiffany Geyer Lydon |    Garrett & Dunner LLP |
| Ashby & Geddes | Two Freedom Square |
| 500 Delaware Avenue, 8th Floor | 11955 Freedom Drive |
| Wilmington, DE 19899 | Reston, VA 20190-5675 |

Dated: February 29, 2008         FISH & RICHARDSON P.C.

By: */s/ William J. Marsden, Jr.*
    William J. Marsden, Jr. (#2247)
    Kyle Wagner Compton (#4693)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19801
    Telephone: (302) 652-5070
    Facsimile: (302) 652-0607
    Email: marsden@fr.com
    Email: kcompton@fr.com

    Frank E. Scherkenbach
    FISH & RICHARDSON P.C.
    225 Franklin Street
    Boston, MA 02110-2804
    Telephone: (617) 542-5070
    Facsimile: (617) 542-8906

    Howard G. Pollack
    Michael R. Headley
    FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
    Redwood City, CA 94063
    Telephone: (650) 839-5070
    Facsimile: (650) 839-5071

    Attorneys for Plaintiff
    POWER INTEGRATIONS, INC.

80056257.doc

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2008, I electronically filed with the Clerk of Court Notice of Service using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

| | |
|---|---|
| Erik R. Puknys, Esq.<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>MANUFACTURING CORPORATION<br>and SHANGHAI SIM-BCD<br>SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |
| John G. Day, Esq.<br>Steven J. Balick, Esq.<br>Tiffany Geyer Lydon<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>MANUFACTURING CORPORATION<br>and SHANGHAI SIM-BCD<br>SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |

I hereby certify that on February 29, 2008, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Robert L. Burns<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675 | Attorney for Defendants<br>BCD SEMICONDUCTOR<br>MANUFACTURING CORPORATION<br>and SHANGHAI SIM-BCD<br>SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |
| E. Robert Yoches, Esq.<br>Finnegan, Henderson, Farabow,<br>Garrett & Dunner LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>MANUFACTURING CORPORATION<br>and SHANGHAI SIM-BCD<br>SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
marsden@fr.com

80056257.doc