IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>BCD SEMICONDUCTOR CORPORATION, and<br>SHANGHAI SIM-BCD SEMICONDUCTOR<br>MANUFACTURING CO., LTD.,<br><br>      Defendants. | :<br>:<br>:<br>:<br>:   Civ. No. 07-633-LPS<br>:<br>:<br>:<br>:<br>:<br>: |

ORDER

At Wilmington this 14th day of March, 2008, **IT IS HEREBY ORDERED** that supplemental briefing will take place on Defendants' pending motion to dismiss for lack of personal jurisdiction (D.I. 10). Parties shall address the following issues in their briefs:

1. The applicability, if any, of the theory of dual jurisdiction under §§ 3104(c)(1) and (c)(4) of the Delaware long-arm statute – first raised in *LaNuova D&B, S.p.A v. Bowe Co.*, 513 A.2d 764, 768 n.3 (Del. Supr., 1986) and later employed in *Boone v. Oy Partek*, 724 A.2d 1150, 1157-58 (Del. Super. Ct., 1997) and *Wright v. American Home Products Corp.*, 768 A.2d 518, 527-28 (Del. Super. Ct., 2000) – to the instant case;

2. Specific instances, supported in the record, of "act[s] of the defendant purposefully directed toward the forum State," as required by Justice O'Connor's

       test for satisfying federal due process in the Supreme Court's split decision in *Asahi Metal Indus. Co. v. Superior Court*, 480 U.S. 102, 112 (1987);

3. The specific jurisdictional discovery that Plaintiff requests be authorized, in the alternative to denying the motion.

Supplemental briefs shall be no longer than ten (10) pages. Plaintiff's brief shall be submitted no later than Friday, March 21, 2008. Defendant's brief shall be submitted no later than Friday, March 28, 2008.

 

/s/ Leonard P. Stark
Leonard P. Stark
United States Magistrate Judge