IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BCD SEMICONDUCTOR CORPORATION and SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, <br><br> Defendants. | C.A. No. 07-633 JJF-LPS |

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED** by the parties, subject to the approval of the court, that Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (D.I. 10), which was filed January 21, 2008 in response to the Complaint (D.I. 1), shall also serve as Defendants' response to Plaintiffs' First Amended Complaint (D.I. 50), filed March 13, 2008. Defendants' Opening Brief and papers (D.I. 11) filed in support of the motion, Plaintiff's Opposition Brief and papers (D.I. 31-34), and Defendants' Reply Brief (D.I. 43) need not be re-filed. Supplemental briefing on the motion will continue on the schedule set forth in the March 14, 2008 order of the Court (D.I. 51).

| | |
|---|---|
| FISH & RICHARDSON P.C. | ASHBY & GEDDES |
| */s/ William J. Marsden, Jr.* <br> William J. Marsden, Jr. (#2247) <br> Kyle Wagner Compton (#4693) <br> 919 N. Market Street, Suite 1100 <br> P.O. Box 1114 <br> Wilmington, DE 19899-1114 <br> Tel: (302) 652-5070 <br><br> *Attorneys for Plaintiff* <br> *Power Integrations, Inc.* | */s/ John G. Day* <br> Steven J. Balick (#2114) <br> John G. Day (#2403) <br> Tiffany Geyer Lydon (#3950) <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> Tel: (302) 654-1888 <br><br> *Attorneys for Defendants* <br> *BCD Semiconductor Corp., and Shanghai Sim-BCD Semiconductor Manufacturing, Co., Ltd.* |

**SO ORDERED** this _____ day of _____, 2008.

_____
United States District Court Judge