IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>v.<br><br>BCD SEMICONDUCTOR CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation,<br><br>             Defendants. | C.A. No. 07-633-JJF |

**SUPPLEMENTAL DECLARATION OF KYLE WAGNER COMPTON
IN SUPPORT OF PLAINTIFF POWER INTEGRATIONS'
SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

    FISH & RICHARDSON P.C.
    William J. Marsden, Jr. (#2247) (marsden@fr.com)
    Kyle Wager Compton (#4693) (kcompton@fr.com)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE  19899-1114
    Telephone: (302) 652-5070
    Facsimile:  (302) 652-0607

    Frank E. Scherkenbach
    225 Franklin Street
    Boston, MA  02110-2804
    Telephone: (617) 542-5070
    Facsimile:  (617) 542-8906

    Howard G. Pollack
    Michael R. Headley
    Scott A. Penner
    500 Arguello Street, Suite 500
    Redwood City, CA  94063
    Telephone: (650) 839-5070
    Facsimile:  (650) 839-5071

    Attorneys for Plaintiff
    POWER INTEGRATIONS, INC.

I, Kyle Wagner Compton, declare as follows:

1. I am an Associate with Fish & Richardson P.C., counsel for Plaintiff Power Integrations, Inc. ("Power Integrations"). I make the following statements based on personal knowledge, except where noted.

2. Attached as Exhibit T to this Declaration is a true and accurate copy of a printout of a page from BCD's internet web site, available online at http://www.bcdsemi.com/en/index.aspx, which I accessed from my computer at Fish & Richardson's Delaware office on Thursday, March 20, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of March, 2008 at Wilmington, Delaware.

/s/ *Kyle Wagner Compton*
Kyle Wagner Compton

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2008, I electronically filed the attached **SUPPLEMENTAL DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF PLAINTIFF POWER INTEGRATIONS' SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who was also served via hand delivery:

| | |
|---|---|
| Steven J. Balick<br>John G. Day<br>Tiffany Geyer Lydon<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>CORPORATION and SHANGHAI<br>SIM-BCD SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |

I also certify that on March 21, 2008, I sent the document to the following individuals via electronic and first class mail:

| | |
|---|---|
| E. Robert Yoches<br>Joyce Craig<br>Finnegan, Henderson, Farabow, Garrett &<br>Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001-4413 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>CORPORATION and SHANGHAI<br>SIM-BCD SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |
| Erik R. Puknys<br>Finnegan, Henderson, Farabow, Garrett &<br>Dunner LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>CORPORATION and SHANGHAI<br>SIM-BCD SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |
| Robert L. Burns<br>Finnegan, Henderson, Farabow, Garrett &<br>Dunner LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>CORPORATION and SHANGHAI<br>SIM-BCD SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |

/s/ *Kyle Wagner Compton*
Kyle Wagner Compton

# Exhibit T

BCD

•体中文    繁体中文    English    Site Map

**BCD SEMICONDUCTOR MANUFACTURING LIMITED**

PRODUCT SEARCH

Products & Processes | Solutions & Applications | Quality & Environment | About BCD | Contact Us | Home

**IC Products**

- AC-DC Converter
- DC-DC Converter
- Linear Regulator
- Standard Linear
- Audio Power Amplifier
- Motor Driver
- Hall IC/Fan Motor Driver

Analog ICs and Power Management Solutions Provider

2007 BCD Product Selection Guide (Print Version)

**Solutions & Applications**

- Power Supply
- MP3/PMP
- Portable DVD
- Mobile Phone
- Datacom
- Desktop
- Laptops
- LCD TV
- LCD Monitor
- Set-top Box

**New Products**                                                              MORE

- AP2125—300mA High Speed, Extre...      [2008-03-18]
- AP3030—White LED Step-Up Conve...      [2008-03-13]
- AH477—Single Phase Single_Coil...      [2008-02-29]
- AZ809A—3-Pin Microprocessor Re...      [2008-02-27]

- BCD's WLED Driver AP3029 R...
- Moving Announcement
- BCD Semiconductor Ceremoni...
- Announcement

**Technical Support**

- Shanghai:0086-21-24162266
- Taiwan:00886-2-2656-2808
- By E-mail

BCD Online
E-ORDER FOR CUSTOMER    GO

BCD Online
E-SERVICE FOR FOUNDRY    GO

Investor Relations | Careers | Feedback                Legal Notice |    BCD Semiconductor Manufacturing Limited © 2008 All rights reserved