# Filed Under Seal

Case 1:07-cv-00633-JJF-LPS   Document 61   Filed 04/07/2008   Page 1 of 1