IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC.,                )<br>                                                                  )<br>                        Plaintiff,                           )<br>                                                                  )<br>        v.                                                       )<br>                                                                  )<br>BCD SEMICONDUCTOR CORPORATION and )<br>SHANGHAI SIM-BCD SEMICONDUCTOR   )<br>MANUFACTURING CO., LTD.,              )<br>                                                                  )<br>                        Defendants.                    ) | C.A. No. 07-633-JJF-LPS |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 20th day of February, 2008, **BCD SEMICONDUCTOR CORPORATION AND SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING CO., LTD'S FIRST SET OF INTERROGATORIES (NOS. 1-14)** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Howard G. Pollack, Esquire<br>Michael R. Headley, Esquire<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063 | <u>VIA FEDERAL EXPRESS</u><br><u>and ELECTRONIC MAIL</u> |

I further certify that on the 10th of April, 2008, **BCD SEMICONDUCTOR CORPORATION AND SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING CO., LTD'S FIRST SET OF INTERROGATORIES (NOS. 1-14)** was served upon the following counsel of

record at the address and in the manner indicated:

William J. Marsden, Jr., Esquire                                    HAND DELIVERY
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE 19899

                                                                                 ASHBY & GEDDES

                                                                                 */s/ Tiffany Geyer Lydon*

                                                                                 _____
                                                                                  Steven J. Balick (I.D. # 2114)
                                                                                  John G. Day (I.D. #2403)
                                                                                   Tiffany Geyer Lydon (I.D. #3950)
                                                                                  500 Delaware Avenue, 8th Floor
                                                                                  P.O. Box 1150
                                                                                 Wilmington, DE 19899
                                                                                 (302) 654-1888
                                                                                 sbalick@ashby-geddes.com
                                                                                 jday@ashby-geddes.com
                                                                                 tlydon@ashby-geddes.com

                                                                                *Attorneys for Defendants*

*Of Counsel:*

E. Robert Yoches
Joyce Craig
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Robert L. Burns
Finnegan Henderson Farabow Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
(571) 203-2700

Erik R. Puknys
Finnegan Henderson Farabow Garrett & Dunner LLP
3300 Hillview Avenue
Palo Alto, CA  94304-1203
(650) 849-6600

Dated: April 10, 2008
186673.1