IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-633-JJF-LPS |
| | ) | |
| BCD SEMICONDUCTOR CORPORATION and | ) | |
| SHANGHAI SIM-BCD SEMICONDUCTOR | ) | |
| MANUFACTURING CO., LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 20th day of February, 2008, **BCD SEMICONDUCTOR CORPORATION AND SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING CO., LTD'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-89)** was served upon the following counsel of record at the address and in the manner indicated:

Howard G. Pollack, Esquire                          VIA FEDERAL EXPRESS
Michael R. Headley, Esquire                         and ELECTRONIC MAIL
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

I further certify that on the 10th of April, 2008, **BCD SEMICONDUCTOR CORPORATION AND SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING CO., LTD'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-89)** was served upon the following counsel of

record at the address and in the manner indicated:

William J. Marsden, Jr., Esquire                                HAND DELIVERY
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE 19899

                                                                ASHBY & GEDDES

                                                                /s/ Tiffany Geyer Lydon
                                                                _____
                                                                Steven J. Balick (I.D. # 2114)
                                                                John G. Day (I.D. #2403)
                                                                Tiffany Geyer Lydon (I.D. #3950)
                                                                500 Delaware Avenue, 8th Floor
                                                                P.O. Box 1150
                                                                Wilmington, DE 19899
                                                                (302) 654-1888
                                                                sbalick@ashby-geddes.com
                                                                jday@ashby-geddes.com
                                                                tlydon@ashby-geddes.com

                                                                *Attorneys for Defendants*

*Of Counsel:*

E. Robert Yoches
Joyce Craig
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Robert L. Burns
Finnegan Henderson Farabow Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
(571) 203-2700

Erik R. Puknys
Finnegan Henderson Farabow Garrett & Dunner LLP
3300 Hillview Avenue
Palo Alto, CA  94304-1203
(650) 849-6600

Dated: April 10, 2008
186673.1