IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-633-JJF-LPS |
| | ) | |
| BCD SEMICONDUCTOR CORPORATION and | ) | |
| SHANGHAI SIM-BCD SEMICONDUCTOR | ) | |
| MANUFACTURING CO., LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 1st day of April, 2008, **DEFENDANTS' FIRST REVISED ANSWERS AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES (NOS. 1-18)** was served upon the following counsel of record at the address and in the manner indicated:

Michael R. Headley, Esquire                                      **VIA ELECTRONIC MAIL**
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063


I further certify that on the 10th of April, 2008, **DEFENDANTS' FIRST REVISED ANSWERS AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES (NOS. 1-18)** was served upon the following counsel of record at the address and in the manner indicated:

William J. Marsden, Jr., Esquire                                 **HAND DELIVERY**
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE 19899

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

E. Robert Yoches
Joyce Craig
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Robert L. Burns
Finnegan Henderson Farabow Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
(571) 203-2700

Erik R. Puknys
Finnegan Henderson Farabow Garrett & Dunner LLP
3300 Hillview Avenue
Palo Alto, CA 94304-1203
(650) 849-6600

Dated: April 10, 2008
186673.1