IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-633-JJF-LPS |
| ) | |
| BCD SEMICONDUCTOR ) | |
| CORPORATION and SHANGHAI ) | |
| SIM-BCD SEMICONDUCTOR ) | |
| MANUFACTURING CO., LTD., ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants Shanghai SIM-BCD Semiconductor Manufacturing Co., Ltd. and BCD Semiconductor Corporation (collectively, "BCD") hereby respectfully request an extension of time through April 18, 2008 for the parties to submit the tutorial describing the technology and matters at issue. The reason for this request is that BCD has been devoting significant resources to preparing its answering brief in opposition to plaintiff's motion for entry of preliminary injunction, as well as to producing thousands of documents in discovery over the past weeks. Additionally, BCD has been working diligently to prepare contention interrogatory responses by April 14, 2008, per the Court's Order. The same team of attorneys who prepared the answering brief in opposition to plaintiff's motion for preliminary injunction is preparing BCD's contentions and the tutorial.

Plaintiff Power Integrations, Inc. has indicated that, although it will not affirmatively join in this request in the form of a stipulation, it does not oppose BCD's request. Thus, BCD respectfully requests that this motion be granted.

{00208177;v1}

ASHBY & GEDDES

/s/ Tiffany Geyer Lydon
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

*Attorneys for Defendants*
*BCD Semiconductor Corporation and*
*Shanghai SIM-BCD Semiconductor*
*Manufacturing, Co., Ltd.*

*Of Counsel:*

E. Robert Yoches
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001
(202) 408-4000

Robert L. Burns
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700

Erik R. Puknys
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, CA 94304
(650) 849-6600

Dated: April 10, 2008

{00208177;v1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-633-JJF-LPS |
| | ) |
| BCD SEMICONDUCTOR | ) |
| CORPORATION and SHANGHAI | ) |
| SIM-BCD SEMICONDUCTOR | ) |
| MANUFACTURING CO., LTD., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Defendants Shanghai SIM-BCD Semiconductor Manufacturing Co., Ltd.'s and BCD Semiconductor Corporation's unopposed motion for an extension of time to submit the tutorial describing the technology and matters at issue;

IT IS HEREBY ORDERED that the parties shall have until April 18, 2008 to submit their respective tutorials describing the technology and matters at issue.

_____
United States District Judge

Dated: _____

{00208177;v1}