# Fish & Richardson p.c.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**Kyle Wagner Compton**
302 778-8447

Email
KCompton@fr.com

**VIA ECF WITH ENCLOSURE UNDER SEAL**

April 11, 2008

The Honorable Leonard P. Stark
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:   Power Integrations, Inc. v. BCD Semiconductor Corporation
      USDC-D. Del. - C.A. No. 07-633 JJF-LPS

Dear Magistrate Judge Stark:

Enclosed please find a CD containing Power Integrations' technology tutorial as required by Your Honor's Scheduling Order, ¶ 13. The enclosed CD contains three separate files – .wmv and .avi versions of the tutorial, along with a PDF copy of the presentation slides that can be viewed and/or printed outside the confines of the tutorial video. Should Your Honor encounter any difficulties, please let me know.

Respectfully submitted,

Kyle Wagner Compton

Enclosure

KWC/kxk

80058288.doc

Enclosure

cc:   Steven J. Balick, Esq. (w/enc.)
      Erik R. Puknys, Esq. (w/enc.)