IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-633-JJF-LPS |
| BCD SEMICONDUCTOR CORPORATION, ET AL., | : | |
| Defendants. | : | |

### ORDER

At Wilmington this **15th** day of **April, 2008.**

For the reasons set forth by the Court during the teleconference today,

IT IS ORDERED as follows:

1. Defendants shall complete their production of documents by May 16, 2008.

2. All 30(b)(6) depositions shall take place in the United States and shall be completed by May 30, 2008.

3. Supplemental briefing on jurisdiction shall take place on the following schedule: plaintiff's opening brief due June 6, 2008; defendants' answering brief due June 13, 2008 (each with a 15 page limit); and plaintiff's reply brief due June 18, 2008 (5 page limit).

IT IS FURTHER ORDERED that the hearing on plaintiff's motion for Preliminary Injunction, scheduled for May 5, 2008 at 10:00 a.m., is hereby continued to a date to be determined. Plaintiff's reply brief in support of their motion shall be filed by May 8, 2008.

_____
UNITED STATES MAGISTRATE JUDGE