IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BCD SEMICONDUCTOR CORP, et al., <br><br> Defendants. | C.A. No. 07-633 JJF-LPS |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on March 20, 2008 a true and correct copy of Power Integrations' Amended Notice of Deposition of Cellco Partnership D/B/A Verizon Wireless, Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6) beginning on April 14, 2008 was caused to be served on the attorneys of record, at the following addresses in the manner indicated below.

**PLEASE TAKE FURTHER NOTICE** that on March 20, 2008, Plaintiff Power Integrations, Inc. initiated service of the a subpoena upon Verizon Wireless, One Verizon Way, VC52n062, Basking Ridge, NJ 07920. Susan Vinci of Verizon Wireless has accepted service of that subpoena.

**VIA FACSIMILE & U.S. MAIL**
Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Fl
Wilmington, DE 19899

**VIA FACSIMILE & U.S. MAIL**
E. Robert Yoches, Esq.
Finnegan, Henderson, Farabow,
Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

**VIA FACSIMILE & U.S. MAIL**
Erik R. Puknys, Esq.
Finnegan, Henderson, Farabow,
Garrett & Dunner LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203

**VIA FACSIMILE & U.S. MAIL**
Robert L. Burns, Esq.
Finnegan, Henderson, Farabow,
Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

Dated: April 16, 2008              FISH & RICHARDSON P.C.


                                   By: */s/ Kyle Wagner Compton*
                                   William J. Marsden, Jr. (#2247)
                                   Kyle Wagner Compton (#4693)
                                   919 N. Market Street, Suite 1100
                                   P.O. Box 1114
                                   Wilmington, DE 19801
                                   Telephone: (302) 652-5070
                                   Facsimile: (302) 652-0607
                                   Email: marsden@fr.com
                                   Email: kcompton@fr.com

                                   Frank E. Scherkenbach
                                   FISH & RICHARDSON P.C.
                                   225 Franklin Street
                                   Boston, MA 02110-2804
                                   Telephone: (617) 542-5070
                                   Facsimile: (617) 542-8906

                                   Howard G. Pollack
                                   Michael R. Headley
                                   Scott A. Penner
                                   FISH & RICHARDSON P.C.
                                   500 Arguello Street, Suite 500
                                   Redwood City, CA 94063
                                   Telephone: (650) 839-5070
                                   Facsimile: (650) 839-5071

                                   Attorneys for Plaintiff
                                   POWER INTEGRATIONS, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2008, I electronically filed with the Clerk of Court Notice of Service using CM/ECF which will send electronic notification of such filing to the following counsel.

John G. Day, Esq.
Steven J. Balick, Esq.
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Erik R. Puknys, Esq.
Finnegan, Henderson, Farabow, Garrett
& Dunner LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203

I hereby certify that on April 16, 2008, I have mailed by United States Postal Service, the document to the following non-registered participants:

Robert L. Burns, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

E. Robert Yoches, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

/s/ *Kyle Wagner Compton*
Kyle Wagner Compton

80057522.doc