IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BCD SEMICONDUCTOR CORP, et al., <br><br> Defendants. | C.A. No. 07-633 JJF-LPS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 24, 2008, a true and correct copy of (1) Power Integrations, Inc.'s Responses and Objections to Defendants' First Set of Interrogatories [Nos. 1-14] and (2) Power Integrations, Inc.'s Responses and Objections to Defendants' First Set of Request for Production of Documents and Things [Nos. 1-89] were caused to be served on the attorneys of record, at the addresses and in the manner indicated below:

**BY EMAIL AND FIRST CLASS MAIL**
E. Robert Yoches, Esq.
Finnegan, Henderson, Farabow,
  Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

**BY EMAIL AND FIRST CLASS MAIL**
Erik R. Puknys, Esq.
Finnegan, Henderson, Farabow,
  Garrett & Dunner LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203

**BY EMAIL AND FIRST CLASS MAIL**
John G. Day, Esq.
Steven J. Balick, Esq.
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

**BY EMAIL AND FIRST CLASS MAIL**
Robert L. Burns, Esq.
Finnegan, Henderson, Farabow,
  Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

Dated: April 16, 2008						FISH & RICHARDSON P.C.


						By: */s/ William J. Marsden, Jr.*
						William J. Marsden, Jr. (#2247)
						Kyle Wagner Compton (#4693)
						919 N. Market Street, Suite 1100
						P.O. Box 1114
						Wilmington, DE  19801
						Telephone: (302) 652-5070
						Facsimile:  (302) 652-0607
						Email:  marsden@fr.com
						Email:  kcompton@fr.com

						Frank E. Scherkenbach
						FISH & RICHARDSON P.C.
						225 Franklin Street
						Boston, MA 02110-2804
						Telephone: (617) 542-5070
						Facsimile:  (617) 542-8906

						Howard G. Pollack
						Michael R. Headley
						FISH & RICHARDSON P.C.
						500 Arguello Street, Suite 500
						Redwood City, CA 94063
						Telephone: (650) 839-5070
						Facsimile:  (650) 839-5071

						Attorneys for Plaintiff
						POWER INTEGRATIONS, INC.


80058433.doc

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2008, I electronically filed with the Clerk of Court Notice of Service using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

| | |
|---|---|
| Erik R. Puknys, Esq.<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>MANUFACTURING CORPORATION<br>and SHANGHAI SIM-BCD<br>SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |
| John G. Day, Esq.<br>Steven J. Balick, Esq.<br>Tiffany Geyer Lydon<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>MANUFACTURING CORPORATION<br>and SHANGHAI SIM-BCD<br>SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |

I hereby certify that on April 16, 2008, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Robert L. Burns<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675 | Attorney for Defendants<br>BCD SEMICONDUCTOR<br>MANUFACTURING CORPORATION<br>and SHANGHAI SIM-BCD<br>SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |
| E. Robert Yoches, Esq.<br>Finnegan, Henderson, Farabow,<br>Garrett & Dunner LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>MANUFACTURING CORPORATION<br>and SHANGHAI SIM-BCD<br>SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
marsden@fr.com

80058433.doc