IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BCD SEMICONDUCTOR CORPORATION and )<br>SHANGHAI SIM-BCD SEMICONDUCTOR )<br>MANUFACTURING CO., LTD., )<br>)<br>Defendants. ) | C.A. No. 07-633-JJF-LPS |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 14th day of April, 2008, **DEFENDANTS' SECOND REVISED ANSWERS AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES (NOS. 1-18)** was served upon the following counsel of record at the address and in the manner indicated:

William J. Marsden, Jr., Esquire               <u>VIA ELECTRONIC MAIL</u>
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE  19899

Michael R. Headley, Esquire                   <u>VIA ELECTRONIC MAIL</u>
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

E. Robert Yoches
Joyce Craig
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

Robert L. Burns
Finnegan Henderson Farabow Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
(571) 203-2700

Erik R. Puknys
Finnegan Henderson Farabow Garrett & Dunner LLP
3300 Hillview Avenue
Palo Alto, CA  94304-1203
(650) 849-6600

Dated: April 16, 2008
186673.1

{00209862;v1}

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of April, 2008, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE  19899 | VIA ELECTRONIC MAIL |
| Michael R. Headley, Esquire<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063 | VIA ELECTRONIC MAIL |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon

{00209862;v1}