IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BCD SEMICONDUCTOR CORP, et al., <br><br> Defendants. | C.A. No. 07-633 JJF-LPS |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on April 8, 2008 a true and correct copy of Power Integrations' Notice of Deposition of Kang Chan Pursuant to Federal Rule of Civil Procedure 30(b)(1) beginning on April 15, 2008 was caused to be served on the attorneys of record, at the following addresses in the manner indicated below.

**VIA FACSIMILE & U.S. MAIL**
Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Fl
Wilmington, DE 19899

**VIA FACSIMILE & U.S. MAIL**
E. Robert Yoches, Esq.
Finnegan, Henderson, Farabow,
Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

**VIA FACSIMILE & U.S. MAIL**
Erik R. Puknys, Esq.
Finnegan, Henderson, Farabow,
Garrett & Dunner LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203

**VIA FACSIMILE & U.S. MAIL**
Robert L. Burns, Esq.
Finnegan, Henderson, Farabow,
Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

Dated: April 17, 2008    FISH & RICHARDSON P.C.

By: */s/ Kyle Wagner Compton*
William J. Marsden, Jr. (#2247)
Kyle Wagner Compton (#4693)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19801
Telephone: (302) 652-5070
Facsimile:  (302) 652-0607
Email:  marsden@fr.com
Email:  kcompton@fr.com

Frank E. Scherkenbach
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906

Howard G. Pollack
Michael R. Headley
Scott A. Penner
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2008, I electronically filed with the Clerk of Court Notice of Service using CM/ECF which will send electronic notification of such filing to the following counsel.

John G. Day, Esq.
Steven J. Balick, Esq.
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Erik R. Puknys, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203

I hereby certify that on April 17, 2008, I have mailed by United States Postal Service, the document to the following non-registered participants:

Robert L. Burns, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

E. Robert Yoches, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

/s/ *Kyle Wagner Compton*
Kyle Wagner Compton

80058490.doc