IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BCD SEMICONDUCTOR CORP, et al., <br><br> Defendants. | C.A. No. 07-633 JJF-LPS |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on March 13, 2008 a true and correct copy of Power Integrations' First Notice of Deposition of AT&T, Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6) beginning on April 3, 2008 was caused to be served on the attorneys of record, at the following addresses in the manner indicated below.

**PLEASE TAKE FURTHER NOTICE** that on March 13, 2008, Plaintiff Power Integrations, Inc. initiated service of the subpoena upon **AT&T, Inc.**, c/o Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

| | |
|---|---|
| **VIA FACSIMILE & U.S. MAIL** <br> Steven J. Balick, Esq. <br> John G. Day, Esq. <br> Ashby & Geddes <br> 500 Delaware Avenue, 8th Fl <br> Wilmington, DE 19899 | **VIA FACSIMILE & U.S. MAIL** <br> E. Robert Yoches, Esq. <br> Finnegan, Henderson, Farabow, <br> Garrett & Dunner LLP <br> 901 New York Avenue, NW <br> Washington, DC 20001-4413 |
| **VIA FACSIMILE & U.S. MAIL** <br> Erik R. Puknys, Esq. <br> Finnegan, Henderson, Farabow, <br> Garrett & Dunner LLP <br> Stanford Research Park <br> 3300 Hillview Avenue <br> Palo Alto, CA 94304-1203 | **VIA FACSIMILE & U.S. MAIL** <br> Robert L. Burns, Esq. <br> Finnegan, Henderson, Farabow, <br> Garrett & Dunner LLP <br> Two Freedom Square <br> 11955 Freedom Drive <br> Reston, VA 20190-5675 |

Dated: April 17, 2008　　　　　FISH & RICHARDSON P.C.


　　　　　　　　　　　　　　　By: */s/ Kyle Wagner Compton*
　　　　　　　　　　　　　　　　　William J. Marsden, Jr. (#2247)
　　　　　　　　　　　　　　　　　Kyle Wagner Compton (#4693)
　　　　　　　　　　　　　　　　　919 N. Market Street, Suite 1100
　　　　　　　　　　　　　　　　　P.O. Box 1114
　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　Telephone: (302) 652-5070
　　　　　　　　　　　　　　　　　Facsimile:  (302) 652-0607
　　　　　　　　　　　　　　　　　Email:  marsden@fr.com
　　　　　　　　　　　　　　　　　Email:  kcompton@fr.com

　　　　　　　　　　　　　　　　　Frank E. Scherkenbach
　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.
　　　　　　　　　　　　　　　　　225 Franklin Street
　　　　　　　　　　　　　　　　　Boston, MA 02110-2804
　　　　　　　　　　　　　　　　　Telephone: (617) 542-5070
　　　　　　　　　　　　　　　　　Facsimile:  (617) 542-8906

　　　　　　　　　　　　　　　　　Howard G. Pollack
　　　　　　　　　　　　　　　　　Michael R. Headley
　　　　　　　　　　　　　　　　　Scott A. Penner
　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.
　　　　　　　　　　　　　　　　　500 Arguello Street, Suite 500
　　　　　　　　　　　　　　　　　Redwood City, CA 94063
　　　　　　　　　　　　　　　　　Telephone: (650) 839-5070
　　　　　　　　　　　　　　　　　Facsimile:  (650) 839-5071

　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　POWER INTEGRATIONS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2008, I electronically filed with the Clerk of Court Notice of Service using CM/ECF which will send electronic notification of such filing to the following counsel.

| | |
|---|---|
| John G. Day, Esq.<br>Steven J. Balick, Esq.<br>Tiffany Geyer Lydon<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 | Erik R. Puknys, Esq.<br>Finnegan, Henderson, Farabow, Garrett<br>& Dunner LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203 |

I hereby certify that on April 17, 2008, I have mailed by United States Postal Service, the document to the following non-registered participants:

Robert L. Burns, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

E. Robert Yoches, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

                                                 /s/ *Kyle Wagner Compton*
                                                 Kyle Wagner Compton

80058490.doc