# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

April 18, 2008

The Honorable Leonard P. Stark  
United States District Court  
844 King Street  
Wilmington, Delaware 19801

VIA ELECTRONIC FILING

Re: *Power Integrations, Inc. v. BCD Semiconductor Corporation, et al.,*  
C.A. No. 07-633-JJF/LPS

Dear Judge Stark:

Enclosed please find a CD containing defendants' technology tutorial. We are available should the Court have any questions.

Respectfully submitted,

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon

Enclosure

c: William J. Marsden, Jr., Esquire (by hand w/encl.)  
Michael Headley, Esquire (via Federal Express w/encl.)  
Frank E. Scherkenbach, Esquire (via electronic mail w/out encl.)  
Howard G. Pollack, Esquire (via electronic mail w/out encl.)  
Erik R. Puknys, Esquire (via electronic mail w/out encl.)

{00210981;v1}