IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BCD SEMICONDUCTOR CORP, et al., <br><br> Defendants. | C.A. No. 07-633 JJF-LPS |

**POWER INTEGRATIONS, INC.'S NOTICE OF DEPOSITION OF
DR. THOMAS G. HABETLER PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 30(b)(1)**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Power Integrations, Inc. ("Power Integrations"), by its counsel, will take the deposition of Dr. Thomas G. Habetler beginning May 5, 2008, at 9:30 a.m., at the law offices of Fish & Richardson P.C., 1180 Peachtree Street, NE, 21st Floor, Atlanta, GA 30309, or at such other time and place as the parties agree upon. The deposition will be taken upon oral examination before an official authorized by law to administer oaths and will continue from day to day until completed. Testimony of the witnesses will be stenographically recorded and may be videotaped.

1

Dated: April 21, 2008    FISH & RICHARDSON P.C.


By: */s/ Kyle Wagner Compton*
    William J. Marsden, Jr. (#2247)
    Kyle Wagner Compton (#4693)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19801
    Telephone: (302) 652-5070
    Facsimile: (302) 652-0607
    Email: marsden@fr.com
    Email: kcompton@fr.com

    Frank E. Scherkenbach
    FISH & RICHARDSON P.C.
    225 Franklin Street
    Boston, MA 02110-2804
    Telephone: (617) 542-5070
    Facsimile: (617) 542-8906

    Howard G. Pollack
    Michael R. Headley
    Scott A. Penner
    FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
    Redwood City, CA 94063
    Telephone: (650) 839-5070
    Facsimile: (650) 839-5071

**ATTORNEYS FOR PLAINTIFF
POWER INTEGRATIONS, INC.**

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2008, I electronically filed with the Clerk of Court POWER INTEGRATIONS, INC.'S NOTICE OF DEPOSITION OF DR. THOMAS G. HABETLER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(1) using CM/ECF which will send electronic notification of such filing to the following counsel.

John G. Day, Esq.
Steven J. Balick, Esq.
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Erik R. Puknys, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203

I hereby certify that on April 21, 2008, I have mailed by United States Postal Service, the document to the following non-registered participants:

Robert L. Burns, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

E. Robert Yoches, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

　　　　　　　　　　　　　　　　　　　　/s/ *Kyle Wagner Compton*
　　　　　　　　　　　　　　　　　　　　Kyle Wagner Compton