IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BCD SEMICONDUCTOR CORPORATION and SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, <br><br> Defendants. | C.A. No. 07-633 JJF-LPS |

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED** by the parties, in view of difficulty in scheduling the deposition of Dr. Thomas G. Habetler (one of BCD's declarants), and subject to the approval of the Court, that the deadline for Plaintiff Power Integrations, Inc. ("Power Integrations") to file its Reply Brief in support of its Motion for Entry of a Preliminary Injunction (D.I. 12) be extended from Thursday, May 8, 2008 up to and including Monday, May 12, 2008.

| | |
|---|---|
| FISH & RICHARDSON P.C. | ASHBY & GEDDES |
| */s/ William J. Marsden, Jr.* <br> William J. Marsden, Jr. (#2247) <br> Kyle Wagner Compton (#4693) <br> 919 N. Market Street, Suite 1100 <br> P.O. Box 1114 <br> Wilmington, DE 19899-1114 <br> Tel: (302) 652-5070 <br><br> *Attorneys for Plaintiff* <br> *Power Integrations, Inc.* | */s/ Steven J. Balick* <br> Steven J. Balick (#2114) <br> John G. Day (#2403) <br> Tiffany Geyer Lydon (#3950) <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> Tel: (302) 654-1888 <br><br> *Attorneys for Defendants* <br> *BCD Semiconductor Corp., and Shanghai Sim-BCD Semiconductor Manufacturing, Co., Ltd.* |

**SO ORDERED** this _____ day of _____, 2008.

_____
United States District Court Judge