IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>BCD SEMICONDUCTOR CORP, et al.,<br><br>      Defendants. | C.A. No. 07-633 JJF-LPS |

**[PROPOSED] ORDER GRANTING PLAINTIFF POWER INTEGRATIONS, INC.'S UNOPPOSED MOTION TO AMEND ITS FIRST AMENDED COMPLAINT**

Good cause having been shown, Plaintiff Power Integrations, Inc.'s Unopposed Motion To Amend Its First Amended Complaint is GRANTED.

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT COURT JUDGE