# Fish & Richardson P.C.

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**William J. Marsden, Jr.**
302 778-8401

Email
marsden@fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

**VIA ECF**

May 2, 2008

The Honorable Leonard P. Stark
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE 19801

Re: Power Integrations, Inc. v. BCD Semiconductor Corporation
USDC-D. Del. - C.A. No. 07-633 JJF-LPS

Dear Magistrate Judge Stark:

Power Integrations submits these comments on Defendants' ("BCD") technology tutorial (D.I. 81) pursuant to Your Honor's Scheduling Order. (D.I. 44 at ¶13.)

First, despite the Court's order that the tutorials "should focus on the technology in issue and should not be used to argue the parties' claims construction contentions" (*id.*), BCD's tutorial does just that by assuming constructions that are contrary to (and/or were rejected by) those adopted by the Court in the Fairchild litigation. BCD also makes reference to "the claim interpretations that Plaintiff has advanced," but Power Integrations notes that the Court has construed the claims, not Power Integrations. Power Integrations disagrees with BCD's suggestion that the Court's prior constructions have no bearing in this matter.

Second, BCD's tutorial suggests that there is some issue in this case regarding what it refers to as "pseudo-random" frequency variation, but "pseudo-random" is not a term in any of the asserted claims, and it is not relevant to the frequency jitter inventions as recited in the patents-in-suit. BCD's effort to inject a dispute regarding whether the output of a D-to-A converter ("DAC") used to vary an oscillator might be "pseudo-random" is a red-herring intended to mischaracterize the differences between the invention and the prior art as explained by Power Integrations' expert in the prior litigation. The actual issue in this case is whether the counter in BCD's circuit is coupled to its DAC (it is) and whether the output of the DAC is coupled to the oscillator (it is).[1] Power Integrations further objects to (1) BCD's suggestion that "a sequence of values that repeat in a cyclic manner" that "are not linear" is somehow "pseudo-random" and (2) BCD's characterization of the repeating waveform shown in BCD's presentation as "pseudo-random." The IEEE Dictionary (5th Ed.) defines pseudo-random as "pertaining to the approximation of true, statistical randomness"

---

[1] The fact that preferred embodiment of Power Integrations' '876 patent shows a monotonic frequency variation signal does not mean the claim is so limited.

(*see* Ex. A), and a sequence of 8 or even 16 numbers that repeats over and over again in the same order (which, coincidentally, is the way BCD implements the patented invention) cannot be characterized as "pseudo-random" under any reasonable definition; nor can it be reasonably asserted to be the same as what is practiced in the prior art.

Third, BCD's tutorial suggests that the '851 patent is limited to "an analog circuit for jittering or dithering the switching frequency of a switched mode power supply", but the patent makes clear that there are both analog and digital implementations of the jitter circuitry disclosed in the '851 patent. Specifically, the '851 patent specification explains that frequency variation signals can include "ramp signals, counter output signals or other signals that vary in magnitude during a fixed period of time." ('851 patent, Col. 6, ll. 34-38.) The explicit statement about using a counter output signal as the frequency variation signal demonstrates that the '851 patent covers both digital and analog implementations, as only digital jitter circuits would use counter outputs in the claimed manner.

Lastly, PI objects to BCD's suggestion that the oscillator control input of claim 1 of the '876 patent is limited to the summing node 123 shown in Figure 1 of the patent. As noted above with respect to the frequency variation signal of the '851 patent, the disclosure of the preferred embodiment in the '876 patent does not limit the scope of the claimed invention.

Power Integrations is also available to address any further questions the Court might have regarding the technology at issue in this case.

Respectfully submitted,

William J. Marsden, Jr.

cc: Steven J. Balick, Esq.
Erik R. Puknys, Esq.

50479818.doc

# Exhibit A

IEEE Std 100-1992

# The New IEEE Standard Dictionary of Electrical and Electronics Terms

[Including Abstracts of All Current IEEE Standards]

Fifth Edition

Gediminas P. Kurpis, Chair

Christopher J. Booth, Editor

The Institute of Electrical and Electronics Engineers, Inc.
345 East 47th Street, New York, NY 10017-2394, USA

Copyright © 1993 by the
Institute of Electrical and Electronics Engineers, Inc.
All rights reserved. Published 1993
Printed in the United States of America

ISBN 1-55937-240-0

*No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.*

*January 15, 1993* *SH15594*

IEEE
mittees
and the S
Members
They are
oped with
ject with
have exp
dard.

