# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 7, 2008

The Honorable Leonard P. Stark
United States District Court
844 King Street
Wilmington, Delaware 19801

VIA ELECTRONIC FILING

Re: *Power Integrations, Inc. v. BCD Semiconductor Corporation, et al.,*
C.A. No. 07-633-JJF-LPS

Dear Judge Stark:

Enclosed please find a corrected version of Exhibit 13 to the Declaration of Dr. Thomas G. Habetler (D.I. 62 (filed in redacted form at D.I. 70)). This version contains the definition of "digital-to-analog converter" from page 251 of the IEE Standard Dictionary of Electrical and Electronic Terms, which page was inadvertently omitted from the previously-filed Exhibit 13, but is referenced in Dr. Habetler's declaration. We apologize for any inconvenience and are available should the Court have any questions.

Respectfully submitted,

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon

Enclosure

c: William J. Marsden, Jr., Esquire (via electronic mail w/encl.)
Michael Headley, Esquire (via electronic mail w/encl.)
Frank E. Scherkenbach, Esquire (via electronic mail w/encl.)
Howard G. Pollack, Esquire (via electronic mail w/encl.)
Erik R. Puknys, Esquire (via electronic mail w/encl.)

{00215061;v1}

**AMENDED/CORRECTED EXHIBIT 13
(IEEE Standard Dictionary of Electrical and
Electronic Terms (1984))**

*An American National Standard*

*Approved July 20, 1984*

# IEEE Standard Dictionary of Electrical and Electronics Terms

## Third Edition

Library of Congress Catalog Number 84-081283

© Copyright 1984
**The Institute of Electrical and Electronics Engineers, Inc.**
*No part of this publication may be reproduced in any form,*
*in an electronic retrieval system or otherwise,*
*without the prior written permission of the publisher.*

August 10, 1984

**Coulomb** conductor in one second when the current is maintained constant at one ampere. 210

**Coulomb friction (1) (general).** A constant velocity-independent force that opposes the relative motion of two surfaces in contact. *See:* **control system, feedback.** 329

(2) (control systems). That occurring between dry (that is unlubricated) surfaces. *Note:* It is usually idealized as a constant force whose sign is such as to cause the force to oppose the relative motion of the rubbing elements. *Syn.: dry friction. See:* **stiction.** 56

**Coulomb's law (electrostatic attraction).** The force of repulsion between two like charges of electricity concentrated at two points in an isotropic medium is proportional to the product of their magnitudes and inversely proportional to the square of the distance between them and to the dielectric constant of the medium. *Note:* The force between unlike charges is an attraction. 210

**coulometer (voltameter).** An electrolytic cell arranged for the measurement of a quantity of electricity by the chemical action produced. *See:* **electricity meter (meter).** 328

**count (radiation counters).** A single response of the counting system. *See:* **gas-filled radiation-counter tubes; scintillation counter; tube count.** 125, 190, 117, 96

**count-down (transponder).** The ratio of the number of interrogation pulses not answered to the total number of interrogation pulses received. *see also:* **navigation.** 13, 187

**counter (1) (electronic computation).** (A) A device, capable of changing from one to the next of a sequence of distinguishable states upon each receipt of an input signal. *Note:* One specific type is a circuit that produces one output pulse each time it receives some predetermined number of input pulses. The same term may also be applied to several such circuits connected in cascade to provide digital counting. (B) Less frequently, a counter is an accumulator. (C) (ring). A loop of interconnected bistable elements such that one and only one is in a specified state at any given time and such that, as input signals are counted, the position of the one specified state moves in an ordered sequence around the loop. *See:* **trigger circuit.** 210

(2) (test, measurement and diagnostic equipment). (A) A device such as a register or storage location used to represent the number of occurrences of an event: and (B) An instrument for storing integers, permitting these integers to be increased or decreased sequentially by unity or by an arbitrary integer, and capable of being reset to zero or to an arbitrary integer. 54

**counter cells.** *See:* **counter-electromotive-force cells.**

**counterclockwise polarized wave (radio wave propagation).** *See:* **left-handed polarized wave.**

**counter electromotive force (any system).** The effective electromotive force within the system that opposes the passage of current in a specified direction. 328

**counter-electromotive-force cells (counter cells).** Cells of practically no ampere-hour capability used to oppose the battery voltage. *See:* **battery (primary or secondary).** 328

