# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**William J. Marsden, Jr.**
302 778-8401

Email
marsden@fr.com

**VIA ECF AND HAND DELIVERY**

May 14, 2008

The Honorable Leonard P. Stark
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE  19801

Re:   *Power Integrations, Inc. v. BCD Semiconductor Corp.*
      USDC-D. Del. – Civil Action No. 07-633 JJF-LPS

Dear Judge Stark:

Pursuant to Local Rule 7.1.4, I am writing to inform the Court that the parties have now completed their briefing on Power Integrations' Motion for Preliminary Injunction [D.I. 12], with the final brief having been submitted Monday in accordance with the Court's orders in this case.  Power Integrations is available for a hearing on this motion after May 19.  Given that BCD stated during the Court's April 15, 2008 teleconference that it is amenable to going forward with a hearing on the preliminary injunction motion "independent of the jurisdiction issues" [D.I. 77 at 13:1-7], Power Integrations requests that the Court schedule a hearing on this issue at its earliest convenience.  We also make this request in view of the prior commitments of Power Integrations' technical expert, Robert Blauschild, whom Power Integrations intends to make available to answer any questions the Court might have during the hearing.  Because Mr. Blauschild will be on vacation from June 15 through July 6, Power Integrations would prefer to schedule the hearing before that time if possible, subject to the Court's availability.

Respectfully,


/s/ William J. Marsden, Jr.

William J. Marsden, Jr.

cc:   Clerk of Court (w/attachment via ECF)
      Steven J. Balick, Esquire (By Hand)
      Erik Puknys, Esquire (By Federal Express)

50483873.doc