IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, | |
| Plaintiff, | C.A. No. 07-633-JJF |
| v. | |
| BCD SEMICONDUCTOR CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation, | **REDACTED** |
| Defendants. | |

## SUPPLEMENTAL DECLARATION OF ROBERT BLAUSCHILD

FISH & RICHARDSON P.C.
William J. Marsden, Jr. (#2247) (marsden@fr.com)
Kyle Wager Compton (#4693) (kcompton@fr.com)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Howard G. Pollack
Michael R. Headley
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

DATED: May 12, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC., a
Delaware corporation,

          Plaintiff,

   v.

BCD SEMICONDUCTOR
CORPORATION, et al.,

          Defendants.

Case No. 07-cv-00633

**REDACTED**

## SUPPLEMENTAL DECLARATION OF ROBERT BLAUSCHILD

I, Robert Blauschild, declare as follows:

1.     I have been retained by Power Integrations as an expert witness in this matter. I have acted as an expert witness for Power Integrations in previous matters, including the *Power Integrations v. Fairchild* matter in this Court.

2.     I have worked extensively in the field of analog and mixed-signal circuit design, including over 30 years of advanced integrated circuit ("IC") design work. I have worked on and consulted on designs for a wide range of analog and mixed-signal circuits, and the cumulative sales of commercial products I have designed is now well above $250 Million.

3.     I have reviewed BCD's opposition to Power Integrations' motion for preliminary injunction, Dr. Habetler's accompanying declaration and exhibits, and the transcript from Dr. Habetler's deposition. None of the arguments BCD and Dr. Habetler have set forth in these materials changes my opinion that BCD infringes Claim 1 of the '876 patent, and in my opinion they do not provide any serious challenge to the validity of Claim 1 of the '876 patent.

4.

1

**REDACTED**

     5.      Dr. Habetler's arguments regarding infringement do nothing to change my opinion that BCD's products infringe Claim 1 of the '876 patent, and the materials BCD has provided since my first declaration confirm that BCD's devices do, in fact, infringe. Specifically, I have reviewed the schematics provided for the AP3700/A, AP3700E, and AP3710, and each of these products infringes Claim 1 of the '876 patent for the same reasons I explained in my original declaration.

     6.

2

REDACTED IN ITS ENTIRETY

REDACTED IN ITS ENTIRETY

REDACTED IN ITS ENTIRETY

REDACTED IN ITS ENTIRETY

**REDACTED**

16.     As with infringement, Dr. Habetler's arguments regarding validity do not change my opinion that Claim 1 of the '876 patent is valid.  Dr. Habetler's declaration makes a number of arguments regarding validity, though, so I address the relevant points in turn.

17.

# REDACTED

18.

19.    Dr. Habetler also ignores the wide range of secondary considerations evidence demonstrating that the patented frequency jitter of the '876 patent is in fact valid, including my detailed testimony on this point during the Fairchild case.

20.    Therefore, I still conclude that the AP3700, AP3700A, AP3700E, and AP3710 chips contain each and every claim limitation of Claim 1 of the '876 patent and that the patent is valid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of May, 2008, at Los Altos, CA.

Robert Blauschild

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2008, I caused to be served the **SUPPLEMENTAL DECLARATION OF ROBERT BLAUSCHILD** on the following individuals, in the manner indicated:

| | |
|---|---|
| **VIA HAND DELIVERY AND E-MAIL**<br>Steven J. Balick<br>John Day<br>Tiffany Lydon<br>500 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>CORPORATION and SHANGHAI<br>SIM-BCD SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |
| **VIA E-MAIL AND FIRST CLASS MAIL**<br>E. Robert Yoches<br>Joyce Craig<br>Finnegan, Henderson, Farabow,<br>   Garrett & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001-4413 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>CORPORATION and SHANGHAI<br>SIM-BCD SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |
| **VIA E-MAIL AND FIRST CLASS MAIL**<br>Erik R. Puknys<br>Finnegan, Henderson, Farabow,<br>   Garrett & Dunner LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>CORPORATION and SHANGHAI<br>SIM-BCD SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |
| **VIA E-MAIL AND FIRST CLASS MAIL**<br>Robert L. Burns<br>Finnegan, Henderson, Farabow,<br>   Garrett & Dunner LLP<br>Two Freedom Drive<br>Reston, VA 20190-5675 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>CORPORATION and SHANGHAI<br>SIM-BCD SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |

/s/ Kyle Wagner Compton
Kyle Wagner Compton