IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC.,              )<br>                                        )<br>      Plaintiff,                       )<br>                                        )<br>v.                                      )   C.A. No. 07-633-JJF-LPS<br>                                        )<br>BCD SEMICONDUCTOR                       )<br>CORPORATION and SHANGHAI                )<br>SIM-BCD SEMICONDUCTOR                   )<br>MANUFACTURING CO., LTD.,                )<br>                                        )<br>      Defendants.                      )| |

## **STIPULATED ORDER**

WHEREAS, shortly after the submission of opening and answering briefs on Power Integrations' motion for a preliminary injunction, the parties received notice of an April 7, 2008 Office Action in which the Patent Office rejected the claim upon which the motion for preliminary injunction is based (the "Office Action");

WHEREAS, defendants believe that the Office Action constitutes important evidence that should be part of the preliminary injunction record, and respectfully request leave to submit a very short supplemental brief (not to exceed two pages) setting forth their position as to the significance of the Office Action; and

WHEREAS, plaintiff does not agree that the Office Action is relevant to the issues before the Court, but will not oppose defendants' request so long as it is permitted to submit a very short responsive supplemental brief (not to exceed two pages) setting forth its position as to the significance of the Office Action; now therefore,

{00217729;v1}

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, as follows:

1. Within 24 hours of the Court's entry of this stipulated order, defendants shall file a supplemental brief, not to exceed two pages in length, for the limited purpose of setting forth their position as to the significance of the Office Action.

2. Within five days of service of defendants' brief, plaintiff shall file a responsive supplemental brief, not to exceed two pages in length, for the limited purpose of setting forth its position as to the significance of the Office Action.

| FISH & RICHARDSON P.C. | ASHBY & GEDDES |
|---|---|
| /s/ Kyle Wagner Compton | /s/ Steven J. Balick |
| William J. Marsden, Jr., (I.D. #2247)<br>Kyle Wagner Compton (I.D. #4693)<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>Telephone: 302-652-5070 | Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Telephone: 302-654-1888 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2008.

_____
United States Magistrate Judge