# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**LEONARD P. STARK**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 26
WILMINGTON, DE 19801

May 21, 2008

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899

RE: Power Integrations v. BCD, et al.: C.A. No. 07-633-JJF-LPS

Dear Mr. Marsden:

Thank you for your letter of May 14, 2008. Any hearing on Power Integrations' Motion for Preliminary Injunction (D.I. 12) will be held after July 6.

Cordially,

LEONARD P. STARK

LPS/jk
cc:    Peter Dalleo, Clerk
       Steven J. Balick, Esq.
       Erik Puknys, Esq.