IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-633-JJF-LPS |
| | ) |
| BCD SEMICONDUCTOR CORPORATION and SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING CO., LTD., | ) ) ) ) |
| | ) |
| Defendants. | ) |

## **STIPULATED ORDER**

Plaintiff, Power Integrations, Inc. and Defendants, BCD Semiconductor Corporation and Shanghai SIM-BCD Semiconductor Manufacturing Co., Ltd., hereby stipulate and agree, subject to the approval of the Court, that the date by which Defendants shall file their answering supplemental brief on jurisdiction (as ordered by the Court in D.I. 72) shall be extended through and including Monday, June 16, 2008, and the date by which Plaintiff shall file its reply supplemental brief on jurisdiction (as ordered by the Court on D.I. 72) shall be extended through and including Monday, June 23, 2008.  Defendants request this extension in light of a widespread power failure in Washington, D.C. that has affected the offices of Defendant's counsel Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.

{00223283;v1}

-2-

| FISH & RICHARDSON P.C. | ASHBY & GEDDES |
|---|---|
| */s/ Kyle Wagner Compton* | */s/ Tiffany Geyer Lydon* |
| _____ | _____ |
| William J. Marsden, Jr., (I.D. #2247) | Steven J. Balick (I.D. #2114) |
| Kyle Wagner Compton (I.D. #4693) | John G. Day (I.D. #2403) |
| 919 N. Market Street, Suite 1100 | Tiffany Geyer Lydon (I.D. #3950) |
| P.O. Box 1114 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19899-1114 | P.O. Box 1150 |
| 302-652-5070 | Wilmington, DE 19899 |
| marsden@fr.com | 302-654-1888 |
| kcompton@fr.com | sbalick@ashby-geddes.com |
|  | jday@ashby-geddes.com |
| *Attorneys for Plaintiff* | tlydon@ashby-geddes.com |
|  | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2008.

_____
United States Magistrate Judge