IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC.,

Plaintiff,

v.

BCD SEMICONDUCTOR CORP, et al.,

Defendants.

C.A. No. 07-633 JJF-LPS

**REDACTED**

**SECOND SUPPLEMENTAL DECLARATION OF KYLE WAGNER COMPTON
IN SUPPORT OF POWER INTEGRATIONS, INC.'S OPENING
SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

FISH & RICHARDSON P.C.
William J. Marsden, Jr. (#2247) (marsden@fr.com)
Kyle Wagner Compton (#4693) (kwc@fr.com)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19801
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Frank E. Scherkenbach
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Howard G. Pollack
Michael R. Headley
Scott A. Penner
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

**ATTORNEYS FOR PLAINTIFF
POWER INTEGRATIONS, INC.**

Dated: June 6, 2008

I, Kyle Wagner Compton, declare as follows:

1.     I am an Associate with Fish & Richardson P.C., counsel for Plaintiff Power Integrations, Inc. ("Power Integrations").  I make the following statements based on personal knowledge, except where noted.

2.     Attached as Exhibit 1 to this Declaration is a true and accurate copy of an email from Michael Headley to Eric Puknys dated April 14, 2008.

3.     Attached as Exhibit 2 to this Declaration is a true and accurate copy of a letter from Michael Headley to Eric Puknys dated May 19, 2008.

4.     Attached as Exhibit 3 to this Declaration is a true and accurate copy of an email from Eric Puknys to Michael Headley dated May 20, 2008.

5.     Attached as Exhibit 4 to this Declaration is a true and accurate copy of excerpts from the deposition of Jonathan Wang taken on May 28, 2008

6.     Attached as Exhibit 5 to this Declaration is a true and accurate copy of a BCD production document bearing production numbers BCDS0119495 - BCDS0119498.

7.     Attached as Exhibit 6 to this Declaration is a true and accurate copy of a BCD production document bearing production numbers  BCDS0029016 - BCDS0029018.

8.     Attached as Exhibit 7 to this Declaration is a true and accurate copy of a BCD production document bearing production numbers  BCDS0076527 - BCDS0076534.

9.     Attached as Exhibit 8 to this Declaration is a true and accurate copy of a BCD production document bearing production numbers  BCDS0108836 - BCDS0108839.

10.     Attached as Exhibit 9 to this Declaration is a true and accurate copy of a BCD production document bearing production numbers  BCDS0028747 - BCDS0028749.

11.     Attached as Exhibit 10 to this Declaration is a true and accurate copy of a BCD production document bearing production numbers  BCDS0028901 - BCDS0028909.

12.     Attached as Exhibit 11 to this Declaration is a true and accurate copy of Production No. BCDS0029199.

13.     Attached as Exhibit 12 to this Declaration is a true and accurate copy of a BCD production document bearing production numbers  BCDS0001608 - BCDS0001609.

14.     Attached as Exhibit 13 to this Declaration is a true and accurate copy of BCD's Second Revised Answer and Objection to Power Integration's First set of Interrogatories (Nos. 1-18), dated April 14, 2008.

15.     Attached as Exhibit 14 to this Declaration is a true and accurate copy of excerpts from the deposition of Kang Chan dated April 15, 2008.

16.     Attached as Exhibit 15 to this Declaration is a true and accurate copy of a BCD production document bearing production numbers  BCDS0076479 - BCDS0076480.

17.     Attached as Exhibit 16 to this Declaration is a true and accurate copy of a BCD production document bearing production numbers  BCDS0076545 - BCDS0076549.

18.     Attached as Exhibit 17 to this Declaration is a true and accurate copy of a BCD production document bearing production numbers  BCDS0002221 - BCDS0002227.

19.     Attached as Exhibit 18 to this Declaration is a true and accurate copy of a BCD production document bearing production numbers  BCDS0076683 - BCDS0076692.

20.     Attached as Exhibit 19 to this Declaration is a true and accurate copy of a BCD production document bearing production numbers  BCDS0093544 - BCDS0093555

21.     Attached as Exhibit 20 to this Declaration is a true and accurate copy of a BCD production document bearing production numbers  BCDS0093106 - BCDS0093130.

22.    Attached as Exhibit 21 to this Declaration is a true and accurate copy of a BCD production document bearing production numbers  BCDS0028857 - BCDS0028862.

23.    Attached as Exhibit 22 to this Declaration is a true and accurate copy of a BCD production document bearing production numbers  BCDS0076187 - BCDS0076190.

24.    Attached as Exhibit 23 to this Declaration is a true and accurate copy of a BCD production document bearing production numbers  BCDS0108932 - BCDS0108938.

25.    Exhibit 24 to this Declaration is intentionally omitted.

26.    Attached as Exhibit 25 to this Declaration is a true and accurate copy of Production No. BCDS0032718.

27.    Attached as Exhibit 26 to this Declaration is a true and accurate copy of U.S. Patent No. 6,980,442.

28.    Attached as Exhibit 27 to this Declaration is a true and accurate copy of U.S. Patent No. 7,099,163.

29.    Attached as Exhibit 28 to this Declaration is a true and accurate copy of a BCD production document bearing production numbers  BCDS0002862 - BCDS0002875.

30.    Attached as Exhibit 29 to this Declaration is a true and accurate copy of Production No. BCDS0002321.

31.    Attached as Exhibit 30 to this Declaration is a true and accurate copy of a BCD production document bearing production numbers  BCDS0002032 - BCDS0002033.

32.    Attached as Exhibit 31 to this Declaration is a true and accurate copy of Production No. BCDS0000364.

33.    Attached as Exhibit 32 to this Declaration is a true and accurate copy of a BCD production document bearing production numbers  BCDS0047074 - BCDS0047085.

4

34.     Attached as Exhibit 33 to this Declaration is a true and accurate copy of *U.S. Wireless Data Market Q1 2008 Update*, available online at http://www.chetansharma.com/US%20Wireless%20Market%20Q1%202008%20Update%20-%20May%202008%20-%20Chetan%20Sharma%20Consulting.pdf (last visited June 5, 2008).

35.     Attached as Exhibit 34 to this Declaration is a true and accurate copy of AT&T Wireless Responses to Subpoena, dated April 18, 2008.

36.     Attached as Exhibit 35 to this Declaration is a true and accurate copy of a May 29, 2008 e-mail from Susan Vinci to Scott Penner and a true and accurate copy of the attached document bearing production number VZW001.

37.     Attached as Exhibit 36 to this Declaration is a chart I compiled reflecting state-by-state per capita mobile wireless telephone subscriber rates for the year 2005, the most recent year for which both state population data and state mobile wireless telephone subscriber data are available, and true and correct copies of excerpts from the publications from which the underlying population data and mobile wireless telephone subscriber data were obtained. 2005 state population data reported by the U.S. Census Bureau were obtained from the *State and Metropolitan Area Data Book: 2006* (6th Ed.) at 3 (Table A-1. States — Area and Population) available online at http://www.census.gov/prod/2006pubs/smadb/smadb-06.pdf (last visited June 3, 2008). 2005 mobile wireless telephone subscriber data reported by the Industry Analysis and Technology Division of the Federal Communication Commission's Wireline Competition Bureau were obtained from *Trends in Telephone Service* (2007) at 11-5 (Table 11.2 Mobile Wireless Telephone Subscribers) available online at http://hraunfoss.fcc.gov/edocs_public/attachmatch/DOC-270407A1.pdf (last visited June 3, 2008).

38.     Attached as Exhibit 37 to this Declaration is a true and accurate copy of a BCD production document bearing production numbers  BCDS0000835 - BCDS0000842.

39.     Attached as Exhibit 38 to this Declaration is a true and accurate copy of BCDS0001894 - BCDS0001897.

40.     Attached as Exhibit 39 to this Declaration is a true and accurate copy of a BCD production document bearing production numbers  BCDS0047493 - BCDS0047509.

41.     Attached as Exhibit 40 to this Declaration is a true and accurate copy of a BCD production document bearing production numbers  BCDS0191382.

42.     Attached as Exhibit 41 to this Declaration is a true and accurate copy of a BCD production document bearing production numbers  BCDS029443 – BCDS029444.

43.     Attached as Exhibit 42 to this Declaration is a true and accurate copy of BCD's Answers and Objections to Power Integration's First Set of Request for Admission (Nos. 1-12), dated February 27, 2008.

44.     Attached hereto as Exhibit 43 is a Summary Chart comparing BCD's representations and the current evidence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of June, 2008 at Wilmington, Delaware.

Kyle Wagner Compton

6

# Exhibit 1

**Michael Headley**

| | |
|---|---|
| **From:** | Michael Headley |
| **Sent:** | Monday, April 14, 2008 4:31 PM |
| **To:** | Puknys, Erik |
| **Cc:** | Burns, Robert; E. Robert Yoches (bob.yoches@finnegan.com); Howard Pollack; Frank Scherkenbach |
| **Subject:** | Re: PI/BCD: motion to dismiss and scheduling |

Erik,

Per my voicemail of this morning, please let us know whether BCD will withdraw its motion to dismiss in view of the Court's order of this past Friday. If you will not, and in view of your voicemail indicating that Dr. Habetler will not be available for deposition before the 28th but that you would be willing to provide a brief extension to file our reply brief on the motion for preliminary injunction, we would be amenable to the following slight modification to the current schedule:

4/24-25: jurisdictional depo(s) in SV
4/28: Dr. Habetler depo in ATL
5/1: PI suppl. brief re jdx due
5/8: PI reply brief on preliminary injunction due
5/8: BCD suppl. response re jdx due
5/19: hearing (subject to the Court's availability)

We believe the supplemental discovery and briefing will allow the Court to deny BCD's motion to dismiss without any need for a hearing, but we would like to proceed with the hearing on our motion for preliminary injunction as soon as possible.

Please let us know whether you are willing to propose this schedule jointly for purposes of tomorrow's call with the Court or if you have some alternate proposal--we are also available to discuss the issue further before tomorrow's hearing.

Thanks.

Michael

---

**From:** Michael Headley
**Sent:** Sun 4/13/2008 8:57 PM
**To:** Puknys, Erik; Yoches, Bob
**Cc:** Burns, Robert; Howard Pollack
**Subject:** RE: PI/BCD: Dr. Habetler's deposition

Erik & Bob,

Let us know if we might be able to reschedule Dr. Habetler's deposition for next Monday or even Tuesday (4/21 or 4/22)--if you can accommodate either of those days, we ought to be able to get Howard where he needs to be and still stay on track.

Thanks.

Michael

-----Original Message-----
From: Puknys, Erik [mailto:erik.puknys@finnegan.com]
Sent: Sunday, April 13, 2008 8:12 PM
To: Michael Headley
Cc: Yoches, Bob; Burns, Robert; Howard Pollack
Subject: RE: PI/BCD: Dr. Habetler deposition

Howard,

I am very sorry hear about your loss.

Michael,

Let me know when you want to reschedule Habetler. Bob was going to cover it, but we'll see what dates we can work out.

I'll talk to you tomorrow.

Erik

---

From: Michael Headley [mailto:Headley@fr.com]

Sent: Sun 4/13/2008 3:48 PM
To: Puknys, Erik
Cc: Yoches, Bob; Burns, Robert; Howard Pollack
Subject: Re: PI/BCD: Dr. Habetler deposition


Erik,

Howard Pollack has had a death in the family, so we may need to reschedule Dr. Habetler's deposition this week. We are looking into the various alternatives, but I wanted to let you know as soon as possible so that you can check with Dr. Habetler and your team re potential alternate dates. I will call you tomorrow once I have some further indication as to the status--let me know if there is someone else on point for Dr. Habetler's deposition that I should call instead.

My apologies for the inconvenience.

Sincerely,
Michael

Michael R. Headley
Fish & Richardson P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063-1526
(650) 839-5139 (direct)
(650) 839-5071 (fax)
*********************************************************************************************************************

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

*********************************************************************************************************************


This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

# Exhibit 2

# FISH & RICHARDSON P.C.

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

**VIA FACSIMILE & E-MAIL**

May 19, 2008

Erik R. Puknys
Finnegan, Henderson, Farabow, Garrett & Dunner LLP (Palo Alto)
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203

Michael R. Headley
650 839-5139

Email
headley@fr.com

Re:    *Power Integrations, Inc. v. BCD Semiconductor Corp.*
       USDC-D. Del. – Civil Action No. 07-633 JJF-LPS

ATLANTA

AUSTIN

BOSTON

DALLAS

DELAWARE

MUNICH

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Dear Erik:

I am writing to request once again that BCD withdraw its pending motion to dismiss for lack of personal jurisdiction, as originally requested in my voicemail and e-mail of April 14, 2008.

