IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BCD SEMICONDUCTOR CORP, et al., <br><br> Defendants. | C.A. No. 07-633 JJF-LPS |

**THIRD SUPPLEMENTAL DECLARATION OF KYLE WAGNER COMPTON
IN SUPPORT OF POWER INTEGRATIONS, INC.'S OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

FISH & RICHARDSON P.C.
William J. Marsden, Jr. (#2247)
Kyle Wagner Compton (#4693)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19801
Telephone: (302) 652-5070
Facsimile:  (302) 652-0607
Email: marsden@fr.com
           kwc@fr.com

Frank E. Scherkenbach
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906

Howard G. Pollack
Michael R. Headley
Scott A. Penner
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

**ATTORNEYS FOR PLAINTIFF
POWER INTEGRATIONS, INC.**

Dated:  June 23, 2008

I, Kyle Wagner Compton, declare as follows:

1. I am an Associate with Fish & Richardson P.C., counsel for Plaintiff Power Integrations, Inc. ("Power Integrations"). I make the following statements based on personal knowledge, except where noted.

2. Attached as Exhibit 1 to this Declaration is a true and accurate copy of a photograph of a Samsung travel charger bearing the number S/N: AS4P728CS/7-G purchased in Newark Delaware on October 12, 2007. *See* Declaration of Steven Thompson, D.I. 19 at ¶ 2. The photograph indicates that the "output" of the charger is 0.7A (i.e. 700mA).

3. Attached as Exhibit 2 to this Declaration is a true and accurate copy of a photograph of a Samsung travel charger bearing the number S/N: RT3P907AS/7-G purchased in Dover, Delaware on January 29, 2008. *See* Second Declaration of Steven Thompson, D.I. 33 at ¶ 2. The photograph indicates that the "output" of the charger is 0.7A (i.e. 700mA).

4. Attached as Exhibit 3 to this Declaration is a true and accurate copy of a photograph of a Samsung travel charger bearing the number S/N: HT3PB05HS/7-G purchased in Dover, Delaware on January 29, 2008. *See* Second Declaration of Steven Thompson, D.I. 33 at ¶ 3. The photograph indicates that the "output" of the charger is 0.7A (i.e. 700mA).

5. Attached as Exhibit 4 to this Declaration is a true and accurate copy of a photograph of a Samsung travel charger bearing the number S/N: AS4P701CS/7-G purchased in New Castle, Delaware on February 1, 2008. *See* Second Declaration of Steven Thompson, D.I. 33 at ¶ 4. The photograph indicates that the "output" of the charger is 0.7A (i.e. 700mA).

6. Attached as Exhibit 5 to this Declaration is a true and accurate copy of a photograph of a Samsung travel charger bearing the number S/N: RT3P806AS/7-G purchased in

2

Wilmington, Delaware on February 5, 2008. *See* Second Declaration of Steven Thompson, D.I. 33 at ¶ 5. The photograph indicates that the "output" of the charger is 0.7A (i.e. 700mA).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of June, 2008 at Wilmington, Delaware.

_____
Kyle Wagner Compton

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2008, I electronically filed **THIRD SUPPLEMENTAL DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF POWER INTEGRATIONS, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via the method indicated below:

| BY HAND AND EMAIL | BY EMAIL AND FEDERAL EXPRESS |
|---|---|
| Steven J. Balick | Erik R. Puknys |
| John G. Day | Finnegan, Henderson, Farabow, Garrett & Dunner LLP |
| Tiffany Geyer Lydon | Stanford Research Park |
| Ashby & Geddes | 3300 Hillview Avenue |
| 500 Delaware Avenue, 8th Floor | Palo Alto, CA 94304-1203 |
| P.O. Box 1150 | |
| Wilmington, DE 19899 | |

I also certify that on June 23, 2008, I sent the document to the following individuals via electronic and Federal Express:

| BY EMAIL AND FEDERAL EXPRESS | BY EMAIL AND FEDERAL EXPRESS |
|---|---|
| E. Robert Yoches, Esq. | Robert L. Burns |
| Finnegan, Henderson, Farabow, Garrett & Dunner LLP | Finnegan, Henderson, Farabow, Garrett & Dunner LLP |
| 901 New York Avenue, NW | Two Freedom Square |
| Washington, DC 20001-4413 | 11955 Freedom Drive |
| | Reston, VA 20190-5675 |

/s/ *Kyle Wagner Compton*
Kyle Wagner Compton

80062453.doc

# Exhibit 1

SAMSUNG

TRAVEL ADAPTER
ADAPTEUR DE VOYAGE
MODEL/MODÈLE : ATADM10JBE
INPUT/ALIMENTATION : 100-240VAC  50-60Hz 0.15A
OUTPUT/SORTIE : 5.0V ⎓ 0.7A

3KXY
E312844

c ⓤL us LISTED

I.T.E. Power Supply
Bloc d'alimentation I.T.E.

S/N : AS4P728CS/7-G

MADE IN CHINA/FABRIQUÉ EN CHINE

# Exhibit 2



SAMSUNG
TRAVEL ADAPTER
ADAPTEUR DE VOYAGE
MODEL/MODÈLE: ATADM10JBE
INPUT/ALIMENTATION: 100-240VAC 50-60Hz 0.15A
OUTPUT/SORTIE: 5.0V ⎓ 0.7A

TV
c UL US LISTED
3KZJ
E312941
I.T.E Power Supply
Bloc d'alimentation I.T.E.
CE

S/N: RT3P907AS17-G
MADE IN CHINA/FABRIQUÉ EN CHINE

# Exhibit 3



# Exhibit 4



# Exhibit 5



SAMSUNG

TRAVEL ADAPTER
ADAPTEUR DE VOYAGE

MODEL/MODÈLE: ATADS10JBE
INPUT/ALIMENTATION: 100-240VAC 50-60Hz 0.15A
OUTPUT/SORTIE: 5.0V ⎓ 0.7A

TÜV

c(UL)us LISTED    3KZJ E312941

I.T.E.Power Supply
Bloc d'alimentation I.T.E

CE

S/N: RT3P806AS17-G

MADE IN CHINA/FABRIQUÉ EN CHINE