IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BCD SEMICONDUCTOR CORP, et al.,<br><br>    Defendants. | C.A. No. 07-633 JJF-LPS |

**POWER INTEGRATIONS, INC.'S SECOND AMENDED NOTICE OF DEPOSITION OF CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Power Integrations, Inc. ("Power Integrations"), by its counsel, will take the telephonic deposition of Cellco Partnership d/b/a Verizon Wireless, Inc. ("Verizon") beginning June 30, 2008, at 2:30 p.m.. The witness will be located at Verizon Center, One Verizon Way, 295 North Maple Avenue, Basking Ridge, NJ 07920. The deposition will be taken upon oral examination before an official authorized by law to administer oaths and will continue from day to day until completed. Testimony of the witnesses will be stenographically recorded and may be videotaped.

Verizon shall identify and designate one or more officers, directors, managing agents or other knowledgeable persons to testify on its behalf regarding the preparation and maintenance of the documents produced in response to Attachment A of the subpoena served on March 20, 2007 for the purposes of authentication and establishing their status as business records. Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the person designated by

Verizon should be prepared to testify as to such matters known or reasonably available to Verizon.

Dated: June 26, 2008

FISH & RICHARDSON P.C.

By: _____
William J. Marsden, Jr. (#2247)
Kyle Wagner Compton (#4693)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19801
Telephone: (302) 652-5070
Facsimile: (302) 652-0607
Email: marsden@fr.com
Email: kcompton@fr.com

Frank E. Scherkenbach
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Howard G. Pollack
Michael R. Headley
Scott A. Penner
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

**ATTORNEYS FOR PLAINTIFF
POWER INTEGRATIONS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2008, I electronically filed POWER INTEGRATIONS, INC.'S SECOND AMENDED NOTICE OF DEPOSITION OF CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6) with the Clerk of Court using CM/ECF, which will send electronic notification of such filing(s) to the following.

**VIA EMAIL**
John G. Day
Steven J. Balick
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**VIA EMAIL**
Erik R. Puknys
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203

I also certify that on June 26, 2008, I sent the document to the following individuals via electronic mail:

Robert L. Burns
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

E. Robert Yoches
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

Kyle Wagner Compton

50470389.doc

1