IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>   v.<br><br>BCD SEMICONDUCTOR CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation,<br><br>               Defendants. | Case No. 07-cv-00633 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 11, 2008, a true and correct copy of (1) Plaintiff Power Integrations, Inc.'s Second Set of Interrogatories to Defendants BCD Semiconductor Corporation and Shanghai SIM-BCD Semiconductor Manufacturing, Co., Ltd [Nos. 19-23]; (2) Plaintiff Power Integrations, Inc.'s Second Set of Requests for Production of Documents and Things to BCD Semiconductor Corporation and Shanghai SIM-BCD Semiconductor Manufacturing, Co., Ltd [Nos. 69-71]; and (3) Plaintiff Power Integrations, Inc.'s Second Set of Requests for Admissions to BCD Semiconductor Corporation and Shanghai SIM-BCD Semiconductor Manufacturing, Co., Ltd [Nos. 13-30] were caused to be served on the attorneys of records, at the addresses and the manner indicated below:

| | |
|---|---|
| **BY FACSIMILE AND FIRST CLASS MAIL**<br>Steven J. Balick, Esq.<br>John G. Day, Esquire<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | **BY FACSIMILE AND FIRST CLASS MAIL**<br>Erik R. Puknys<br>Finnegan, Henderson, Farabow,<br>   Garrett & Dunner LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203 |

| | |
|---|---|
| **BY FIRST CLASS MAIL** | **BY FIRST CLASS MAIL** |
| E. Robert Yoches | Robert L. Burns |
| Joyce Craig | Finnegan, Henderson, Farabow, |
| Finnegan, Henderson, Farabow, |    Garrett & Dunner LLP |
|    Garrett & Dunner, L.L.P. | Two Freedom Drive |
| 901 New York Avenue, NW | Reston, VA 20190-5675 |
| Washington, DC 20001-4413 | |

Dated:  July 17, 2008          FISH & RICHARDSON P.C.

By:  */s/ William J. Marsden, Jr.*
     William J. Marsden, Jr. (#2247)
     Kyle Wagner Compton (#4693)
     919 N. Market Street, Suite 1100
     P.O. Box 1114
     Wilmington, DE  19801
     Telephone: (302) 652-5070
     Facsimile:  (302) 652-0607
     Email:  marsden@fr.com
     Email:  kcompton@fr.com

     Frank E. Scherkenbach
     225 Franklin Street
     Boston, MA 02110-2804
     Telephone: (617) 542-5070
     Facsimile:  (617) 542-8906

     Howard G. Pollack
     Michael R. Headley
     Jonathan Lamberson
     Scott A. Penner
     500 Arguello Street, Suite 500
     Redwood City, CA 94063
     Telephone: (650) 839-5070
     Facsimile:  (650) 839-5071
Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2008, I electronically filed with the Clerk of Court Notice of Service using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

| | |
|---|---|
| Erik R. Puknys, Esq.<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>CORPORATION and SHANGHAI<br>SIM-BCD SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |
| John G. Day, Esq.<br>Steven J. Balick, Esq.<br>Tiffany Geyer Lydon<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899 | Attorneys for Defendant-<br>Counterclaimant |

I hereby certify that on July 17, 2008, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Robert L. Burns<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675 | Attorney for Defendants<br>BCD SEMICONDUCTOR<br>CORPORATION and SHANGHAI<br>SIM-BCD SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |
| E. Robert Yoches, Esq.<br>Finnegan, Henderson, Farabow,<br>Garrett & Dunner LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>CORPORATION and SHANGHAI<br>SIM-BCD SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
marsden@fr.com

50498206.doc