IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 07-633-JJF-LPS |
| BCD SEMICONDUCTOR CORPORATION and SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING CO., LTD. | : | |
| Defendants. | : | |

## ORDER

Because the Report and Recommendation released today concerning the Defendants' motion to dismiss may contain confidential information, it has been released under seal, pending review by the parties to allow them to submit a single jointly proposed redacted version of the Report and Recommendation. Such redacted version shall be submitted no later than August 8, 2008 for review by the Court. The Court will subsequently file a publicly-available version of its Report and Recommendation.

_____
UNITED STATES MAGISTRATE JUDGE

Wilmington, Delaware
August 1, 2008