IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :  Civ. No. 07-633-JJF-LPS |
| | : |
| BCD SEMICONDUCTOR | : |
| CORPORATION and SHANGHAI | : |
| SIM-BCD SEMICONDUCTOR | : |
| MANUFACTURING CO., LTD. | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **1ˢᵗ day of August, 2008.**

IT IS ORDERED that the status teleconference previously scheduled for September 12, 2008 at 10:00 a.m. **will be held in court before Judge Stark on September 12, 2008 at 9:00 a.m.** The Court will also conduct a hearing on Power Integrations, Inc.'s motion for a preliminary injunction (D.I. 12) at that time.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                                                                      */s/*

UNITED STATES MAGISTRATE JUDGE