# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

August 8, 2008

The Honorable Leonard P. Stark
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:   Power Integrations, Inc. v. BCD Semiconductor Corporation
      USDC-D. Del. - C.A. No. 07-633 JJF-LPS

Dear Magistrate Judge Stark:

The parties have reviewed the Court's Report and Recommendation (D.I. 114) and Order regarding redactions (D.I. 115). In response to the Court's order, I write to notify the Court that the parties agree that nothing in the Report and Recommendation needs to be redacted before the filing of a publicly-available version of the order.

Respectfully,

William J. Marsden, Jr.

cc:   Steven J. Balick, Esq. (via ECF)
      Erik R. Puknys, Esq. (via Email)

80066481.doc