# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

August 12, 2008

The Honorable Leonard P. Stark
United States District Court
   for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:    Power Integrations, Inc. v. BCD Semiconductor Corporation
        USDC-D. Del. - C.A. No. 07-633 JJF-LPS

Dear Magistrate Judge Stark:

The parties have reviewed the Court's order scheduling a hearing on Power Integrations' motion for preliminary injunction for Friday, September 12 (D.I. 116) and conferred regarding their schedules. Because Power Integrations' lead counsel will be in trial in another matter pending in this District during the first two weeks in September, Power Integrations' expert is unavailable the middle two weeks in September, and BCD's lead counsel is not available the last full week of September, Power Integrations respectfully requests that the Court reschedule the hearing on Power Integrations' motion to the first or second Friday in October (October 3 or 10). Power Integrations would prefer that the motion be heard on October 3, and BCD has expressed a preference for October 10, but both parties are available to conduct the hearing either day. (See Ex. A (Puknys e-mail to Headley of Aug. 8, 2008).)

In any event, we will be available to attend the status conference currently scheduled for the morning of Friday, September 12 if the Court keeps the hearing on calendar.

Respectfully,

/s/ William J. Marsden, Jr.

William J. Marsden, Jr.

cc:    Steven J. Balick, Esq. (via ECF)
        Erik R. Puknys, Esq. (via Email)

80066525.doc



| | |
|---|---|
| From: | Puknys, Erik [erik.puknys@finnegan.com] |
| Sent: | Friday, August 08, 2008 12:08 PM |
| To: | Michael Headley |
| Cc: | Burns, Robert; Yoches, Bob; Howard Pollack; Steven J. Balick; JDay |
| Subject: | RE: PI/BCD: preliminary injunction hearing date? |

Bob is not available the week of September 22. We could attend a hearing on either October 3 or 10, with the 10th being our preference.

---

From: Michael Headley [Headley@fr.com]
Sent: Thursday, August 07, 2008 7:40 PM
To: Puknys, Erik
Cc: Burns, Robert; Yoches, Bob; Howard Pollack; Steven J. Balick; JDay
Subject: RE: PI/BCD: preliminary injunction hearing date?

Erik,

Thanks--do you have any further word regarding your availability to reschedule the preliminary injunction hearing to the end of the week of September 22? Since we're already going to be getting in touch with the Court about the redaction order, it makes sense for us to submit something about the injunction hearing in the same general timeframe, so let me know where you stand on that front when you have a second.

Michael

-----Original Message-----
From: Puknys, Erik [mailto:erik.puknys@finnegan.com]
Sent: Thursday, August 07, 2008 4:29 PM
To: Michael Headley
Cc: Burns, Robert; Yoches, Bob; Howard Pollack; Steven J. Balick; JDay
Subject: Re: PI/BCD: R&R redaction order

Michael,

Nothing needs to be redacted from the order. Please work with Ashby & Geddes in notifying the court.

Thanks

Sent from my iPhone

On Aug 4, 2008, at 4:13 PM, "Michael Headley" <Headley@fr.com<mailto:Headley@fr.com>> wrote:


Erik & Robert,

The Court's order of this past Friday, August 1, requires that the parties submit by the end of the week a joint proposal regarding any necessary redactions for a public version of the Court's Report

and Recommendation denying BCD's motion to dismiss. We have reviewed the R&R, and it does not contain any Power Integrations or third party confidential material, nor does it appear to contain any BCD information that truly fits the definition of Confidential Business Information set forth in the Protective Order entered in this case, such as pricing, sensitive customer information, or technical information regarding the operation of the parties' products. Nevertheless, I wanted to check with you regarding your view on this issue so that we can work together to draft and submit something to the Court this week.

When you have a chance, please let us know where you stand on this issue.

Thanks.

Michael

Michael R. Headley
Fish & Richardson P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063-1526
(650) 839-5139 (direct)
(650) 839-5071 (fax)
**********************************************************************
****************************************************

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**********************************************************************
****************************************************

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law.
If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.