IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS INC., | : |
| Plaintiff, | : |
| v. | : C.A. No. 07-633-JJF-LPS |
| BCD SEMICONDUCTOR CORPORATION, ET AL., | : |
| Defendants. | : |

### ORDER

At Wilmington this **15th** day of **August, 2008.**

IT IS ORDERED as follows:

1. The status conference and hearing on plaintiff's motion for preliminary injunction (D.I. 12) scheduled for September 12, 2008 at 9:00 a.m. is canceled and is hereby rescheduled for **October 3, 2008 at 10:00 a.m.**

2. The parties shall submit a joint status report to the Court no later than **September 26, 2008.**

3. In all other respects the Scheduling Order (D.I. 44) shall remain unaffected.

UNITED STATES MAGISTRATE JUDGE