IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>BCD SEMICONDUCTOR CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation,<br><br>        Defendants. | Case No. 07-cv-00633 |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on August 18, 2008, a true and correct copy of Power Integrations, Inc.'s First Notice of Deposition of Defendants BCD Semiconductor Corporation and Shanghai SIM-BCD Semiconductor Manufacturing, Co., Ltd Pursuant to Federal Rule of Civil Procedure 30(b)(6) were caused to be served on the attorneys of records, at the addresses and the manner indicated below:

| **BY FACSIMILE AND FIRST CLASS MAIL** | **BY FACSIMILE AND FIRST CLASS MAIL** |
|---|---|
| Steven J. Balick, Esq.<br>John G. Day, Esquire<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Erik R. Puknys<br>Finnegan, Henderson, Farabow,<br>   Garrett & Dunner LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203 |

Dated: August 21, 2008  FISH & RICHARDSON P.C.


By: */s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
Kyle Wagner Compton (#4693)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19801
Telephone: (302) 652-5070
Facsimile: (302) 652-0607
Email: marsden@fr.com
Email: kcompton@fr.com

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Howard G. Pollack
Michael R. Headley
Jonathan Lamberson
Scott A. Penner
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2008, I electronically filed with the Clerk of Court Notice of Service using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

| | |
|---|---|
| Erik R. Puknys, Esq.<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203 | Attorneys for Defendants<br>BCD SEMICONDUCTOR<br>CORPORATION and SHANGHAI<br>SIM-BCD SEMICONDUCTOR<br>MANUFACTURING, CO., LTD |
| John G. Day, Esq.<br>Steven J. Balick, Esq.<br>Tiffany Geyer Lydon<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899 | Attorneys for Defendant-<br>Counterclaimant |

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
marsden@fr.com

80066829.doc