IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 07-633-JJF-LPS |
| BCD Semiconductor Corp., et al., | : | |
| Defendants. | : | |

### O R D E R

WHEREAS, Magistrate Judge Stark issued a Report and Recommendation (D.I. 114 (sealed), D.I. 119 (public version)) recommending the denial of Defendants' Motion To Dismiss For Lack Of Personal Jurisdiction (D.I. 10);

WHEREAS, no objections to the Report and Recommendation have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Report and Recommendation ((D.I. 114 (sealed), D.I. 119 (public version)) is **ADOPTED**.

September 9, 2008
DATE

_[signature: Joseph J. Farnan, Jr.]_
UNITED STATES DISTRICT JUDGE