Use of
Standard
sure, pur
scope of
time a st
through
users of t
every five
than five
that its
present s
have the

Comme
ested par
for chang
text, toge

Interpr
of portion
need for i
will initia
represent
that any
interests.
tees are n
except in
sideration

Comme
addressed

IEEE
and Elec
involve p
not assu
obligatio

assembler or compiler and is not translated into a target language instruction. For example, an instruction specifying the desired format of source code listings. *Syn:* **pragma; pseudo-op; pseudo operation.** 610.12-1990

**pseudolatitude (navigation aid terms).** A latitude in a coordinate system which has been arbitrarily displaced from the earth's conventional latitude system so as to move the meridian convergence zone (polar region) away from the place of intended operation. 172-1983

**pseudolongitude (navigation aid terms).** A longitude in a coordinate system which has been arbitrarily dosplace from the earth's conventional longitude system so as to move the meridian convergence zone (polar region) away from the place of intended operation. 172-1983

**pseudonoise (PN) sequence (communication satellite).** A binary sequence with a very desirable transorthogonal auto-correlation property. In space communications commonly used for synchronization and ranging. [19]

**pseudo-op.** *See:* **pseudo instruction.** 610.12-1990

**pseudo operation.** *See:* **pseudo instruction.** 610.12-1990

**pseudo-random.** Pertaining to the approximation of true, statistical randomness. 610.1

**pseudo-random number.** Any member of a sequence of numbers sufficiently close to a random number sequence to permit its use in calculations formally requiring random numbers. 610.1

**pseudo-random number sequence (1).** A sequence of numbers, determined by some defined arithmetic process, that is satisfactorily random for a given purpose, such as by satisfying one or more of the standard statistical tests for randomness. Such a sequence may approximate any one of several statistical distributions, such as uniform distribution or normal Gaussian distribution. [20], [85]
**(2) (mathematics of computing).** A sequence of numbers, determined by some defined arithmetic process, that is sufficiently close to a random number sequence to permit its use in calculations formally requiring a random number sequence. 610.1

**pseudo-random test signal.** A signal consisting of a bit sequence that approximates a random signal. 1007-1991

**PSK.** *See:* **phase-shift keying.**

**PSTN.** *See:* **public switched telephone network (PSTN).** 823-1989

**PSW.** Acronym for **program status word.** 610.12-1990

**psychometric chroma (illuminating engineering).** A correlate of perceived chroma defined in terms of CIELUV or CIELAB. Equal scale intervals correspond approximately to equal differences in perceived chroma. [126]

**psychometric hue-angle (illuminating engineering).** A correlate of hue defined in terms of CIELUV or CIELAB. [126]

**psychometric lightness (illuminating engineering).** A correlate of lightness defined in terms of CIELUV or CIELAB. Equal scale intervals correspond approximately to equal differences in (perceived) lightness. [126]

**psychometric saturation (illuminating engineering).** A correlate of saturation defined in terms of CIELUV. Equal scale intervals correspond approximately to equal differences of (perceived) saturation. *Note:* Psychometric saturation cannot be calculated in terms of CIELAB. [126]

**psychophysics.** Study of correlations between stimulus parameters and detection or perception of stimuli. 539-1990

**PTM.** *See:* **pulse-time modulation.**

**pto.** Power takeoff. 957-1987

**PTS.** Public telephone service. 973-1990

**p-type crystal rectifier.** A crystal rectifier in which forward current flows when the semiconductor is positive with respect to the metal. *See:* **rectifier.** [119]

**p-type semiconductor.** *See:* **semiconductor, p-type.**

**public.** A design feature, documented in the component data sheet, that may be used by purchasers of the component. 1149.1-1990

**public-address system.** A system designed to pick up and amplify sounds for an assembly of people. [119]

**public switched telephone network (PSTN).** A telephone network in which connections are established as and when required and that is supplied, operated, and controlled by one or more telecommunications operating companies to provide telephone service that is available to the public. 823-1989

**public telecommunications exchange (telephone switching systems).** A telecommunications exchange that serves the public. 312-1977w

**public telephone station (pay station).** A station available for use by the public, generally on the payment of a fee that is deposited in a coin collector or is paid to an attendant. *See:* **telephone station.** [119]

**puck (computer graphics).** An input device, used as a locator, consisting of a hand-held control box with crosshairs that can be moved over a data tablet containing an image such that the user can identify a point in the image.

*Note:* This term i
mouse.

**pull (data manage**
stack. *Contrast* ι

**pull blade (cable** ɪ
pull direct buria
means of a suita
the heel of the bl

**pull box.** A box
inserted in one
facilitate pulling
also serve the
conductors. *See:*

**pulley (sheave) (r**
mounted wheel
means of a belt,
**(rotating machi**

**pull function (cor**
**ging.**
*Deprecated.

**pulling eye.** A devi
conductor or coı
by or fastened to
hook or rope ma
to pull the cable
ing eyes are sc
caps, with facili
treatment. *See:*
**ground construc**

**pulling figure** (
between the max
the oscillator fre
of the load-imp
varies through 3
value of this coe
to a specified
standing-wave ra
**cuit; waveguide.**

**pulling into sync**
**ery).** The process
from asynchrono

**pulling iron (Natic**
An anchor secure
of a manhole or
pull cable.

**pulling line (cond**
A high strength
rope or wire rope
However, on re
conductor is bein
often serves as
conductor. In su
must be closely e
to the pulling op
**line; light line; s**

**pulling out of s**
**chines).** The proc
changing from sy