**counter-mounted cooking unit (National Electrical Code).** A cooking appliance designed for mounting in or on a counter and consisting of one or more heating elements, internal wiring, and build-in or separately mountable controls. *See:* **wall-mounted oven.** 256

**counterpoise (1) (antenna).** A system of conductors, elevated above and insulated from the ground, forming a lower system of conductors of an antenna. *Note:* The purpose of a counterpoise is to provide a relatively high capacitance and thus a relatively low impedance path to earth. The counterpoise is sometimes used in medium- and low-frequency applications where it would be more difficult to provide an effective ground connection. 111

(2) (overhead line) (lightning protection). A conductor or system of conductors, arranged beneath the line, located on, above, or most frequently below the surface of the earth, and connected to the footings of the towers or poles supporting the line. *See:* **antenna; ground.** 64

**counter, radiation.** *See:* **radiation counter.**

**counter tube (radiation counters).** A device that reacts to individual ionizing events, thus enabling them to be counted. (1) (externally quenched). A radiation-counter tube that requires the use of an external quenching circuit to inhibit reignition. (2) (gas-filled, radiation). A gas tube used for detection of radiation by means of gas ionization. (3) (gas-flow). A radiation-counter tube in which an appropriate atmosphere is maintained by a flow of gas through the tube. (4) (Geiger-Mueller). A radiation-counter tube operated in the Geiger-Mueller region. (5) (proportional). A radiation-counter tube operated in the proportional region. (6) (self-quenched) A radiation-counter tube in which reignition of the discharge is inhibited by internal processes. *See:* **anticoincidence (radiation counters).** *See:* **gas-filled radiation-counter tube.** 96, 125, 190

**counting channel (liquid-scintillation counting).** A region of the pulse-height spectrum which is defined by upper and lower boundaries set by discriminators. 422

**counting efficiency (1) (radiation-counter tubes).** The average fraction of the number of ionizing particles or quanta incident on the sensitive area that produce tube counts. *Note:* The operating conditions of the counter and the condition of irradiation must be specified. *See:* **gas-filled radiation-counter tubes.** 125, 190

(2) (scintillation counters). The ratio of (A) the average number of photons or particles of ionizing radiation that produce counts to (B) the average number incident on the sensitive area. *Note:* The operating conditions of the counter and the conditions of irradiation must be specified. *See:* **scintillation counter.** 117

(3) (liquid-scintillation counting). The ratio of the

input numerical signal or code of one type into an output numerical signal or code of another type. 103

**digital data (data transmission).** Pertaining to data in the form of digits or interval quantities. Contrast with **analog data.** 59

**digital device (control equipment).** A device that operates on the basis of discrete numerical techniques in which the variables are represented by coded pulses or states. 94

**digital differential analyzer (DDA) (analog computers).** A special-purpose digital computer consisting of many computing elements, all operating in parallel, that performs integration by means of a suitable integration code on incremental quantities and that can be programmed for the solution of differential equations in a manner similar to an analog computer. 9

**digital logic elements (analog computers).** In an analog computer, a number of digital functional modules, consisting of logic gates, registers, flip-flops, timers, etcetera, all operating in parallel, either synchronously or asynchronously, and whose inputs and outputs are interconnected, according to a "logic program," via patch cards, on a patch board. 9

**digitally controlled function generator (analog computers).** A hybrid component using DAC's and DAM's to insert the linear segment approximation values to the desired arbitrary function. The values are stored in a self-contained digital core memory, which is accessed by the DAC's and DAM's at digital-computer speeds (microseconds). 9

**digital phase lock loop (communication satellite).** A circuit for synchronizing the received waveform, by means of discrete corrections. 83

**digital potentiometer.** *See:* **digital coefficient attenuator.** 10

**digital quantity (station control and data acquisition).** A variable represented by coded pulses (for example, bits) or states. 403

**digital readout clock (power switchgear).** A clock that gives (usually with visual indication) a voltage or contact closure pattern of electrical circuitry for a readout of time. A digital readout calendar clock also includes a readout of day, month, and year, usually, also with indication. 103

**digital switching (telephone switching systems).** Switching of discrete-level information signals. 55

**digital telemeter indicating receiver (power switchgear).** A device that receives the numerical signal transmitted from a digital telemeter transmitter and gives a visual numerical display of the quantity measured. 103

**digital telemetering (1) (power switchgear).** Telemetering in which a numerical representation, as for example some form of pulse code, is generated and transmitted; the number being representative of the quantity being measured. 103