In view of the additional information you must now be aware of in BCD's recent document productions, showing BCD's clear intent to serve the United States market, as well as the recent Delaware authority on personal jurisdiction (copy attached), we do not believe BCD can maintain its motion to dismiss in good faith and therefore ask once again that you withdraw it.

Please let us know whether you will withdraw the motion by the close of business Thursday so that we can avoid any further expense related to jurisdictional issues, including the upcoming deposition and supplemental briefing, in addition to the upcoming case management conference in BCD's countersuit in California.

I look forward to your response.

Sincerely,

Michael R. Headley

Enclosure

50486290.doc

# Exhibit 3

# Michael Headley

**From:** Puknys, Erik [erik.puknys@finnegan.com]
**Sent:** Tuesday, May 20, 2008 4:21 PM
**To:** Michael Headley
**Cc:** Burns, Robert; Yoches, Bob; Howard Pollack
**Subject:** RE: PI/BCD: BCD's motion to dismiss

Michael,

In answer to your two letters from yesterday: Yes, we believe our document production in response to the Court's order granting jurisdictional discovery is now complete; and no, we will not withdraw our motion to dismiss.

If you have any questions, please let me know.

Erik

---

**From:** Michael Headley [mailto:Headley@fr.com]
**Sent:** Monday, May 19, 2008 2:29 PM
**To:** Puknys, Erik
**Cc:** Burns, Robert; Yoches, Bob; Howard Pollack
**Subject:** Re: PI/BCD: BCD's motion to dismiss

Erik,

Please see the attached letter and memorandum opinion/order.

Let me know if you have any trouble with the files.

Sincerely,
Michael

Michael R. Headley
Fish & Richardson P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063-1526
(650) 839-5139 (direct)
(650) 839-5071 (fax)
********************************************************************************************************

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

********************************************************************************************************

<<letter.pdf>> <<LGP-Chi Mei.pdf>>

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox.

Thank you.

# Exhibit 4

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit 5

# EXHIBIT REDACTED
# IN ITS ENTIRETY

# Exhibit 6

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit 7

# EXHIBIT REDACTED
# IN ITS ENTIRETY

# Exhibit 8

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit 9

# EXHIBIT REDACTED
# IN ITS ENTIRETY

# Exhibit 10

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit 11

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit 12

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit 13

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit 14

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit 15

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit 16

# EXHIBIT REDACTED
# IN ITS ENTIRETY

# Exhibit 17

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit 18

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit 19

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit 20

# EXHIBIT REDACTED
# IN ITS ENTIRETY

# Exhibit 21

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit 22

# EXHIBIT REDACTED
# IN ITS ENTIRETY

# Exhibit 23

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit 24

# EXHIBIT REDACTED IN ITS ENTIRETY

Intentionally
Omitted

# Exhibit 25

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit 26

US006980442B2

(12) **United States Patent** (10) **Patent No.:** **US 6,980,442 B2**
Lv et al. (45) **Date of Patent:** **Dec. 27, 2005**

(54) **384X-BASED BURST MODE PWM CONTROLLER**

(75) Inventors: **Shu Zhuang Lv**, Shanghai (CN); **Xu Guang Zhang**, Shanghai (CN); **Xin Wu**, Shanghai (CN)

(73) Assignee: **BCD Semiconductor Manufacturing Limited**, Grand Cayman (KY)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/036,041**

(22) Filed: **Jan. 18, 2005**

(65) **Prior Publication Data**

US 2005/0185427 A1 Aug. 25, 2005

(30) **Foreign Application Priority Data**

Feb. 19, 2004 (CN) ........................ 2004200023842

(51) Int. Cl.[7] ........................................... H02M 3/335
(52) U.S. Cl. ...................... **363/21.1**; 363/21.18
(58) Field of Search ........................... 363/21.04, 21.05, 363/21.1, 21.12, 21.13, 21.18, 26, 41, 97, 363/131

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,740,879 | A | * | 4/1988 | Peruth ........................ 363/131 |
| 5,313,381 | A | * | 5/1994 | Balakrishnan ............... 363/147 |
| 5,995,384 | A | * | 11/1999 | Majid et al. ............. 363/21.18 |
| 6,208,538 | B1 | * | 3/2001 | Halamik et al. ............. 363/41 |
| 6,307,356 | B1 | * | 10/2001 | Dwelley ...................... 323/282 |
| 6,822,884 | B1 | * | 11/2004 | Rosenthal et al. ............ 363/59 |
| 6,856,519 | B2 | * | 2/2005 | Lin et al. ..................... 363/16 |
| 6,879,501 | B2 | * | 4/2005 | Mori ....................... 363/56.03 |

* cited by examiner

*Primary Examiner*—Adolf Berhane
(74) *Attorney, Agent, or Firm*—Birch, Stewart, Kolasch & Birch, LLP

(57) **ABSTRACT**

A 384X-based burst mode PWM controller includes an oscillator to generate a pulse signal of a constant frequency, an output circuit to generate an output signal based on the pulse signal, an error amplifier to generate an amplified error signal, a logic control current source connecting to a current sense input of a comparator, the comparator which compares the voltage of the current sense input with the voltage of the error signal to generate a comparison signal, a PWM latch to generate a pulse control signal corresponding to the pulse signal and based on the comparison signal. The pulse control signal controls the output circuit and the logic control current source in opposite conditions of turning on and off. The controller can replace 384X directly and save energy.

**5 Claims, 5 Drawing Sheets**



U.S. Patent

Dec. 27, 2005

Sheet 1 of 5

US 6,980,442 B2



Fig.1



Fig.2

U.S. Patent

Dec. 27, 2005

Sheet 3 of 5

US 6,980,442 B2



Fig.3

U.S. Patent    Dec. 27, 2005    Sheet 4 of 5    US 6,980,442 B2



Fig.4

U.S. Patent    Dec. 27, 2005    Sheet 5 of 5    US 6,980,442 B2



Fig.5   PRIOR  ART

US 6,980,442 B2

1

# 384X-BASED BURST MODE PWM CONTROLLER

## FIELD OF THE INVENTION

The present invention relates to a pulse width modulation (PWM) technique and particularly to a 384X-based burst mode PWM controller.

## BACKGROUND OF THE INVENTION

384X series PWM controller is an industrial standard IC for power supply control, and it is widely used in AC-to-DC switching power supply for electronic products such as computes, TVs, DVDs.

The household appliances and office equipments used by people in life and work every day generally employ switching power supplies. The light load and standby mode functions are a big issue and have received a lot of attention from government institutions. In U.S.A. there is a government decree in Jul. 2001 ordering electric equipment procured by government institutions ought to have standby power loss less than 1 W. The environmental protection organizations in other countries also set up similar plans and standards. For instance, the "Energy-star" of U.S.A and "Blue Angel" of Germany are standards adopted by a growing number of areas.

Chinese government also takes a serious look on the energy conservation issue. Energy saving procurement is a policy actively implemented. And China Energy Saving Product Authentication Center also embarks a series of research projects. The first one is the energy conservation authentication project for standby power consumption of color TV. It plans to target two to three products every year for energy conservation authentication, including video products such as DVD, VCD and business machines such as printer, facsimile machine, computer and the like. Hence how to reduce the standby power loss of the product has become an important research subject for most power supply manufacturers. The research of chip manufacturing for reducing power loss under light loads and standby mode has some progresses. A few known semiconductor manufacturing companies have introduced green low power consumption power supply control chips, such as NCP120X series of Onsemi, FAN7601 of Fairchild, ICE2AS01 of Infineon, TEA1533 of Philips, SG684X series of System General, and the like.

Most power supply users now use 384X controllers. They urgently need a new chip that can save energy to replace the 384X chip. However, the chips mentioned above do not equip such a capability.

FIG. 5 illustrates the block diagram of a conventional 384X controller 500. The automatic circuit 102 has a power supply input 7 to receive the input of an external power supply and a ground end 5 to provide electric power to a voltage reference circuit 104. The voltage reference circuit 104 provides an accurate reference voltage for a logic control circuit 106 and an error amplifier 112, and outputs the reference voltage to an external circuit through a reference voltage output end 8. The logic control circuit 106 receives the reference voltage to generate a logic control signal.

There is an oscillator 4 with a control input end 4 which receives a control signal from the external circuit. A pulse signal of a constant frequency is generated based on the control signal. The pulse signal is provided to an output circuit 110. The control input end 4 is connected to a resistor

2

and a capacitor (shown by 409 and 410 in FIG. 4) to alter the constant frequency and the maximum duty cycle of the pulse signal. The output circuit 110 has a power supply input end 7, a ground end 5 and a signal output end 6. The power supply input end 7 receives an output of the external power supply, and generates an output signal based on the logic control signal generated by the logic control circuit 106 and the pulse signal generated by the oscillator 108 to provide the external circuit through the signal output end 6.

The error amplifier 112 has a compensated output end 1 and a voltage feedback input end 2. When in use, the ports of 1 and 2 are bridged by an external resistor and a capacitor in a parallel manner (shown by 405 and 406 in FIG. 4) to compensate gain and frequency. The error amplifier 112 generates an amplified error signal based on the reference voltage of the voltage reference circuit 104 and the voltage feedback signal output by the external circuit received by the voltage feedback input end 2. A comparator 114 provides a current sense input 3 to compare a current sense signal voltage fed to the current sense input 3 by the external circuit and the voltage of the amplified error signal to generate a comparison signal which is provided to a PWM latch 116. The PWM latch 116 corresponds to the comparison signal and the pulse signal transferred from the oscillator 108 to generate a pulse control signal. The potential of the pulse control signal determines the output circuit 110 on and off.

During operation, when the system starts in a normal condition and carries a load, the signal voltage at the current sense input 3 of the comparator 114 rises gradually from zero. The input signal voltage at another end of comparator 114 is provided by the error amplifier 112 according to the voltage feedback signal output by the external circuit. The error signal voltage of the error amplifier 112 is greater than the voltage of current sense signal. The comparator 114 generates a comparison signal based on the comparison result and provides to the PWM latch 116. The PWM latch 116 may be a RS trigger with a control end to receive the pulse signal of the oscillator 108 and another control end to receive the comparison signal of the comparator 114. When the pulse of the oscillator 108 is activated, the PWM latch 116 generates a pulse control signal based on the comparison signal to turn on the output circuit 110. Thereby the output circuit 110 outputs the pulse signal from the oscillator 108 to the external circuit. When the voltage of the current sense signal rises and is greater than the voltage of the error signal, the comparator 114 reverses, the pulse control signal condition generated by the PWM latch 116 also changes, such as from a high potential to a low potential, to turn off the output circuit 110. The current sense signal becomes zero. As the voltage feedback signal output by the external circuit still exists, the error signal of the error amplifier 112 also exists. Meanwhile, the voltage of the current sense signal is smaller than the voltage of the error signal. The comparator 114 is reversed again. When the pulse of the oscillator 108 reaches the PWM latch 116, the output circuit 110 turns on again to complete an on-and-off cycle. A number of on-and-off cycles are repeated. As the time of turning off the output circuit 110 is very short, the waveform of the output signal forms a continuous pulse wave. Such an operation fashion is called the PWM mode.

When the system is in a light load or a standby condition, the error signal generated by the error amplifier 112 is smaller than the load is carried, then the time of the voltage of the current senseing signal risen and greater than the voltage of the error signal is shortened, PWM duty cycle is also shortened. The output waveform is still a continuous pulse waveform same as in the PWM mode at a smaller duty

US 6,980,442 B2

3

cycle with the frequency same as the oscillator **108**. Energy consumption is no big different from the normal operation condition. The present invention aims to provide an energy-saving controller on this basis.

## SUMMARY OF THE INVENTION

The present invention aims to provide a burst mode PWM controller based on the background mentioned above.