**(2) (station control and data acquisition).** Telemetering in which a numerical representation is generated and transmitted; the number being representative of the quantity being measured. 403

**digital telemeter receiver (power switchgear).** A device that receives the numerical signal transmitted by a digital telemeter transmitter and stores it or converts it to a usable form, or both, for such purposes as recording, indication, or control. 103

**digital telemeter transmitter (power switchgear).** A device that converts its input signal to a numerical form for transmission to a digital telemeter receiver over an interconnecting channel. 103

**digital-to-analog (D-A) conversion (station control and data acquisition).** Production of an analog signal whose instantaneous magnitude is proportional to the value of a digital input. 403

**digital-to-analog converter (1) (power switchgear).** A device, or group of devices, that converts a numerical input signal or code into an output signal some characteristic of which is proportional to the input. 103

**(2) (power-system communication).** A circuit or device whose input is information in digital form and whose output is the same information in an analog form. *See:* **analog; digital.** 59

**(3) (data processing).** A device that converts an input number sequence into a function of a continuous variable. 198

**(4) (DAC) (hybrid computer linkage components).** A circuit or device whose input is information in digital form and whose output is the same information in analog form. In a hybrid computer, the input is a number sequence (or word) coming from the digital computer, while the output is an analog voltage proportional to the digital number. 10

**digital-to-analog multiplier (DAM) (hybrid computer linkage components).** A device which provides the means of obtaining the continuous multiplication of a specific digital value with a changing analog variable. The product is represented by a varying analog voltage. *Syn.:* **multiplying-digital-to-analog converter (MDAC).** 10

**digit deletion (telephone switching systems).** In the processing of a call, the elimination of a portion of the destination code. 55

**digitize.** (1) To express data in a digital form. 255,77 (2) The conversion of analog to digital data. (A/D) 224,203,54 434

**digraph.** *See:* **directed graph.**

**dimension (1) (metric practice).** A geometric element in a design, such as length or angle, or the magnitude of such a quantity. 21

**(2) (physical quantity).** A convenience label that is determined by the kind of quantity (for example, mass, length, voltage) and that is an element of multiplicative group. *Notes:* (1) The product of any pair of dimensions is a dimensions. (2) The unit element of the group is "numeric" or "pure number" which is therefore a dimension. *See:* **incremental dimension; normal dimension; short dimension.** 210

**dimensional system.** A multiplicative group of dimensions characterized by the independent dimensions generating the group. *Notes:* (1) Derived dimensions are often given individual names (for example, energy and speed, when mass, length, and time are the generators). (2) The basic dimensions and basic units

**ne-broadening**

Data describ-
>lant.    358
mbol from a
of the proba-
ymbol will be
he choice of
f information
n message or
one or more
e quantity has
**hartley.** *See:*
160
rage informa-

nonitoring in-
electrical and
or both, from
device as re-
is within the
421, 361
dent monitor-
e the display
t is, the maxi-
tion must be
ded), with the
421
inique of en-
n modules in
reveal as little
orkings; thus,
er modules in
on hiding for-
ule that is not
*e: encapsula-
rfaces; inter-
434
iation.    61
The final re-
irce to a data
or may not be
te.    59
gion of the
i the long-
ctrum (about
es (about 1
433
eering). For
within the
nometers) is
is of electro-
167
magnetic ra-
in the range
363
on). To pre-
403
ransformer).
etic oxidation
53
ser). An in-
mission line,
by a distur-
ns, etcetera)

which is not the same for all of the source emitters.
363

**initial condition (analog computers).** The value of a variable at the start of computation. A more restricted definition refers solely to the initial value of an integrator. Also used as a synonym for the computer-control state "reset." *See:* **reset.**    9

**initial luminous exitance (illuminating engineering).** The density of luminous flux leaving a surface within an enclosure before interreflections occur. *Note:* For light sources this is the luminous exitance as defined herein. For nonself-luminous surfaces it is the reflected luminous exitance of the flux received directly from sources within the enclosure or from daylight. *See:* **luminous exitance.**    167

**initiating relay (power switchgear).** A programming relay whose function is to constrain the action of dependent relays until after it has operated.    103

**injected current (ac high-voltage circuit breakers).** The current which flows through the test circuit breaker from the voltage source of a current injection circuit when this circuit is applied to the test circuit breaker.
426