The present invention is a 384X based burst mode PWM controller. It includes an oscillator to generate a pulse signal of a constant frequency, an output circuit to generate an output signal based on the pulse signal and send the output signal to an external circuit, an error amplifier to receive a voltage feedback signal from the external circuit and generate an amplified error signal, a comparator which has a current sense input on one end to receive the current sense signal voltage of the external circuit and another end to receive the amplified error signal and compare the current sense signal voltage with the amplified error signal voltage to generate a comparison signal, and a PWM latch to respond to the pulse signal and generate a pulse control signal based on the comparison signal. The pulse control signal controls the output circuit on and off. When the voltage of the current sense signal is smaller than the voltage of the error signal, the output circuit turns on. When the voltage of the current sense signal is greater than the voltage of the error signal, the output circuit turns off. The burst mode PWM controller further includes a logic control current source which has an output end connecting to the current sense input of the comparator. The pulse control signal generated by the PWM latch controls the logic control current source and the output circuit on and off in opposite conditions.

When in use for switching AC-DC, on the one hand, the output voltage is feedback to check alteration of the load, and is feedback to the error amplifier of the burst mode PWM controller through a photoelectric coupler. On the other hand, when the controller outputs a pulse to set ON a power tube, the peak current passing through the primary coil of the switching power supply transformer is detected through a sense resistor. When the controller turns off the output to set off the power tube, the internal current of the controller generates a corresponding voltage that is sent to the comparator to change the output condition thereof. Therefore the light load or the standby burst mode may be achieved to save energy.

The burst mode PWM controller of the invention is a green power supply controller to replace the standard 384X series PWM controllers. Users do not have to change the configuration of the peripheral elements of the original application system to achieve the benefit of low energy consumption in the light load or the standby condition. It conforms to the international green power supply standards such as Blue angel and Energy-start standards. The controller thus constructed can directly substitute 384X controller and achieve energy saving.

The foregoing, as well as additional objects, features, and advantages of the invention will be more readily apparent from the following detailed description, which proceeds with reference to the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an internal block diagram of an embodiment of the burst mode PWM controller of the present invention.

4

FIG. **2** is a fragmentary circuit diagram of an embodiment of the present invention to implement burst mode mode.

FIG. **3** is a chart showing output waveform comparison of the PWM mode and the burst mode mode.

FIG. **4** is an application circuit diagram of the burst mode PWM controller of the invention.

FIG. **5** is an internal block diagram of a conventional 384X controller.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Please refer to FIG. **1** for the internal block diagram of an embodiment of the burst mode PWM controller of the present invention. Compare with the conventional 384X controller, the controller of the invention adds a logic control current source **118**. The input and output ports have no changes. In an embodiment of the invention, when the logic control current source **118** is activated, it generates a voltage through external resistors (shown by Rf and Rs in FIGS. **2** and **4**) to provide the comparator **114**. The comparator **114** compares the voltage of the current sense input **3** and the error signal voltage of the error amplifier **112** to generate a comparison signal. The PWM latch **116** generates a pulse control signal at a potential to turn on and off the output circuit **110** and the logic control current source **118**. The conditions of turning on and off the output circuit **110** are opposite to the logic control current source **118**.

Referring to FIG. **2**, when the embodiment is in operation and the system carries a normal load, if the error signal voltage of the error amplifier **112** is greater than the voltage of the current sense signal, the PWM latch **116** generates a pulse control signal of a high potential to turn on the output circuit **110** but turn off the logic control current source **118**, thereby the output circuit **110** sends the pulse signal from the oscillator **108** to the external circuit. When the voltage of the current sense signal is greater than the error signal voltage, the pulse control signal generated by the PWM latch **116** changes from the high potential to a low potential to turn off the output circuit **110** and turn on the logic control current source **118**. But in the load carrying condition, the voltage VS is higher, the logic control current source **118** cannot flow to the external RF and RS network, thus is not effective. The controller **100** is in a normal PWM operation condition, and the waveform of the output signal is a continuous pulse waveform as shown in FIG. **3**.

In the light load or the standby condition, when the voltage of the current sense signal rises and is greater than the error signal voltage, the pulse control signal of the PWM latch **116** changes to a low potential to open the logic control current source **118** and close the output circuit **110**. Meanwhile, the system voltage VS is very low in the light load or the standby condition, the logic control current source **118** generates current flowing through RF and RS to generate a voltage value which is applied to the current sense input **3** of the comparator **114** through a RC filter network **120** consisting of R0 and C0 (it is to be noted that the RC filter network is not mandatory). Thus the signal voltage of the current sense input **3** does not drop to zero because of turning off the output circuit **110**. On the other hand, the error signal voltage generated by the error amplifier **112** is smaller when carrying the load, but the signal voltage at the current sense input is still greater than the error signal voltage, the comparator **114** does not reverse, and the pulse control signal of the PWM latch **116** maintains at the low potential, the output circuit **110** and the logic control current source **118** maintains respectively in an on-and-off condition, the output signal becomes a zero signal. As time moves

US 6,980,442 B2

5

on, the external output voltage decreases, the error signal voltage generated by the error amplifier **112** gradually increases; after a period of time, the error signal voltage is greater than the signal voltage of the current sense input, and the comparator **114** is reversed, the pulse control signal changes from the low potential to the high potential, and the output circuit **110** turns on, while the logic control current source **118** turns off, and the controller **100** outputs again a pulse waveform. The cycle set forth above is repeated, and the output waveform looks like jumping over many switching cycles and becomes a serial of pulses at a constant frequency as shown in FIG. **3**. This can reduce switchining loss. And such an operation is called the burst mode mode. It is known to those skilled in the art that the control signal may be low potential or high potential. In the aforesaid embodiment, when the error signal voltage is greater than the signal voltage of the current sense input **3**, the pulse control signal may be low potential, and the pulse control signal turns on the output circuit **110** and turns off the logic control current source **118**. This should be within the scope of the invention.

The controller **100** may also include an overheat protection circuit connecting to the oscillator **108**. It may be a thermostat. When the internal temperature exceeds 150.degree.C., the overheat protection circuit stops the operation of the oscillator **108**. When the temperature drops to 130.degree.C., the overheat protection circuit resumes the operation of the oscillator **108**.

Referring to FIGS. **1** and **5**, the input and output ends of the PWM controller **100** (marked by numerals 1–8) are same as the conventional 384X controller. In the typical AC-DC applications, the controller **100** of the invention can replace the conventional controller without altering the configuration of the peripheral components and achieve energy saving effect.

Refer to FIG. **4** for a typical application circuit **400** of the burst mode PWM controller **100** of the invention. The pins serial numbers **1–8** correspond to input and output end number **1–8**. The actuation resistor Rc aims to activate the circuit. The output pulse passes through a noise suppression resistor **411** to actuate a switching tube Q1. Output voltage Vout is feedback to the error amplifier **112** through a resistor **404**, a photoelectric coupler **403** and the voltage feedback input end **2** of the controller **100**. A capacitor **405** and a resistor **406** are gain and frequency compensation elements. The circuit set forth above forms an output voltage feedback control. In addition, the resistor Rs takes peak current sense input of the primary coil of a transformer T1, through a filter network (resistor Rf and capacitor **407**) and the current sense input **3**, feedback to the comparator **114** of the controller **100** to complete current feedback.

The burst mode mode of the system wherein the controller **100** resided can be implemented through the voltage feedback and the current feedback previously discussed. Moreover, the output power setting point in the burst mode mode is adjustable. By altering the filter network (resistor Rf and capacitor **407**) and the output resistor and capacitor network (**404** and C**10**), the system may be transferred to the power level of the burst mode mode.

Furthermore, the invention employs a special circuit structure so that when operating in a power supply system, the internal loss of the controller and thermal loss of the actuation resistor and dummy load are significantly lower than the standard 384X controllers now on the market.

What is claimed is:

**1.** A 384X-based burst mode PWM controller, comprising:

an oscillator for generating a pulse signal of a constant frequency;

6

an output circuit for generating an output signal based on the pulse signal and sending the output signal to an external circuit;

an error amplifier for receiving a voltage feedback signal from the external circuit and generating an amplified error signal;

a comparator having a current sense input on one end to receive a voltage of a current sense signal from the external circuit and another end to receive the amplified error signal, and comparing the voltage of the current sense signal with the voltage of the amplified error signal to generate a comparison signal; and

a PWM latch for responding the pulse signal and generating a pulse control signal based on the comparison signal to control the output circuit on and off;

wherein the output circuit turns on when the voltage of the current sense signal is smaller than the voltage of the error signal; the output circuit turns off when the voltage of the current sense signal is greater than the voltage of the error signal;

wherein the burst mode PWM controller further including a logic control current source which has an output end connecting to the current sense input of the comparator;

wherein the pulse control signal generated by the PWM latch controls the logic control current source and the output circuit in opposite conditions of turning on and off.

**2.** The burst mode PWM controller of claim **1** further including:

an automatic circuit which has a power supply input end and a ground end to receive input of an external power supply;

a voltage reference circuit which has a reference voltage output end, the voltage reference circuit receiving power supply from the automatic circuit to generate a reference voltage which is the output to the external circuit through the reference voltage output end; and

a logic control current circuit to receive the reference voltage of the voltage reference circuit to generate a logic control signal which is sent to the output circuit to control the output signal;

wherein the voltage reference circuit further sends the reference voltage to the error amplifier, the oscillator having a control input end to receive a control signal from the external circuit to generate the pulse signal, the output circuit having a power supply input end to receive input from an external power supply, a ground end and a signal output end to output an output signal to the external circuit, the error amplifier having a voltage feedback input to receive a voltage feedback signal from the external circuit and a compensation output connecting to the external circuit to compensate gain and frequency for the error amplifier.

**3.** The burst mode PWM controller of claim **1**, further including a RC filter circuit which includes a resistor and a capacitor, the resistor bridging the output of the logic control current source and the current sense input of the comparator, the capacitor bridging the current sense input of the comparator and the ground.

**4.** The burst mode PWM controller of claim **1**, wherein the PWM controller is a RS trigger.

**5.** The burst mode PWM controller of claim **1**, further including a temperature protection device to protect the oscillator from overheating.

* * * * *

# Exhibit 27

US007099163B1

## (12) United States Patent
### Ying

(10) **Patent No.:** **US 7,099,163 B1**

(45) **Date of Patent:** **Aug. 29, 2006**

(54) **PWM CONTROLLER WITH CONSTANT OUTPUT POWER LIMIT FOR A POWER SUPPLY**

(75) Inventor: **Zheng Ying**, Shanghai (CN)

(73) Assignee: **BCD Semiconductor Manufacturing Limited**, Grand Cayman (KY)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/271,901**

(22) Filed: **Nov. 14, 2005**

(51) **Int. Cl.**
*H02M 3/335* (2006.01)

(52) **U.S. Cl.** ..................................... **363/21.11**; 363/49

(58) **Field of Classification Search** .................. 363/20, 363/21.01, 21.1, 21.11, 21.18, 41, 49
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,828,558 A * | 10/1998 | Korcharz et al. .............. | 363/20 |
| 6,577,509 B1 * | 6/2003 | Deboy et al. ................. | 363/20 |
| 6,661,679 B1 * | 12/2003 | Yang et al. ................... | 363/41 |

| | | | |
|---|---|---|---|
| 6,768,655 B1 * | 7/2004 | Yang et al. .............. | 363/21.01 |
| 6,839,247 B1 * | 1/2005 | Yang et al. .............. | 363/21.11 |
| 6,865,093 B1 * | 3/2005 | Disney ...................... | 363/21.1 |
| 6,903,945 B1 * | 6/2005 | Kitano .................... | 363/21.01 |
| 6,906,934 B1 * | 6/2005 | Yang et al. ................... | 363/49 |
| 6,972,969 B1 * | 12/2005 | Shteynberg et al. ..... | 363/21.12 |

* cited by examiner

*Primary Examiner*—Adolf Berhane

(74) *Attorney, Agent, or Firm*—Birch, Stewart, Kolasch & Birch, LLP

(57) **ABSTRACT**

A PWM controller has a line voltage input that allows using a start-up resistor for both start-up and power-limit compensations so that it can save the power consumption, ease the PCB layout, and shrink the power supply size. In the integrated circuit, a current switch used for both start-up and line voltage sensing is composed of a diode and a switch transistor. A current multiplier is used to improve the precise by canceling the impact of the integrated resistor's absolute value, which is composed of a transistor loop, a constant current and a reference current. Thus, by properly selecting the value of the start-up resistor, an identical output power limit for low line and high line voltage input can be achieved.