**injected-current frequency (ac high-voltage circuit breaker).** The frequency of the injected current.
426

**injection fiber.** *See:* **launching fiber.**    433

**injection laser diode (ILD) (fiber optics).** A laser employing a forward-biased semiconductor junction as the active medium. *Syn:* **diode laser; semiconductor laser.** *See:* **active laser medium; chirping; laser; superradiance.**    433

**injection time (ac high-voltage circuit breaker).** The time with respect to the power frequency current zero when the voltage circuit is applied.    426

**inner product.** *See:* **polarization vector, Note 2.**    111

**in-phase spring rate (dynamically tuned gyro) (inertial sensor).** The residual difference, in a dynamically tuned gyro, between the dynamically induced spring rate and the flexure spring rate.    46

**input (1) (data transmission).** (A) The data to be processed. (B) The state or sequence of states occurring on a specified input channel. (C) The device or collective set of devices used for bringing data into another device. (D) A channel for impressing a state on a device or logic element. (E) The process of transferring data from an external storage to an internal storage.    59

**(2) (to a relay) (power switchgear).** A physical quantity or quantities to which the relay is designed to respond. *Notes:* (A) A physical quantity that is not directly related to the prescribed response of a relay, (though necessary, to or in some way affecting the relay operation,) is not considered part of input. (B) Time is not considered a relay input, but it is a factor in performance.    103

**input assertion (software).** A logical expression specifying one or more conditions that program inputs must satisfy in order to be valid. *See:* **program.**
434

**input-axis misalignment (gyro, accelerometer) (inertial sensor).** The angle between an input axis and its associated input reference axis when the device is at a null condition. (The magnitude of this angle is unambiguous, but when components are reported, the convention should always be identified. IEEE standards use both direction cosines and right-handed Euler angles, depending on the principal field of application. Other conventions, differing both in signs and designation of axes, are sometimes used.    46

**input impedance (1) (analog computers).** In an analog computer, a passive network connected between the input terminal or terminals of an operational amplifier and its summing junction.    9

**(2) (at a transmission line port) (waveguide).** The impedance at the transverse plane of the port. *Note:* This impedance is independent of the generator impedance.    267

**input limiter.** *See:* **limiter circuit.**    9

**input signal (hydraulic turbines).** A control sign injected at any point into a control system.    8

**input signal level sensitivity (spectrum analyzer).** The input signal level that produces an output equal to twice the value of the average noise alone. This may be power or voltage relationship, but must be stated so. *See:* **equivalent input noise sensitivity; sensitivity.**
390

**inrush current (1) (electronics power transformer).** The maximum root-mean-square or average current value, determined for a specified interval, resulting from the excitation of the transformer with no connected load, and with essentially zero source impedance, and using the minimum primary turns tap available and its rated voltage.    95

**(2) (packaging machinery).** Of a solenoid or coil, the steady-state current taken from the line with the armature blocked in the rated maximum open position.    429

**insertion loss (1) (data transmission).** Resulting from the insertion of a transducer in a transmission system, the ratio of (1) the power delivered to that part of the system following the transducer, to (2) the power delivered to that same part of the system after insertion of the transducer. *Note:* If the input or output power, or both, consist of more than one component, such as multifrequency signal or noise, then the particular components used and their weighting must be specified.    59

**(2) (fiber optics).** The total optical power loss caused by the insertion of an optical component such as a connector, splice, or coupler.    433

**insertion loss (or gain).** *See:* **general insertion loss (or gain); matched insertion loss (or gain); matched generator insertion loss (or gain); matched load insertion loss (or gain).**    267

**in service (power system measurement).** The state in which a unit is electrically connected to the system.
432

**in-service planned derated hours (IPDH) (power system measurement).** The in-service hours during which a planned derating was in effect.    432

**in-service test (metering).** A test made during the period that the meter is in service. It may be made on the customer's premises without removing the meter from its mounting, or by removing the meter for test,

or watt-hours.                                              394

**(2) (power and distribution transformer).** The ratio of true watts or watthours to the measured watts or watthours, divided by the marked ratio. *Note:* The transformer correction factor for a current or voltage transformer is the ratio correction factor multiplied by the phase-angle correction factor for a specified primary circuit power factor. The true primary watts or watthours are equal to the watts or watthours measured, multipled by the transformer correction factor and the marked ratio. The true primary watts or watthours, when measured using both current and voltage transformers, are equal to the current transformer correction factor times the voltage transformer correction factor multiplied by the product of the marked ratios of the current and voltage transformers multiplied by the observed watts or wattshours.
                                                              53