**2 Claims, 5 Drawing Sheets**





Fig . 1
PRIOR ART



Fig. 2
PRIOR ART



Fig. 3



Fig . 4



Fig. 5

US 7,099,163 B1

1

## PWM CONTROLLER WITH CONSTANT OUTPUT POWER LIMIT FOR A POWER SUPPLY

### FIELD OF THE INVENTION

The present invention relates to a power supply. More particularly, the present invention relates to the pulse width modulation (PWM) of a switching mode power converter.

### BACKGROUND OF THE INVENTION

The PWM is a traditional technology used in the switching mode power converter to control the output power and achieve the regulation. Most of the equipments, such as mobile phone, TV game, computer and so on are using PWM power converters to supply power and charge battery. Various protection functions such as over-voltage and over-current protection are built in the power supply to protect the power supply and the load from permanent damage. The function of output power limit is generally used for the over-load and short circuit protection.

Referring to FIG. 1, it shows a conventional application circuit of the PWM power supply. A PWM controller 10 controls the power output and achieves the regulation. The operation of PWM-control starts on the charging of a start-up capacitor 18 via a serial start-up resistor 12 when the power is turned on until the supply voltage VCC reaches the threshold voltage, and then the PWM controller 10 starts to output a PWM signal and drive the entire power supply. After the start-up, the supply voltage VCC is provided from the auxiliary bias winding of the transformer 20 through a rectifier 19. A resistor 11 that is connected serially with the power metal-oxide semiconductor field-effect transistor (MOSFET) 17 determines the maximum output power of the power supply. The method is to connect the voltage (VS) of resistor 11 to the current-sense input of the PWM controller 10. If the voltage VS is greater than the maximum current-sense voltage such as 1V, the PWM controller 10 will disable the output of its OUT pin and restrict the maximum power output of the power supply. The energy stored in an inductor is given by

$$E = \frac{1}{2} \times L_p \times I_p^2 = P \times T \qquad (1)$$

Where Ip and Lp are the peak current and the primary inductance of the transformer 20 respectively, and T is the PWM switching period. The peak current Ip can be expressed as follows:

$$I_p = \frac{Vin}{L_p} \times t_{ON} \qquad (2)$$

Where $t_{ON}$ is the turn-on time of the PWM signal in which the power MOSFET 17 is switched on, and $V_{in}$ is the input

2

line voltage. Thus the output power (P) of a PWM power supply can be calculated as follows:

$$P = \frac{Vin^2 \times t_{ON}^2}{2 \times T \times L_p} \times \eta \qquad (3)$$

Where $\eta$ is the energy transfer ratio from primary to secondary. Assuming the load is constant, as Vin varies from low to high, the output voltage (Vout) will be kept constant by automatically adjusting the $t_{ON}$ through the feedback control loop of the power supply, and $t_{ON}$ can be calculated from the equation (4) and the equation (5).

$$Vin = \frac{N \times (1 - D)}{D} \times Vout \qquad (4)$$

$$D = \frac{t_{ON}}{T} \qquad (5)$$

Where N is the turn-on ratio, but the maximum $t_{ON}$ is restricted and can be expressed as the equation (6) when the voltage in the VS pin is higher than a power limit voltage $V_{limit}$, such as 1V in the PWM-control IC UC384X.

$$t_{ON} = \frac{V_{limit} \times L_p}{Vin \times Rs} \qquad (6)$$

Rs is the resistance of a current sense resistor 11 which is added between the source of the power MOSFET 17 and the ground for current sensing. Furthermore, the maximum output power ($P_{max}$) is also affected by the PWM controller's 10 response time $t_D$. From the moment that the voltage in the VS pin is higher than the power limit voltage to the moment that the PWM controller's 10 OUT pin is actually off, there is a delay time $t_D$. Within this delay time $t_D$, the power MOSFET 17 is still on, and it will continue delivering power. Therefore, the actual turn-on time of the PWM signal is equal to $t_{ON}+t_D$, and the actual maximum output power ($P_{max}$) becomes as follows:

$$P_{max} = \frac{V_{in}^2 \times (t_{ON} + t_D)^2}{2 \times L_p \times T} \qquad (7)$$

Although the $t_D$ time is short, generally within the range of 150~200 ns, the higher the operating frequency is, the more impact is caused by $t_D$ because the switching period T is short and $t_D$ becomes relatively more important. Normally, $t_D$ is a constant time determined by the controller's speed. Thus, the maximum output power $P_{max}$ from the equation (7) will vary as the input line voltage $V_{in}$ varies. When the safety regulations are taken into consideration, the range of the input line voltage Vin is from 90Vac to 264Vac, wherein the output power limit ($P_{Hight}$) of the power supply in high line voltage (Hight) is many times than the output power limit ($P_{Low}$) in low line voltage (Low). If power limit voltage $V_{limit}$ is constant, the max output power $P_{max}$ will vary with the line voltage, as shown in FIG. 2. That's why line compensation is needed. And, a high voltage across the resistor 13 causes inconvenience for the component selection and printed circuit board (PCB) layout.

US 7,099,163 B1

3

## SUMMARY OF THE INVENTION

The present invention provides a PWM controller having a line voltage input that allows using one resistor for chip start-up and line voltage sensing so that it can save the power consumption, ease the PCB layout, and shrink the power supply size. The PWM controller comprises a current switch, a current multiplier, a reference current and a current adder to start up the power supply and compensate the output power limit.

A start-up resistor is connected from the input voltage to the current switch unit to provide an input current for the PWM controller, wherein the variation of the input current is directly proportional to the change of the input voltage Vin. The current switch includes a diode and a switch transistor. During the start-up, the switch transistor is closed by an under-voltage lockout (UVLO). The start-up diode transparently drives the input current to charge up a start-up capacitor. When the supply voltage VCC reaches the UVLO's threshold voltage, the PWM controller starts to operate, the switch transistor is turn-on by the UVLO and the start-up diode is reverse biased. The input current flows into the current multiplier to generate an offset current. The current adder subtracts the offset current from the reference current. Through a resistor, a power limit voltage is produced. Because the offset current is a function of the input line voltage, the variation of the power limit voltage is inversely proportional to the deviation of the input voltage. Besides, by selecting a proper start-up resistor, an identical output power limit can be achieved for low line and high line voltage input.

A resistor is needed to transform the current to the voltage, however it is difficult to design a precise resistor inside the integrated circuit. A current multiplier is used to cancel out the impact of the resistor's absolute value.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a conventional application circuit of the PWM power supply.

FIG. 2 shows the time diagram of the conventional application circuit if $V_{limit}$ is constant, the max output power $P_{max}$ will vary with line voltage.

FIG. 3 is the block diagram of the PWM controller of a preferred embodiment of the present invention and connected circuits therewith.

FIG. 4 is the detailed circuit inside the integrated circuit of the present invention.

FIG. 5 shows the time diagram of the present invention if the variation of $V_{limit}$ is inversely proportion to the deviation of the input line voltage Vin, the output power limit will be identical.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The detailed descriptions for content and technology of the present invention associated with figures are as follows.

Please refer to FIG. 3. It is the block diagram of the PWM controller of a preferred embodiment of the present invention and connected circuits therewith. The PWM controller 100 comprises a current switch unit 110 composed of a diode 111, a switch transistor 112, a current multiplier 120, a current adder 130, a reference current 140, a buffer 150, an oscillator 160, a flip-flop 170, a first comparator 181, a second comparator 182, a NAND gate 183 and an under-voltage lockout unit 190.

4

The drain of the switch transistor 112 and the anode of the diode 111 are connected to form an input of the current switch unit 110. A start-up resistor 210 is connected between the input voltage Vin and the input of the current switch unit 110. The cathode of the diode 111 is connected to the power supply voltage VCC. The gate of the switch transistor 112 is controlled by the under-voltage lockout unit 190. The source of the switch transistor 112 is connected to the input terminal of the current multiplier 120. The output of the current multiplier 120 is connected to the negative input terminal of the current adder 130. The reference current 140 is connected to the positive input terminal of the current adder 130. The output current of the current adder 130 is transformed to a voltage signal by a resistor 131. Isolated by the buffer 150, the power limit voltage $V_{limit}$ is connected to the positive input terminal of the first comparator 181. The negative input terminal of the first comparator 181 and second comparator 182 are connected to the source of a power MOSFET 220. The current $I_L$ flowing through a resistor 221 produces a sense voltage VS in the resistor 221.

Once the power supply is turned on, the input current flows into the current switch unit 110 through the start-up resistor 210. Because the switch transistor 112 is closed by the under-voltage lockout unit 190, all input current flows through the diode 111 and starts to charge up the start-up capacitor 230. When the voltage in the start-up capacitor 230 reaches the threshold voltage of the under-voltage lockout unit 190, the PWM controller 100 starts to operate. The switch transistor 112 is opened by the under-voltage lockout unit 190, the diode 111 is reverse biased, and then all input current $I_{IN}$ flows into the current multiplier 120. After that, the supply voltage VCC will be provided from the auxiliary winding of a transformer 300. The input current $I_{IN}$ will vary proportionately to the input line voltage Vin.

$$I_{IN} = \frac{Vin - V_{gs} - V_{ds}}{R_{startup}} \approx \frac{Vin}{R_{startup}} \qquad (8)$$

In equation (8), $R_{startup}$ is the resistance of the start-up resistor 210; $V_{gs}$ is the gate-to-source voltage of the transistor 121; and $V_{ds}$ is the drain-to-source voltage of the switch transistor 112. The input current $I_{IN}$ is transferred to the offset current Ios by the current multiplier 120. Ios can be estimated as

$$Ios = K \times I_{IN} \qquad (9)$$

K is a constant decided by the design. The current adder 130 subtract the Ios from the Iref (reference current), the result Isum can be expressed as

$$Isum = Iref - Ios = Iref - K \times I_{IN} \qquad (10)$$

The $V_{limit}$ equals the voltage across the resistor 131 and is isolated by the buffer 150 which determines the maximum output power.

$$V_{limit} = R_{131} \times Isum = R_{131} \times Iref - K \times R_{131} \times \frac{Vin}{R_{startup}} \qquad (11)$$

Where $V_{limit}$ is the maximum current-sense voltage that VS can be achieved. $R_{131}$ is the resistance of resistor 131. The resistor 221, which is connected to the source of the power MOSFET 220, plays the role of I-to-V transforma-

US 7,099,163 B1

|   5   |   6   |

tion. As the current $I_L$ increases, which flows through the power MOSFET **220**, the voltage VS in the resistor **221** will also rise up.

The first comparator **181** will compare the voltage VS and the voltage $V_{limit}$. When the VS is greater then $V_{limit}$, the first comparator **181** will output a logic low signal to the input of a NAND gate **183**. Thus, the NAND gate **183** will output a logic high signal to reset a flip-flop **170** to turn off the power MOSFET **220**. Therefore, the output power limit is achieved.

It is to be understood that if the value of the resistor **131** is a constant, from equation (11), the variation of the maximum current-sense voltage Vmax is inversely proportion to the deviation of the input voltage Vin. By properly selection, the start-up resistor **210** can achieve an identical output power limit for the low line voltage and high line voltage such as 90Vac and 264Vac, as shown in FIG. **5**.

However, it is difficult to design a precise resistor **131** inside the integrated circuit. Most integrated resistors have tolerance of ±20 to 30%. Our design depends on the resistors' matching to obtain the precision and performance, as shown in FIG. **4**.