**transformer, dry-type.** *See:* **dry-type transformer.**

**transformer, energy-limiting.** A transformer that is intended for use on an approximately constant-voltage supply circuit and that has sufficient inherent impedance to limit the output current to a thermally safe maximum value. *See:* **transformer, specialty.**
                                                             203

**transformer equipment rating.** A volt-ampere output together with any other characteristics, such as voltage, current, frequency, and power factor, assigned to it by the manufacturer. *Note:* It is regarded as a test rating that defines an output that can be taken from the item of transformer equipment without exceeding established temperature-rise limitations, under prescribed conditions of test and within the limitations of established standards. *See:* **duty.**    203

**transformer, grounding.** *See:* **grounding transformer.**

**transformer grounding switch and gap (capacitance potential device).** Consists of a protective gap connected across the capacitance potential device and transformer unit to limit the voltage impressed on the transformer and the auxiliary or shunt capacitor, when used; and a switch that when closed removes voltage from the potential device to permit adjustment of the potential device without interrupting high-voltage line operation and carrier-current operation when used. *See:* **outdoor coupling capacitor.**
                                                             341

**transformer, group-series loop insulating.** An insulating transformer whose secondary is arranged to operate a group of series lamps and/or a series group of individual-lamp transformers. *See:* **transformer, specialty.**    203

**transformer, high-power-factor.** A high-reactance transformer that has a power-factor-correcting device such as a capacitor, so that the input current is at a power factor of not less than 90 percent when the transformer delivers rated current to its intended load device. *See:* **transformer, specialty.**    301

**transformer, high-reactance (1) (output limiting).** An energy-limiting transformer that has sufficient inherent reactance to limit the output current to a maximum value. *See:* **transformer, specialty.**    203

**(2) secondary short-circuit current rating.** The current in the secondary winding when the primary winding is connected to a circuit of rated primary voltage and frequency and when the secondary terminals are short-circuited. *See:* **transformer, specialty.**
                                                             203

**(3) (kilovolt-ampere or voltampere short-circuit input rating).** The input kilovolt-amperes or volt-amperes at rated primary voltage with the secondary terminals short-circuited. *See:* **transformer, specialty.**    203

**transformer, ideal.** A hypothetical transformer that neither stores nor dissipates energy. *Note:* An ideal transformer has the following properties: (1) Its self and mutual impedances are equal and are pure inductances of infinitely great value. (2) Its self-inductances have a finite ratio. (3) Its coefficient of coupling is unity. (4) Its leakage inductance is zero. (5) The ratio of the primary to secondary voltage is equal to the ratio of secondary to primary current.    239,197

**transformer, individual-lamp insulating.** An insulating transformer used to protect the secondary circuit, casing, lamp, and associated luminaire of an individual street light from the high-voltage hazard of the primary circuit. *See:* **transformer, specialty.**    203

**transformer, insulating.** A transformer used to insulate one circuit from another. *See:* **transformer, specialty.**    203

**transformer integrally mounted cable terminating box.** A weatherproof air-filled compartment suitable for enclosing the sidewall bushings of a transformer and equipped with any one of the following entrance devices: (1) Single or multiple-conductor potheads with couplings or wiping sleeves. (2) Wiping sleeves. (3) Couplings with or without stuffing boxes for conduit-enclosed cable, metallic-sheathed cable, or rubber-covered cable.    289

**transformer, interphase (thyristor power converter).** An autotransformer, or a set of mutually coupled inductive reactors, used to obtain multiple operation between two or more simple converters that have ripple voltages that are out of phase.    121

**transformer, isolating (1) (signal-transmission system).** A transformer inserted in a system to separate one section of the system from undesired influences of the other sections. *Example:* A transformer having electrical insulation and electrostatic shielding between its windings such that it can provide isolation between parts of the system in which it is used. It may be suitable for use in a system that requires a guard for protection against common-mode interference. *See:* **signal.**    188

**(2) (electroacoustics).** A transformer inserted in a system to separate one section of the system from undesired influences of other sections. *Note:* Isolating transformers are commonly used to isolate system grounds and prevent the transmission of undesired currents.    239

**transformer, line.** *See:* **line transformer.**

**transformer loss (communication).** The ratio of the signal power that an ideal transformer would deliver to a load, to the power delivered to the same load by the actual transformer, both transformers having the same impedance ratio. *Note:* Transformer loss is