To set Iref in equation (11) to,

$$Iref = \frac{V_{ref}}{R_{141}} \qquad (12)$$

Where Vref is a reference voltage, $R_{141}$ is the resistance of resistor **131**. We assume that the resistor **131** and the resistor **141** are well matched, then the first item in equation (11) is a constant. From the base-emitter loop and Kirchoff's voltage low,

$$Vbe_{T1} - Vbe_{T2} = Vbe_{T4} - Vbe_{T3} \qquad (13)$$

We assume that the transistors are well matched from equation (13),

$$\frac{I_1 + I_4}{I_4} = \frac{I_2 + I_3}{I_3} \qquad (14)$$

Where $I_n$ is the collector current of transistor Tn (n=1~4). From FIG. **4** and Kirchoff's current low,

$$I_1 + I_4 = Icon \qquad (15)$$

$$I_2 + I_3 = \alpha I_{IN} \qquad (16)$$

Where Icon is a constant current. If the current gain $\beta_{T3}$ of the transistor T3 is large, the T**3**'s base current can be neglected, thus

$$I_4 = b \cdot \frac{V_{ref}}{R_{141}} \qquad (17)$$

Then from equations (14)~(17) and rearranging, Ios can be calculated as:

$$Ios = c \cdot I_3 = c \cdot \frac{a \cdot I_{IN} \times b \cdot \frac{V_{ref}}{R_{31}}}{Icon} = K \cdot I_{IN} \qquad (18)$$

$$K = a \cdot b \cdot c \cdot \frac{V_{ref}}{Icon} \cdot \frac{1}{R_{141}} \qquad (19)$$

Where a, b, c are correspond current ratios. Equation (19) shows that if the resistor **131** and the resistor **141** are well matched, the coefficient of the second item in equation (11) is also a constant.

Although the invention has been explained in relation to its preferred embodiment, it is not used to restrain the invention. It is to be understood that many other possible modifications and variations can be made by those skilled in the art without departing from the spirit and scope of the invention as hereinafter claimed.

What is claimed is:

1. A PWM controller for controlling an output power limit of a power supply, comprising:

a current switch unit, having a first terminal connected to a line input voltage of the power supply via a start-up resistor, a second terminal coupled to a power supply voltage, a third terminal connected to an under-voltage lockout unit, and a four terminal;

a current multiplier, having a first terminal coupled to the four terminal of the current switch unit, and a second terminal;

an adder, having a negative input terminal coupled to the second terminal of the current multiplier, a positive input terminal coupled to a reference current, and an output terminal;

a resistor, having a first terminal coupled between the third terminal of the adder, and a second terminal coupled to a ground voltage;

a buffer, having a input terminal coupled between the output terminal of the adder and the first terminal of the resistor, and an output terminal;

a first comparator, having a positive input terminal coupled to the output terminal of the buffer, a negative input terminal, and an output terminal;

a second comparator, having a positive input terminal coupled to the supply voltage, a negative terminal coupled to the negative terminal of the first comparator, and an output terminal;

a NAND gate, having two input terminals coupled to the output terminals of the first and second comparators, and an output terminal; and

a flip flop, coupled to the output terminal of the NAND gate; and an oscillator, coupled to the flip flop.

2. The PWM controller of claim **1**, wherein the current switch unit comprising:

a diode, having an anode connected to the input voltage, a cathode connected to the power supply voltage; and

a switch transistor, having a gate terminal connected to the under-voltage lockout unit, a drain to the input voltage, and a source terminal connected to the adder.

*    *    *    *    *

# Exhibit 28

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit 29

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit 30

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit 31

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit 32

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit 33



# US Wireless Market – Q1 2008 Update

The US wireless data market grew 38% Y/Y in Q108 to reach $7.5B in data revenues. iPhone is not only having an impact on data revenues but also on device design, mobile advertising roadmaps, and applications and services that are being contemplated for future. US exceeded Japan in mobile data service revenues for the quarter and the market is expected to reach $34B in data revenues in 2008.

- The US Wireless data service revenues grew 7.5% Q/Q to $7.5B in Q108. Compared to Q107, the data revenues grew 38%.

- Overall ARPU declined by $1.12 and for the first time since Q405, the average ARPU dropped more than a dollar Q/Q. Average voice ARPU declined by almost $1.50 while average data ARPU inched up by $0.49 or 5%.

- Verizon lead in data ARPU with $11.94 (or 23.37% of the revenues) closely followed by Sprint at $11.50 (or 20.54%), AT&T at $10.80 (or 21.52%) and T-Mobile at $8.50 (or 17%).

- The strongest growth in Q108 came from AT&T with 15% and 53% increase in data revenues from Q407 and Q107 respectively. Both AT&T and Verizon generated $2.3B in data revenues and are on target to exceed $10B in data revenues for the year for the first time by any operator besides NTT DoCoMo. These two operators now account for 61% of the market data services revenues. Verizon and T-Mobile registered 10% increase in data revenues from Q407 while Sprint's declined by 6%.

- The average industry % contribution of data to service revenues exceeded 20% and now stands at 20.62%.

- The number of data subscribers has been on the rise with Verizon leading the way. At the end of Q108, Verizon had that 48.1M (or 72%) data subscribers. Verizon and AT&T subscribers joined to send over 100 Billion text messages in Q108 translating into almost a message every 3 hours. This compared to users in Philippines where average routinely surpasses a message every hour.

- In terms of net-adds, T-Mobile was helped SunCom acquisition and crossed the 30M subscription mark. Verizon regained its quarterly net-adds title from AT&T by edging its rival 1.5M to 1.2M. Sprint lost customers again, this time exceeding 1M. In March, the US market also slipped behind India to third position in terms of total number of subscriptions (India is predominantly a prepaid market while US is a postpaid market).

# US Wireless Market – Q1 2008 Update

- The top three US carriers again maintained their respective rankings amongst the top 10 global carriers in terms of data revenues. For the quarter, Verizon, AT&T, and Sprint Nextel stood at #4, 5, and 6 respectively. AT&T and Verizon are in the select group of five global operators who are now generating $2B or more in data revenues/quarter (the other three are NTT DoCoMo, China Mobile, and KDDI).

- Non-messaging data revenues continue to be in the 50-60% (of the data revenues) range for the US carriers.

- The eagerly anticipated 700 MHz played out as we expected with Google doing enough to make Verizon pay more and kick-in the "open-gardens" provisions. However, the actual impact on the market dynamics is likely to be negligible. It did however; help open the "open" debate in the industry.

- There continues to be tremendous activity in the area of Mobile Advertising. While fending off the Microsoft acquisition, Yahoo is busy creating some compelling applications and is stitching together carrier deals around the world.

- Venture money continued to flow into the mobile sector with over $1.5B investment in Q108 (Source: Rutberg). Location Services, Mobile Personalization, Mobile Video, Mobile Search and Advertising, Semiconductor, Carrier infrastructure, Device design and development are hot areas.

- Nokia eclipsed 100M unit sale in Q108 for the fourth straight quarter. It sold over 115M handsets in Q108, more than the next three handset manufacturers combined. Nokia's global market share stood at 39%. For the year, the industry looks to again eclipse the 1 billion handset mark for 2008

- 3G penetration in the US was approaching 30% in Q108, with Verizon leading the pack with over 56% 3G subscriber penetration. T-Mobile finally did its 3G launch in limited cities with plans for expansion in 08. 3G subs have over $20 in data ARPU accounting for 30% contribution to the overall ARPU from such subs. These trends are expected and the diffusion of mobile broadband will continue to create new opportunities and revenues for the ecosystem.

- Apple is slated to announce a 3G iPhone next month, has been aggressively expanding the distribution partners, and is expected to blow past the 10M unit sale mark easily especially as operators consider giving rebates to attract potential users and their mobile data usage.

- As expected, Clearwire and Sprint banded together to raise $14.5B from friends and family which included the likes of Google, Comcast, Time Warner and others. IF the companies can execute on their strategy in 2008/9 and get the devices out in the market without messing up with pricing, this venture can be quite disruptive to the market much more than any other open initiative.

# US Wireless Market – Q1 2008 Update

**Global update**

- China and India added approximately 55M subscriptions combined in Q108 with India marginally edging out China with a whopping 10.16M net-adds in March (probably for the first time history, monthly net-adds for country have exceeded 10M). By comparison, US added 4.5M in Q1

- NTT DoCoMo continues to dominate the wireless data revenues rankings with over $3.4B in data services revenue in Q108. 35.7% of its revenue now comes from data services. DoCoMo also crossed 80% in 3G penetration in Q108 and is expected to cross 90% by early 2009.

- Most of the major carriers around the world have double digit percentage contribution to their overall ARPU from data services. Operators like KDDI, DoCoMo, and O2 UK are consistently topping 30%.

*More details in our worldwide wireless data market update in our Global Wireless Data Market Update Mar2008.*

**Disclaimer**: *Some of the companies mentioned in this note are our* clients.



# US Wireless Data Service Revenues







# US Wireless Carriers: Data ARPU Trends



## US: Data Revenues of top 4 carriers

Source: Chetan Sharma Consulting



# US Wireless Carriers: Data ARPU Trends







# US Wireless Carriers: Data ARPU Trends







# US Wireless Carriers: Voice ARPU Trends







© Chetan Sharma Consulting, All Rights Reserved                    May 2008

# US Wireless Carriers: Net Adds Share





Source: Chetan Sharma Consulting



© Chetan Sharma Consulting, All Rights Reserved    May 2008

# US Market: Carrier Market share (Q108)







© Chetan Sharma Consulting, All Rights Reserved    May 2008

# Top Carriers by Wireless Data Revenues



Global: Data Revenues for top 10 carriers (2007)

Source: Chetan Sharma Consulting



© Chetan Sharma Consulting, All Rights Reserved            May 2008

# Wireless Investments Q108





© Chetan Sharma Consulting, All Rights Reserved        May 2008

















http://www.chetansharma.com












































© Chetan Sharma Consulting, All Rights Reserved    May 2008

http://www.chetansharma.com

# Recent Publications

Just Released                                    Coming Sept 2008







© Chetan Sharma Consulting, All Rights Reserved     May 2008

# Exhibit 34

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit 35

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit 36

## 2005[1] Per Capita Mobile Wireless Telephone Subscribers By State

| State | 2005 Population[2] | 2005 Subscribers[3] | per capita[4] |
|---|---|---|---|
| Delaware | 844,000 | 751,042 | 0.88986 |
| New Jersey | 8,718,000 | 7,723,622 | 0.88594 |
| Maryland | 5,600,000 | 4,470,611 | 0.798323 |
| Hawaii | 1,275,000 | 983,998 | 0.771763 |
| New Hampshire | 1,310,000 | 989,443 | 0.7553 |
| Nevada | 2,415,000 | 1,778,411 | 0.736402 |
| Louisiana | 4,524,000 | 3,258,336 | 0.720233 |
| North Dakota | 637,000 | 454,456 | 0.713432 |
| Massachusetts | 6,399,000 | 4,544,572 | 0.7102 |
| California | 36,132,000 | 25,564,483 | 0.70753 |
| Illinois | 12,763,000 | 9,026,588 | 0.707247 |
| Wyoming | 509,000 | 358,593 | 0.704505 |
| Florida | 17,790,000 | 12,521,686 | 0.703861 |
| Connecticut | 3,510,000 | 2,466,372 | 0.70267 |
| Colorado | 4,665,000 | 3,260,286 | 0.698882 |
| Tennessee | 5,963,000 | 4,114,401 | 0.689988 |
| Texas | 22,860,000 | 15,620,248 | 0.6833 |
| Virginia | 7,567,000 | 5,126,216 | 0.677444 |
| Alabama | 4,558,000 | 3,071,359 | 0.673839 |
| Georgia | 9,079,000 | 6,103,234 | 0.672236 |
| North Carolina | 8,683,000 | 5,784,866 | 0.666229 |
| Nebraska | 1,759,000 | 1,169,068 | 0.664621 |
| Washington | 6,288,000 | 4,177,196 | 0.664312 |
| Oregon | 3,641,000 | 2,417,992 | 0.664101 |
| Ohio | 11,464,000 | 7,571,540 | 0.660462 |
| Rhode Island | 1,076,000 | 709,525 | 0.65941 |
| Minnesota | 5,133,000 | 3,370,196 | 0.656574 |
| New York | 19,255,000 | 12,634,040 | 0.656143 |
| Michigan | 10,121,000 | 6,613,341 | 0.653428 |
| South Carolina | 4,255,000 | 2,768,417 | 0.650627 |
| Arizona | 5,939,000 | 3,849,152 | 0.648114 |
| Missouri | 5,800,000 | 3,732,549 | 0.643543 |

---

[1]    2005 is the most recent year for which both state population data and state mobile wireless telephone subscriber data were available.

[2]    2005 state population data reported by the U.S. Census Bureau, *State and Metropolitan Area Data Book: 2006* (6th Ed.) at 3 (Table A-1. States — Area and Population) available at http://www.census.gov/prod/2006pubs/smadb/smadb-06.pdf (last visited June 3, 2008).

[3]    2005 mobile wireless telephone subscriber data reported by the Industry Analysis and Technology Division of the Federal Communication Commission's Wireline Competition Bureau, *Trends in Telephone Service* (2007) at 11-5 (Table 11.2 Mobile Wireless Telephone Subscribers) available at http://hraunfoss.fcc.gov/edocs_public/attachmatch/DOC-270407A1.pdf (last visited June 3, 2008).

[4]    Per capita mobile wireless telephone subscribers = 2005 Subscribers/2005 Population.

| Arkansas | 2,779,000 | 1,781,266 | 0.640974 |
|---|---|---|---|
| Kentucky | 4,173,000 | 2,649,143 | 0.634829 |
| Pennsylvania | 12,430,000 | 7,881,534 | 0.634074 |
| Maine | 1,322,000 | 823,242 | 0.622725 |
| Mississippi | 2,921,000 | 1,817,099 | 0.622081 |
| South Dakota | 776,000 | 482,623 | 0.621937 |
| Utah | 2,470,000 | 1,531,763 | 0.620147 |
| Oklahoma | 3,548,000 | 2,187,424 | 0.616523 |
| New Mexico | 1,928,000 | 1,170,436 | 0.607073 |
| Kansas | 2,745,000 | 1,666,340 | 0.607046 |
| Wisconsin | 5,536,000 | 3,355,951 | 0.606205 |
| Alaska | 664,000 | 397,429 | 0.598538 |
| Iowa | 2,966,000 | 1,767,830 | 0.596032 |
| Idaho | 1,429,000 | 838,095 | 0.586491 |
| Indiana | 6,272,000 | 3,536,228 | 0.563812 |
| Montana | 936,000 | 526,954 | 0.562985 |
| Vermont | 623,000 | 315,382 | 0.506231 |
| West Virginia | 1,817,000 | 858,599 | 0.472537 |

# State and Metropolitan Area Data Book: 2006

**6th edition**



## A Statistical Abstract Supplement

USCENSUSBUREAU

*Helping You Make Informed Decisions*

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU

# State and Metropolitan Area Data Book: 2006

6th Edition



Issued July 2006



**U.S. Department of Commerce**
**Carlos M. Gutierrez**,
Secretary

**David A. Sampson**,
Deputy Secretary

**Economics and Statistics**
**Administration**
**Vacant**,
Under Secretary for Economic Affairs

**U.S. CENSUS BUREAU**
**Charles Louis Kincannon**,
Director

SUGGESTED CITATION

U.S. Census Bureau,
*State and Metropolitan
Area Data Book: 2006*
(6th edition).
Washington, DC, 2006.



ECONOMICS
AND STATISTICS
ADMINISTRATION



**Economics
and Statistics
Administration**

**Vacant,**
Under Secretary
for Economic Affairs

**U.S. CENSUS BUREAU**

**Charles Louis Kincannon,**
Director

**Hermann Habermann,**
Deputy Director and
Chief Operating Officer

**Ted A. Johnson,**
Associate Director for Administration
and Chief Financial Officer

**Walter C. Odom,**
Chief, Administrative
and Customer Services Division

U.S. GOVERNMENT PRINTING OFFICE OFFICIAL EDITION NOTICE

This is the official U.S. Government edition of this publication and is herein identified to certify
its authenticity. The Superintendent of Documents of the U.S. Government Printing Office
requests that any reprinted edition clearly be labeled as a copy of the authentic work. Use of the
0-16 ISBN prefix is for U.S. Government Printing Office official editions only.

ISBN: 0-16-076304-5

NATIONAL BIBLIOGRAPHY OF U.S. GOVERNMENT PUBLICATIONS

State and Metropolitan Area Data Book: 2006—6 ed.
  Includes index.
  ISBN 0-16-076304-5
  ISBN 978-0-16-076304-5
  ISSN 0276-6566
1. United States—Statistics. I. United States. Census Bureau.

HA 202.S84 2006
317.3

Library of Congress Card No. 80-600018

http://purl.access.gpo.gov/GPO/

For sale by Superintendent of Documents, U.S. Government Printing Office
Internet: <bookstore.gpo.gov>;   Phone: toll-free 1-866-512-1800; DC area 202-512-1800;
Fax: 202-512-2250;
Mail: Stop SSOP, Washington, DC 20402-0001

## Table A-1. States — **Area and Population**

| Geographic area | Area, 2000 (sq. mi.) Total | Area, 2000 (sq. mi.) Rank | Population 2005 (1,000) | Population 2004 (1,000) | Population 2000[1] (1,000) | Population 1990[2] (1,000) | Rank 2005 | Rank 2000 | Rank 1990 | Per square mile of land area[3] 2005 | Per square mile of land area[3] 2000 | Per square mile of land area[3] 1990 | Population change Number, 2000–2005 (1,000) Net change total[4] | Net international migration | Net internal migration | Percent change 2000–2005 | Percent change 1990–2000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **United States . . .** | 3,794,083 | (X) | 296,410 | 293,657 | 281,425 | 248,791 | (X) | (X) | (X) | 83.8 | 79.6 | 70.3 | 14,985.8 | 6,333.9 | (X) | 5.3 | 13.1 |
| Alabama . . . . . . . . . . | 52,419 | 30 | 4,558 | 4,525 | 4,447 | 4,040 | 23 | 23 | 22 | 89.8 | 87.6 | 79.6 | 110.5 | 25.9 | 10.5 | 2.5 | 10.1 |
| Alaska . . . . . . . . . . . | 663,267 | 1 | 664 | 658 | 627 | 550 | 47 | 48 | 49 | 1.2 | 1.1 | 1.0 | 36.7 | 5.8 | –4.6 | 5.9 | 14.0 |
| Arizona . . . . . . . . . . | 113,998 | 6 | 5,939 | 5,740 | 5,131 | 3,665 | 17 | 20 | 24 | 52.3 | 45.2 | 32.3 | 808.7 | 168.1 | 408.2 | 15.8 | 40.0 |
| Arkansas . . . . . . . . . | 53,179 | 29 | 2,779 | 2,750 | 2,673 | 2,351 | 32 | 33 | 33 | 53.4 | 51.3 | 45.1 | 105.8 | 21.9 | 35.7 | 4.0 | 13.7 |
| California . . . . . . . . . | 163,696 | 3 | 36,132 | 35,842 | 33,872 | 29,811 | 1 | 1 | 1 | 231.7 | 217.2 | 191.1 | 2,260.5 | 1,415.9 | –664.5 | 6.7 | 13.6 |
| Colorado . . . . . . . . . | 104,094 | 8 | 4,665 | 4,602 | 4,302 | 3,294 | 22 | 24 | 26 | 45.0 | 41.5 | 31.8 | 363.2 | 112.2 | 47.7 | 8.4 | 30.6 |
| Connecticut . . . . . . . | 5,543 | 48 | 3,510 | 3,499 | 3,406 | 3,287 | 29 | 29 | 27 | 724.5 | 702.9 | 678.5 | 104.7 | 76.0 | –34.3 | 3.1 | 3.6 |
| Delaware . . . . . . . . . | 2,489 | 49 | 844 | 830 | 784 | 666 | 45 | 45 | 46 | 431.8 | 401.1 | 341.0 | 59.9 | 11.2 | 27.9 | 7.6 | 17.6 |
| District of Columbia . . | 68 | (X) | 551 | 554 | 572 | 607 | (X) | (X) | (X) | 8,966.1 | 9,316.4 | 9,884.4 | –21.5 | 20.6 | –53.6 | –3.8 | –5.7 |
| Florida . . . . . . . . . . . | 65,755 | 22 | 17,790 | 17,385 | 15,983 | 12,938 | 4 | 4 | 4 | 329.9 | 296.4 | 239.9 | 1,807.0 | 528.1 | 1,057.6 | 11.3 | 23.5 |
| Georgia . . . . . . . . . . | 59,425 | 24 | 9,073 | 8,918 | 8,187 | 6,478 | 9 | 10 | 11 | 156.7 | 141.4 | 111.9 | 885.8 | 192.8 | 232.7 | 10.8 | 26.4 |
| Hawaii . . . . . . . . . . . | 10,931 | 43 | 1,275 | 1,262 | 1,212 | 1,108 | 42 | 42 | 41 | 198.5 | 188.6 | 172.6 | 63.7 | 30.1 | –13.1 | 5.3 | 9.3 |
| Idaho . . . . . . . . . . . . | 83,570 | 14 | 1,429 | 1,395 | 1,294 | 1,007 | 39 | 39 | 42 | 17.3 | 15.6 | 12.2 | 135.1 | 14.5 | 61.3 | 10.4 | 28.5 |
| Illinois . . . . . . . . . . . | 57,914 | 25 | 12,763 | 12,712 | 12,420 | 11,431 | 5 | 5 | 6 | 229.6 | 223.4 | 205.6 | 343.7 | 328.0 | –391.0 | 2.8 | 8.7 |
| Indiana . . . . . . . . . . | 36,418 | 38 | 6,272 | 6,227 | 6,081 | 5,544 | 15 | 14 | 14 | 174.9 | 169.5 | 154.6 | 191.5 | 55.7 | –17.0 | 3.1 | 9.7 |
| Iowa . . . . . . . . . . . . . | 56,272 | 26 | 2,966 | 2,953 | 2,926 | 2,777 | 30 | 30 | 30 | 53.1 | 52.4 | 49.7 | 40.0 | 29.4 | –41.1 | 1.4 | 5.4 |
| Kansas . . . . . . . . . . | 82,277 | 15 | 2,745 | 2,734 | 2,689 | 2,478 | 33 | 32 | 32 | 33.5 | 32.9 | 30.3 | 55.9 | 38.2 | –57.8 | 2.1 | 8.5 |
| Kentucky . . . . . . . . . | 40,409 | 37 | 4,173 | 4,142 | 4,042 | 3,687 | 26 | 25 | 23 | 105.0 | 101.7 | 92.8 | 131.1 | 27.4 | 32.2 | 3.2 | 9.6 |
| Louisiana . . . . . . . . . | 51,840 | 31 | 4,524 | 4,507 | 4,469 | 4,222 | 24 | 22 | 21 | 103.8 | 102.6 | 96.9 | 54.7 | 20.2 | –89.5 | 1.2 | 5.9 |
| Maine . . . . . . . . . . . | 35,385 | 39 | 1,322 | 1,315 | 1,275 | 1,228 | 40 | 40 | 38 | 42.8 | 41.3 | 39.8 | 46.6 | 5.0 | 36.8 | 3.7 | 3.8 |
| Maryland . . . . . . . . . | 12,407 | 42 | 5,600 | 5,561 | 5,297 | 4,781 | 19 | 19 | 19 | 573.0 | 541.9 | 489.1 | 303.9 | 109.0 | 9.8 | 5.7 | 10.8 |
| Massachusetts . . . . . | 10,555 | 44 | 6,399 | 6,407 | 6,349 | 6,016 | 13 | 13 | 13 | 816.2 | 809.8 | 767.4 | 49.6 | 162.7 | –236.4 | 0.8 | 5.5 |
| Michigan . . . . . . . . . | 96,716 | 11 | 10,121 | 10,104 | 9,938 | 9,295 | 8 | 8 | 8 | 178.2 | 175.0 | 163.6 | 182.4 | 122.9 | –165.1 | 1.8 | 6.9 |
| Minnesota . . . . . . . . | 86,939 | 12 | 5,133 | 5,097 | 4,919 | 4,376 | 21 | 21 | 20 | 64.5 | 61.8 | 55.0 | 213.3 | 70.8 | –16.8 | 4.3 | 12.4 |
| Mississippi . . . . . . . . | 48,430 | 32 | 2,921 | 2,901 | 2,845 | 2,575 | 31 | 31 | 31 | 62.3 | 60.6 | 54.9 | 76.4 | 10.7 | –10.6 | 2.7 | 10.5 |
| Missouri . . . . . . . . . . | 69,704 | 21 | 5,800 | 5,760 | 5,597 | 5,117 | 18 | 17 | 15 | 84.2 | 81.2 | 74.3 | 203.6 | 42.7 | 27.0 | 3.6 | 9.4 |
| Montana . . . . . . . . . . | 147,042 | 4 | 936 | 927 | 902 | 799 | 44 | 44 | 44 | 6.4 | 6.2 | 5.5 | 33.5 | 2.1 | 18.9 | 3.7 | 12.9 |
| Nebraska . . . . . . . . . | 77,354 | 16 | 1,759 | 1,748 | 1,711 | 1,578 | 38 | 38 | 36 | 22.9 | 22.3 | 20.5 | 47.5 | 22.2 | –26.2 | 2.8 | 8.4 |
| Nevada . . . . . . . . . . | 110,561 | 7 | 2,415 | 2,333 | 1,998 | 1,202 | 35 | 35 | 39 | 22.0 | 18.2 | 10.9 | 416.6 | 66.1 | 270.9 | 20.8 | 66.3 |
| New Hampshire . . . . . | 9,350 | 46 | 1,310 | 1,299 | 1,236 | 1,109 | 41 | 41 | 40 | 146.1 | 137.8 | 123.7 | 74.2 | 11.1 | 40.9 | 6.0 | 11.4 |
| New Jersey . . . . . . . . | 8,721 | 47 | 8,718 | 8,685 | 8,414 | 7,748 | 10 | 9 | 9 | 1,175.3 | 1,134.4 | 1,044.5 | 303.6 | 290.2 | –194.9 | 3.6 | 8.6 |
| New Mexico . . . . . . . | 121,590 | 5 | 1,928 | 1,903 | 1,819 | 1,515 | 36 | 36 | 37 | 15.9 | 15.0 | 12.5 | 109.3 | 28.0 | 50.6 | 6.0 | 20.1 |
| New York . . . . . . . . . | 54,556 | 27 | 19,255 | 19,281 | 18,977 | 17,991 | 3 | 3 | 2 | 407.8 | 401.9 | 381.0 | 277.8 | 667.0 | –1,001.1 | 1.5 | 5.5 |
| North Carolina . . . . . . | 53,819 | 28 | 8,683 | 8,540 | 8,046 | 6,632 | 11 | 11 | 10 | 178.3 | 165.2 | 136.2 | 636.8 | 158.2 | 232.4 | 7.9 | 21.3 |
| North Dakota . . . . . . . | 70,700 | 19 | 637 | 636 | 642 | 639 | 48 | 47 | 47 | 9.2 | 9.3 | 9.3 | –5.5 | 3.7 | –18.6 | –0.9 | 0.5 |
| Ohio . . . . . . . . . . . . . | 44,825 | 34 | 11,464 | 11,450 | 11,353 | 10,847 | 7 | 7 | 7 | 280.0 | 277.3 | 264.9 | 110.9 | 75.1 | –177.2 | 1.0 | 4.7 |
| Oklahoma . . . . . . . . . | 69,898 | 20 | 3,548 | 3,524 | 3,451 | 3,146 | 28 | 27 | 28 | 51.7 | 50.3 | 45.8 | 97.2 | 36.5 | –15.4 | 2.8 | 9.7 |
| Oregon . . . . . . . . . . . | 98,381 | 9 | 3,641 | 3,591 | 3,421 | 2,842 | 27 | 28 | 29 | 37.9 | 35.6 | 29.6 | 219.6 | 72.3 | 77.8 | 6.4 | 20.4 |
| Pennsylvania . . . . . . . | 46,055 | 33 | 12,430 | 12,394 | 12,281 | 11,883 | 6 | 6 | 5 | 277.3 | 274.0 | 265.1 | 148.6 | 102.5 | –28.0 | 1.2 | 3.4 |
| Rhode Island . . . . . . . | 1,545 | 50 | 1,076 | 1,080 | 1,048 | 1,003 | 43 | 43 | 43 | 1,029.9 | 1,003.2 | 960.3 | 27.9 | 19.0 | –5.0 | 2.7 | 4.5 |
| South Carolina . . . . . . | 32,020 | 40 | 4,255 | 4,198 | 4,012 | 3,486 | 25 | 26 | 25 | 141.3 | 133.2 | 115.8 | 243.3 | 36.4 | 115.1 | 6.1 | 15.1 |
| South Dakota . . . . . . . | 77,117 | 17 | 776 | 771 | 755 | 696 | 46 | 46 | 45 | 10.2 | 9.9 | 9.2 | 21.1 | 4.0 | –0.7 | 2.8 | 8.5 |
| Tennessee . . . . . . . . | 42,143 | 36 | 5,963 | 5,893 | 5,689 | 4,877 | 16 | 16 | 17 | 144.7 | 138.0 | 118.3 | 273.7 | 50.0 | 109.7 | 4.8 | 16.7 |
| Texas . . . . . . . . . . . . | 268,581 | 2 | 22,860 | 22,472 | 20,852 | 16,986 | 2 | 2 | 3 | 87.3 | 79.6 | 64.9 | 2,008.2 | 663.2 | 218.7 | 9.6 | 22.8 |
| Utah . . . . . . . . . . . . . | 84,899 | 13 | 2,470 | 2,421 | 2,233 | 1,723 | 34 | 34 | 35 | 30.1 | 27.2 | 21.0 | 236.4 | 50.0 | –33.8 | 10.6 | 29.6 |
| Vermont . . . . . . . . . . | 9,614 | 45 | 623 | 621 | 609 | 563 | 49 | 49 | 48 | 67.4 | 65.8 | 60.8 | 14.2 | 4.4 | 3.5 | 2.3 | 8.2 |
| Virginia . . . . . . . . . . . | 42,774 | 35 | 7,567 | 7,481 | 7,079 | 6,189 | 12 | 12 | 12 | 191.1 | 178.8 | 156.3 | 488.4 | 140.0 | 103.5 | 6.9 | 14.4 |
| Washington . . . . . . . . | 71,300 | 18 | 6,288 | 6,207 | 5,894 | 4,867 | 14 | 15 | 18 | 94.5 | 88.6 | 73.1 | 393.6 | 134.2 | 81.0 | 6.7 | 21.1 |
| West Virginia . . . . . . . | 24,230 | 41 | 1,817 | 1,813 | 1,808 | 1,793 | 37 | 37 | 34 | 75.5 | 75.1 | 74.5 | 8.5 | 3.7 | 10.5 | 0.5 | 0.8 |
| Wisconsin . . . . . . . . . | 65,498 | 23 | 5,536 | 5,504 | 5,364 | 4,892 | 20 | 18 | 16 | 101.9 | 98.8 | 90.1 | 172.5 | 46.1 | 14.6 | 3.2 | 9.6 |
| Wyoming . . . . . . . . . . | 97,814 | 10 | 509 | 506 | 494 | 454 | 50 | 50 | 50 | 5.2 | 5.1 | 4.7 | 15.5 | 2.3 | 1.8 | 3.1 | 8.9 |

X Not applicable.

[1]The April 1, 2000, Population Estimates base reflects modifications to the Census 2000 population as documented in the Count Question Resolution program and geographic program revisions.

[2]The April 1, 1990, census counts include corrections processed through August 1997 and results of special censuses and test censuses, and do not include adjustments for census coverage errors.

[3]Persons per square mile were calculated on the basis of land area data from the 2000 census.

[4]The estimated components of population change will not sum to the numerical population change due to the process of controlling to national totals.

Survey, Census, or Data Collection Method:  Based on the Census of Population and Housing; for information, see Appendix B, Limitations of the Data and Methodology, and Internet sites <http://www.census.gov/main/www/cen2000.html> and <http://www.census.gov/popest/topics/methodology/>.

Sources:  Area—U.S. Census Bureau, 2000 Census of Population and Housing, *Summary Population and Housing Characteristics*, Series PHC-1; and unpublished data on American FactFinder; Population—U.S. Census Bureau, 1990 Census of Population and Housing, Population and Housing Unit Counts (CPH-2); "Time Series of Intercensal State Population Estimates: April 1, 1990 to April 1, 2000" (CO-EST2001-12-00), published 11 April 2002; Internet site <http://www.census.gov/popest/archives/2000s/vintage_2001/CO-EST2001-12/CO-EST2001-12-00.html>; and "Annual Estimates of the Population for the United States and States, and for Puerto Rico: April 1, 2000 to July 1, 2005" (NST-EST2005-01), published 22 December 2005; Internet site <http://www.census.gov/popest/states/NST-ann-est.html>;    Rank—"Table 2: Cumulative Estimates of Population Change for the United States and States, and for Puerto Rico and State Rankings: April 1, 2000 to July 1, 2005" (NST-EST2005-02), published 22 December 2005; Internet site <http://www.census.gov/popest/states/NST-pop-chg.html>;    Population change—U.S. Census Bureau, "Table 4: Cumulative Estimates of the Components of Population Change for the United States and States: April 1, 2000 to July 1, 2005" (NST-EST2005-04), published 22 December 2005; Internet site <http://www.census.gov/popest/states/NST-comp-chg.html>.

# *Trends in Telephone Service*

## *Industry Analysis and Technology Division*
## *Wireline Competition Bureau*

## *February 2007*

This report is available for reference in the FCC's Information Center at 445 12th Street, S.W., Courtyard Level.  Copies may be purchased by calling Best Copy and Printing, Inc., Portals II, 445 12th Street S.W., Room CY-B402, Washington DC 20554 at 800-378-3160, facsimile 202-488-5563, or via e-mail fcc@bcpiweb.com.  The report can also be downloaded from the Wireline Competition Bureau Statistical Reports Internet site at: www.fcc.gov/wcb/iatd/trends.html.

# Introduction

*Trends in Telephone Service* is published by the Industry Analysis and Technology Division of the Federal Communication Commission's Wireline Competition Bureau.[1]  This report is designed to provide answers to some of the most frequently asked questions about the telephone industry -- questions asked by consumers, members of Congress, other government agencies, telecommunications carriers, and members of the business and academic communities. To this end, the report contains summary information about the size, growth, and development of the telephone industry, including data on market shares, minutes of calling, number of lines, and telephone subscribership.  The report also provides information about access charges, advanced telecommunications, consumer expenditures for service, infrastructure, international telephone traffic, local telephone competition, telephone rates and price changes, toll service providers, and universal service support.

*Trends in Telephone Service* summarizes a variety of information contained in other reports that are published periodically by the Industry Analysis and Technology Division.[2]  In most cases, these other reports provide more detailed information than that provided here.  These reports can be accessed from the Wireline Competition Bureau Statistical Reports Internet site, at www.fcc.gov/wcb/stats.  In addition, to facilitate further information gathering by consumers and others, we have listed additional sources of information in Appendix B, and we have provided information on contacting the authors of this report in Appendix C.

# 1  Access Charges

Long distance companies rely on the loops, switches, and transport facilities of local telephone companies for access to their customers.  As a result, local telephone companies recover a portion of their costs from long distance companies accessing their networks.  Both the manner in which these access charges have been assessed and the proportion of the costs they have recovered have varied considerably over time.

In the early 1980s, AT&T provided about three-quarters of the nation's local telephone service and almost all interstate long distance service.  Because revenue sharing was largely an internal process for AT&T, it was able to charge prices above true economic cost for long distance calls and share the revenues with local telephone companies.  These transfers, while reducing the pressures on the local companies to raise monthly rates, contributed to inefficiently high long distance rates.  The high rates were responsible for suppressing demand for long distance calls and inducing large corporations to bypass the public switched network.  Moreover, while such revenue sharing arrangements were sustainable in an industry where one firm monopolized both long distance and local service, they were not compatible with a competitive

---

[1] *Trends in Telephone Service* was last published in June 2005.

[2] See Appendix A for a list of these publications.

**Table 11.2**
**Mobile Wireless Telephone Subscribers [1]**

| State | Jun 2006 | | Subscribers | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Carriers [1] | Percent Resold [2] | 2000 Jun | 2001 Jun | 2002 Jun | 2003 Jun | 2004 Jun | 2004 Dec | 2005 Jun | 2005 Dec | 2006 Jun |
| Alabama | 12 | 5 % | 1,253,084 | 1,930,631 | 2,027,845 | 2,100,557 | 2,301,847 | 2,580,810 | 2,843,385 | 3,071,359 | 3,240,669 |
| Alaska | 10 | 1 | 169,892 | 218,424 | 242,133 | * | 307,323 | 321,152 | 340,507 | 376,695 | 397,429 |
| American Samoa | * | * | 0 | 0 | 0 | * | * | * | * | * | * |
| Arizona | 10 | 9 | 1,624,668 | 2,018,410 | 2,412,998 | 2,643,952 | 3,079,657 | 3,299,222 | 3,547,280 | 3,849,152 | 4,158,483 |
| Arkansas | 6 | 7 | 715,467 | 891,275 | 1,130,302 | 1,351,291 | 1,376,564 | 1,458,673 | 1,681,404 | 1,781,266 | 1,925,696 |
| California | 11 | 4 | 12,283,369 | 14,184,625 | 16,007,376 | 18,892,619 | 21,575,797 | 23,457,761 | 24,598,429 | 25,564,483 | 27,524,044 |
| Colorado | 9 | 10 | 1,654,989 | 1,983,405 | 2,247,166 | 2,426,929 | 2,727,910 | 2,808,195 | 3,053,186 | 3,260,286 | 3,442,153 |
| Connecticut | 5 | 6 | 1,136,618 | 1,418,361 | 1,577,873 | 1,791,944 | 2,064,204 | 2,181,133 | 2,332,045 | 2,466,372 | 2,585,425 |
| Delaware | 4 | 6 | 275,219 | 389,284 | 433,059 | 503,353 | 593,452 | 646,064 | 710,853 | 751,042 | 790,189 |
| Dist. of Columbia | 4 | 5 | 333,815 | 382,457 | 415,399 | 520,182 | 555,958 | 657,774 | 746,529 | 819,061 | 872,184 |
| Florida | 8 | 5 | 4,983,478 | 7,536,670 | 8,607,715 | 10,252,348 | 11,916,615 | 13,169,278 | 12,577,898 | 12,521,686 | 14,125,590 |
| Georgia | 10 | 6 | 2,687,238 | 4,076,119 | 4,300,831 | 4,709,288 | 5,332,517 | 5,730,223 | 6,023,302 | 6,103,234 | 6,891,999 |
| Guam | * | 0 | | | | | | | | 61,670 | 66,767 |
| Hawaii | 4 | 3 | 454,364 | 543,283 | 640,247 | 732,262 | 819,262 | 880,965 | 935,189 | 983,998 | 1,011,076 |
| Idaho | 15 | 6 | 296,066 | 398,781 | 500,693 | 572,406 | 653,779 | 705,948 | 777,445 | 838,095 | 905,581 |
| Illinois | 9 | 6 | 4,309,660 | 5,621,044 | 5,409,370 | 6,834,217 | 7,529,966 | 8,075,938 | 8,575,211 | 9,026,588 | 9,540,120 |
| Indiana | 8 | 11 | 1,717,378 | 1,781,247 | 2,032,290 | 2,456,509 | 2,844,568 | 3,158,002 | 3,276,910 | 3,536,228 | 3,781,322 |
| Iowa | 46 | 10 | 975,629 | 861,382 | 1,157,580 | 1,250,305 | 1,445,711 | 1,557,542 | 1,593,673 | 1,767,830 | 1,820,681 |
| Kansas | 13 | 10 | 724,024 | 901,225 | 1,061,171 | 1,195,230 | 1,345,160 | 1,454,087 | 1,538,945 | 1,666,340 | 1,771,588 |
| Kentucky | 10 | 10 | 999,544 | 1,176,756 | 1,505,982 | 1,595,290 | 2,000,459 | 2,189,345 | 2,495,494 | 2,649,143 | 2,807,061 |
| Louisiana | 8 | 6 | 1,294,693 | 1,677,292 | 2,187,811 | 2,365,224 | 2,547,153 | 2,834,716 | 2,997,513 | 3,258,336 | 3,425,482 |
| Maine | 6 | 12 | 283,640 | 399,616 | 457,835 | 524,246 | 610,533 | 662,623 | 785,814 | 823,242 | 870,197 |
| Maryland | 6 | 6 | 2,013,058 | 2,446,818 | 2,684,441 | 3,108,086 | 3,575,747 | 3,900,172 | 4,177,782 | 4,470,611 | 4,719,558 |
| Massachusetts | 5 | 6 | 2,228,169 | 2,753,685 | 3,289,934 | 3,506,039 | 3,919,139 | 4,042,592 | 4,316,120 | 4,544,572 | 4,724,175 |
| Michigan | 11 | 7 | 3,423,535 | 4,071,091 | 4,758,538 | 4,889,269 | 5,430,637 | 5,766,616 | 6,238,846 | 6,613,341 | 6,872,249 |
| Minnesota | 9 | 10 | 1,595,560 | 2,014,317 | 2,254,895 | 2,564,783 | 2,823,079 | 2,973,126 | 3,124,214 | 3,370,196 | 3,532,420 |
| Mississippi | 9 | 7 | 509,038 | 993,781 | 1,106,700 | 1,232,750 | 1,411,277 | 1,517,702 | 1,627,762 | 1,817,099 | 1,919,199 |
| Missouri | 11 | 8 | 1,848,775 | 1,937,684 | 2,246,430 | 2,515,325 | 2,859,953 | 3,109,167 | 3,482,839 | 3,732,549 | 3,942,213 |
| Montana | 7 | 4 | * | * | 291,429 | 343,160 | * | * | 467,795 | 526,954 | 577,149 |
| Nebraska | 8 | 4 | 600,885 | 712,685 | 838,568 | 900,744 | 984,355 | 1,045,810 | 1,078,955 | 1,169,068 | 1,208,393 |
| Nevada | 8 | 7 | 825,163 | 766,581 | 895,586 | 1,077,380 | 1,319,684 | 1,463,370 | 1,605,708 | 1,778,411 | 1,884,304 |
| New Hampshire | 6 | 8 | 309,263 | 445,181 | 529,795 | 598,504 | 686,746 | 727,985 | 916,833 | 989,443 | 1,049,150 |
| New Jersey | 4 | 4 | 2,750,024 | 3,896,778 | 4,531,457 | 5,392,240 | 6,326,459 | 7,388,722 | 7,269,330 | 7,723,622 | 8,120,504 |
| New Mexico | 10 | 8 | 395,111 | 619,582 | 735,107 | 828,869 | 939,091 | 987,813 | 1,025,143 | 1,170,436 | 1,252,943 |
| New York | 10 | 7 | 5,016,524 | 6,749,096 | 7,915,526 | 8,829,070 | 9,939,759 | 10,834,741 | 11,901,311 | 12,634,420 | 13,338,040 |
| North Carolina | 14 | 6 | 2,730,178 | 3,377,331 | 4,610,120 | 4,305,521 | 4,875,916 | 5,363,630 | 5,496,422 | 5,784,334 | 6,200,866 |
| North Dakota | 6 | 3 | * | * | * | * | * | * | 388,609 | 454,456 | 481,655 |
| Northern Mariana Isl. | * | * | * | * | * | * | * | * | * | * | * |
| Ohio | 12 | 8 | 3,278,960 | 4,255,934 | 4,887,376 | 5,659,459 | 6,188,081 | 6,627,910 | 7,056,675 | 7,571,540 | 8,010,972 |
| Oklahoma | 15 | 8 | 979,513 | 1,200,234 | 1,366,475 | 1,574,588 | 1,724,505 | 1,760,122 | 2,000,787 | 2,187,424 | 2,315,999 |
| Oregon | 10 | 8 | 1,082,425 | 1,268,909 | 1,473,883 | 1,682,036 | 1,894,285 | 2,029,224 | 2,128,710 | 2,417,992 | 2,567,147 |
| Pennsylvania | 10 | 8 | 3,850,372 | 4,378,216 | 4,987,067 | 5,681,653 | 6,420,037 | 7,037,296 | 7,340,862 | 7,881,534 | 8,283,918 |
| Puerto Rico | 6 | 1 | 1,090,005 | 1,374,747 | 1,136,619 | 1,401,599 | 1,698,702 | 2,076,698 | 2,002,851 | 2,110,798 | 2,170,540 |
| Rhode Island | 4 | 8 | 313,550 | 401,805 | 463,636 | 527,366 | 615,398 | 607,489 | 653,900 | 709,525 | 726,483 |
| South Carolina | 12 | 6 | 1,236,338 | 1,502,345 | 1,830,516 | 2,041,541 | 2,337,367 | 2,369,252 | 2,593,000 | 2,768,481 | 2,984,417 |
| South Dakota | 6 | 3 | * | * | 292,210 | 344,825 | 382,906 | 428,513 | 435,063 | 482,623 | 515,139 |
| Tennessee | 12 | 7 | 1,876,444 | 2,251,208 | 2,660,068 | 2,800,735 | 3,171,487 | 3,531,286 | 3,791,154 | 4,114,401 | 4,401,813 |
| Texas | 30 | 7 | 6,705,423 | 8,294,338 | 9,650,715 | 10,776,234 | 12,091,134 | 13,092,007 | 14,402,814 | 15,620,248 | 16,902,077 |
| Utah | 9 | 6 | 692,006 | 833,492 | 970,854 | 1,094,563 | 1,229,029 | 1,345,205 | 1,415,896 | 1,531,763 | 1,651,606 |
| Vermont | 4 | 15 | * | * | * | * | * | * | 295,971 | 315,382 | 334,655 |
| Virgin Islands | * | * | 0 | * | * | * | * | * | * | * | * |
| Virginia | 8 | 6 | 2,447,687 | 3,059,420 | 3,429,450 | 3,879,582 | 4,392,319 | 4,240,462 | 4,900,018 | 5,126,216 | 5,382,292 |
| Washington | 10 | 9 | 2,144,767 | 2,493,214 | 2,849,043 | 3,102,750 | 3,567,896 | 3,770,602 | 3,995,325 | 4,177,196 | 4,418,314 |
| West Virginia | 10 | 14 | 347,916 | 452,036 | 549,722 | 579,983 | 713,657 | 761,658 | 821,103 | 858,599 | 964,977 |
| Wisconsin | 12 | 7 | 1,342,908 | 2,008,679 | 2,523,956 | 2,533,215 | 2,831,645 | 2,990,072 | 3,191,190 | 3,355,951 | 3,505,936 |
| Wyoming | 7 | 6 | * | 173,939 | 168,232 | 276,344 | 277,658 | 302,203 | 330,567 | 358,593 | 376,753 |
| Nationwide | 160 | 7 % | 90,643,058 | 114,028,928 | 130,751,459 | 147,623,734 | 167,313,001 | 181,105,135 | 192,053,067 | 203,667,472 | 217,418,404 |

* Data withheld to maintain firm confidentiality.   Some data for December 2005 have been revised.

[1] For data through December 2004, only facilities-based wireless carriers with at least 10,000 mobile telephony subscribers per state were required to report data, and they were instructed to use billing addresses to determine subscriber counts by state.  Starting with the June 2005 data, all facilities-based wireless carriers are required to report, and to use the area codes of telephone numbers provided to subscribers to determine subscriber counts by state.

[2] Percentage of mobile wireless subscribers receiving their service from a mobile wireless reseller.

Source:  Industry Analysis and Technology Division, Wireline Competition Bureau. *Local Telephone Competition: Status as of June 30, 2006*  (January 2007).

# Exhibit 37

# EXHIBIT REDACTED
# IN ITS ENTIRETY

# Exhibit 38

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit 39

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit 40

# EXHIBIT REDACTED
# IN ITS ENTIRETY

# Exhibit 41

# EXHIBIT REDACTED IN ITS ENTIRETY

# Exhibit 42

# EXHIBIT REDACTED
# IN ITS ENTIRETY

# Exhibit 43

# EXHIBIT REDACTED
# IN ITS ENTIRETY